Receipt number 9998-3771760

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FILED**

FEB 3 2017

U.S. COURT OF
FEDERAL CLAIMS

17-163 C

| | |
|---|---|
| 1. | Abalos, Gilbert |
| 2. | Abalos, Scott |
| 3. | Abar, Heriberto |
| 4. | Acevedo, Neftali |
| 5. | Acevedo, Kenie |
| 6. | Acevedo- Correa, Jose |
| 7. | Acosta, Hector |
| 8. | Acosta, Joseph |
| 9. | Acree, Cody |
| 10. | Adam, David |
| 11. | Adams, Evan |
| 12. | Adamson, Sean |
| 13. | Adarme, Jesse |
| 14. | Adcock, Cole |
| 15. | Addis, John |
| 16. | Adkisson, Jose |
| 17. | Aguilar, Joe |
| 18. | Aguilar, Luis |
| 19. | Aguilar, Jr., Ryan |
| 20. | Ahern, William |
| 21. | Albaugh, Michelle |
| 22. | Albertson, Armando |
| 23. | Alegre, Jr., Marcelino |
| 24. | Algeria, Jr., Alejandro |
| 25. | Ali, Jeffrey |
| 26. | Allen, Luke |
| 27. | Allen, Calvert |
| 28. | Allred, Gustavo |
| 29. | Almanza, Jr., Veronica |

| | |
|---|---|
| 30. | Almeraz, John |
| 31. | Alonzo, Michael |
| 32. | Alvarado, Claudia |
| 33. | Alvarado, Cruz |
| 34. | Alvarado, Antonio |
| 35. | Alvarado, Oscar |
| 36. | Alvarado, Glorimar |
| 37. | Alvarez, Luis |
| 38. | Alvarez, Osbaldo |
| 39. | Alvarez, Roberto |
| 40. | Alvarez, Jorge |
| 41. | Amaya, Todd |
| 42. | Ambuehl, Nathan |
| 43. | Amory, Nathan |
| 44. | Anderberg, Tiffany |
| 45. | Anders, Kenneth |
| 46. | Andersen, Cynthia |
| 47. | Andersen, Joshua |
| 48. | Anderson, Todd |
| 49. | Andes, Andrew |
| 50. | Andrade, Ross |
| 51. | Andres, Juan |
| 52. | Angeli, Andres |
| 53. | Aranda, Jr., Aaron |
| 54. | Arnst, Nadia |
| 55. | Arredondo, Mario |
| 56. | Arreola, Octavio |
| 57. | Arvizu, Jared |
| 58. | Ashby, Patrick |
| 59. | Ashworth, Nelson |
| 60. | Atiles, Anthony |

61.      Atkinson, Bradley

62.      Audette, Benjamin

63.      Avalos, Juan

64.      Avalos, Joseph

65.      Avouris, Peter

66.      Aye, Rafael

67.      Ayon, Michael

68.      Ayon, Chris

69.      Baca, Jered

70.      Bacon, Jill

71.      Badousek, Lorin

72.      Baethge, Rayan

73.      Bahlawan, Michael

74.      Bailey, Lauren

75.      Bailey, Benjamin

76.      Baker, Christopher

77.      Baker, Jose

78.      Balarezo, Martin

79.      Balboa, Andrew

80.      Baldwin, Carl

81.      Ball, Marcos

82.      Barabin, Roberto

83.      Barba, Sam

84.      Barbosa, Michael

85.      Barends, Humberto

86.      Barerra, Christopher

87.      Barker, Phillip

88.      Barnes, Colt

89.      Barney, David

90.      Barnhill, Gerardo

91.      Barragan, Ricardo

92.     Barragan, Alfonso

93.     Barragan, Jr., Ricardo

94.     Barreda, Eduardo

95.     Barrera, Gilberto

96.     Barrera, Steve

97.     Barrie, Joe

98.     Barrios, Felipe

99.     Barrios, Jr., Jorge

100.    Barron, Jose

101.    Barron, Ramon

102.    Barron, Imelda

103.    Barron-Cavazos,
        Christopher

104.    Bartine, Mark

105.    Bartosiewicz, Brian

106.    Basham, Raul

107.    Bautista, Jr., Cory

108.    Baysinger, David

109.    Beach, Kris

110.    Beattie, Lenny

111.    Bechard, Michael

112.    Beckham, Brian

113.    Behan, Corey

114.    Belida, Ryan

115.    Bell, Jason

116.    Bell, Bruce

117.    Bell, Jr., Sibio

118.    Beniquez, Daniel

119.    Benz, Marshall

120.    Berger, Michael

121.    Bergeron, Brett

122.    Berghouse, Eduardo

123.    Berlanga, Arturo

124.    Bermudez, Cesar

125.    Bermuez, Brad

126.    Berry, Michael

127.    Best, Francisco

128.    Betancourt, Donald

129.    Beyer, Kyle

130.    Biega, Vernon

131.    Billings, Jr. , Luke

132.    Bilow, Joseph

133.    Binkerd, David

134.    Birmingham, Matthew

135.    Bissonnette, Robert

136.    Blaisdell, Martyn

137.    Blood, Matthew

138.    Boan, Thomas

139.    Boaz, John

140.    Bockstanz, Ryne

141.    Bogner, Daniel

142.    Boldt, John

143.    Bonbright, Alexis

144.    Bonilla, Lawrence

145.    Boor, Larry

146.    Borden, John

147.    Bordovsky IV, Jesus

148.    Bosque-Soto, Paul

149.    Boulier, William

150.    Bove, Kenneth

151.    Bradley, George

152.    Bresseler, Scott

153.     Brewer, Randy

154.     Brewer, Christopher

155.     Brinkhoff, Cesar

156.     Briseno, Christine

157.     Broderick, Christopher

158.     Brooks, Jason

159.     Brooks, Chris

160.     Brown, John

161.     Brown, Samuel

162.     Brown, Donald

163.     Brummitt, Jr., G.

164.     Buckelew, Brian

165.     Budd, Apolinar

166.     Buenrostro, Matias

167.     Buentello, Frederick

168.     Bunkley, Jr., David

169.     Burke, Christopher

170.     Burns, Janalyn

171.     Buseck, John

172.     Bush, Robert

173.     Bushell, Keith

174.     Busiere, Ezequiel

175.     Bustamante, Matthew

176.     Butcher, Robert

177.     Butler, Edward

178.     Caballero, Pedro

179.     Caballero II, Ricardo

180.     Cabanit, Jr., Sejisfredo

181.     Cabrera, Jerry

182.     Cabriales, Brandon

183.     Cagle, Stephanie

184.    Caine, Patrick

185.    Callahan, Lance

186.    Callender, Sandra

187.    Camacho, Christopher

188.    Cameron, Michael

189.    Campos, Gilbert

190.    Campos, Steven

191.    Campos, Gregory

192.    Candela, Maximiano

193.    Cantu, Juan

194.    Cantu, Jr., Christopher

195.    Cantua, Antone

196.    Cappola, David

197.    Carabajal, Damian

198.    Caraway, Roberto

199.    Cardenas, Johnny

200.    Cardenas, Castulo

201.    Cardenas, Olimpiades

202.    Cardenas, Victor

203.    Cardines, Jr., Javier

204.    Cardoza, Alberto

205.    Carlos, Jonathan

206.    Carlson , Carl

207.    Carlson III, Scott

208.    Carmon, Marcos

209.    Carmona, David

210.    Carney, Paxton

211.    Carpenter, Zachary

212.    Carpenter, Cory

213.    Carr, Gerardo

214.    Carrasco, Antonio

215.    Carrillo, Efrain

216.    Carrillo, Pedro

217.    Carrillo, Javier

218.    Carrillo, Rush

219.    Carter, Lance

220.    Carter, Victor

221.    Casillas, Joshua

222.    Castellanos, Mario

223.    Castillo, Jazmin

224.    Castillo, Lesly

225.    Castillo, Manuel

226.    Castro, Jay

227.    Catalioto, Isamel

228.    Cavazos, Jose

229.    Cavazos, Marco

230.    Cavazos, Autum

231.    Cavins, Leo

232.    Cesena, Raul

233.    Chacon, Mark

234.    Challoner, Anthony

235.    Chamber, Charles

236.    Chandler, Gary

237.    Chantelois, Kercy

238.    Charlemagne, Deanah

239.    Chavez, James

240.    Chism, Christopher

241.    Chmiel, John

242.    Cirillo, Antonio

243.    Cirlos, Rudy

244.    Cimino, Joseph

245.    Cisneros, Billy

| | |
|---|---|
| 246. | Clark, Steven |
| 247. | Clark, Michael |
| 248. | Clasey, Floyd |
| 249. | Cleveland, Joel |
| 250. | Clift, David |
| 251. | Cloer, Robert |
| 252. | Cluck, Michael |
| 253. | Clyde, Christopher |
| 254. | Cobos, Addis |
| 255. | Coers, Jennifer |
| 256. | Cole, Donald |
| 257. | Cole, Michael |
| 258. | Colella, Dich |
| 259. | Coles, Angel |
| 260. | Collazo, Jesse |
| 261. | Collier, Angel |
| 262. | Colon, Jerry |
| 263. | Combs, Todd |
| 264. | Connely, Scott |
| 265. | Connors, Justin |
| 266. | Constans, Alvaro |
| 267. | Contreras, Jr., Jose |
| 268. | Contreras, Jr., Paul |
| 269. | Corbett II, Efrain |
| 270. | Corchado Lopez, Waldemar |
| 271. | Cordero, Efren |
| 272. | Cornejo, Oscar |
| 273. | Coronado, Christopher |
| 274. | Corrales, John |
| 275. | Costello, James |
| 276. | Cowper, Daniel |

277.    Cox, Clinton

278.    Cox, Richard

279.    Coyle, John

280.    Coyle, Jr., Jose

281.    Crespo, Robert

282.    Crunk, Enrique

283.    Cruz, Joel

284.    Cruz, Jesus

285.    Cruz, Jr., Andrew

286.    Culp, Mark

287.    Cunningham, Juan

288.    Curbelo, Felipe

289.    Cureil, Reymundo

290.    Curiel, Matthew

291.    Curnoles,  Robert

292.    Curtin, Scott

293.    Curtis, Franklin

294.    Curtis, Jr., Joshua

295.    Dahl, David

296.    Daiss, Kenneth

297.    Dalton, John

298.    Daly III, Robert

299.    Dandrow, Jr., Andre

300.    Dario, Keith

301.    Daszkiewicz, Jason

302.    Dattilo, Issac

303.    David, Ross

304.    Davidson, Charles

305.    Davis, Ryan

306.    Davis, Carrie

307.    Davison, Richard

| | |
|---|---|
| 308. | De Anda, Jr., Todd |
| 309. | De Baun, Gabriel |
| 310. | De La Cruz, Israel |
| 311. | De La Mora, Carlos |
| 312. | De La O, Jr., Fernando |
| 313. | De La Riva, Joseph |
| 314. | De Leon, Raul |
| 315. | De Lorea, Jr., Peter |
| 316. | De Pasquale, David |
| 317. | Deanda, Patrick |
| 318. | Deason, James |
| 319. | Debus, Francisco |
| 320. | del Campo, Manuel |
| 321. | Del Olmo, Sean |
| 322. | Delaney, George |
| 323. | Delgadillo, Rene |
| 324. | Delgado, Raul |
| 325. | Delgado, Jr., Gabriel |
| 326. | Diaz, George |
| 327. | Diaz, Reyes |
| 328. | Diaz, Marcos |
| 329. | Diaz-Diaz, James |
| 330. | Dickenson, Roberto |
| 331. | Dilley, Thomas |
| 332. | Dilmore, David |
| 333. | Dimas, Christo |
| 334. | Dimolios, Andrew |
| 335. | Dion, Scott |
| 336. | Dishman, Lukasz |
| 337. | Dobosz, Erik |
| 338. | Dodge, Michael |

339.    Dolan, Alfonso

340.    Dominguez, Fabian

341.    Dominguez, Jose

342.    Dominguez, Manuel

343.    Donoso, David

344.    Dorsey, Stephanie

345.    Dosmann, Jerry

346.    Doss, Donna

347.    Doyal, Jr., Cesar

348.    Duarte, Gregory

349.    DuBard, Christopher

350.    DuBois, Stephen

351.    Dudyak, Brian

352.    Duncan, Ryan

353.    Dunlap, Luis

354.    Duran, Euseo

355.    Durante, Jr., John

356.    Dustman, Charles

357.    Easley, David

358.    Edgell, Matthew

359.    Edmondson, Jonas

360.    Edwards, Robert

361.    Edwards, Tanner

362.    Eide, Charles

363.    Eklof, Ruben

364.    Elenez, Darren

365.    Elliott, Lawrence

366.    Embiem, Mario

367.    Enamorado, Thomas

368.    Engelhorn, Justin

369.    Engels, Saul

370.    Enriquez, Jr., Jeremy

371.    Eppley, Leigh

372.    Erbe, Jr., Oscar

373.    Escarcega, Jose

374.    Escobedo, Alberto

375.    Esparza, Gabriel

376.    Espino, Juan

377.    Espino, Roberto

378.    Espinoza, Jr., Laura

379.    Espinoza-Nance, Daniel

380.    Esqueda, Jose

381.    Esquinca III, Donald

382.    Estrada, Fernando

383.    Estrada, Michael

384.    Estrada, John

385.    Etling, Richard

386.    Eustis, William

387.    Evenson, Charles

388.    Exum, Jr., Wander

389.    Falette, Ian

390.    Fallis, Luis

391.    Farias, William

392.    Farnham III, Chance

393.    Farrar, Thorsten

394.    Farrell, Philip

395.    Farris, Khalil

396.    Fathallah, Haley

397.    Faubert, Jason

398.    Feldman, Jesus

399.    Felix, Zachary

400.    Felix, Matthew

401.    Ferguson, Francisco

402.    Fernandez, Hector

403.    Fernandez, Jose

404.    Fernandez, Gustavo

405.    Fernandez, Jr., Elbert

406.    Ferrer, Robert

407.    Fertelmes, Robert

408.    Fiddelke, Brian

409.    Fiebig, Martha

410.    Fierro, Neddy

411.    Fierro, Cameron

412.    Figuero, Allen

413.    Filarecki, Martin

414.    Fimbres, Alex

415.    Fishman, Joseph

416.    Fistola, Ronald

417.    Fitzpatrick, Abel

418.    Flores, Jesus

419.    FLores, Efrain

420.    Flores, Omar

421.    Flores, Jorge

422.    Flores, Jose

423.    Flores, Richard

424.    Flores, Ruben

425.    Flores, Roberto

426.    Flores, John

427.    Fogle, IV, Kevin

428.    Fontenette, Patrick

429.    Ford, Jr., Marc

430.    Foster, Glenn

431.    Fouty, Alfredo

432.    Franca, Jeffrey

433.    Fredericks, Joel

434.    Freeland, Alejandro

435.    Frias, Mark

436.    Frias, Eduardo

437.    Fuentes, Francisco

438.    Fuentes, Orlando

439.    Fuentes, Charles

440.    Fulgham, Bryant

441.    Fussnecker, Gary

442.    Galducci, Raul

443.    Galicia, Kent

444.    Galindo, Robert

445.    Galvan, Edgardo

446.    Garayua, John

447.    Garber, Alex

448.    Garcia, Alejandro

449.    Garcia, Eddie

450.    Garcia, Randy

451.    Garcia, Armando

452.    Garcia, Jeanette

453.    Garcia, Juan

454.    Garcia, Juan

455.    Garcia, Miguel

456.    Garcia, Jose

457.    Garcia, Gabriel

458.    Garcia, Joel

459.    Garcia, Ricardo

460.    Garcia, Rogelio

461.    Garcia, Rudy

462.    Garcia, Saul

463.    Garcia, Arcenio

464.    Garcia, Jr., Efrain

465.    Garcia, Jr., Ignacio

466.    Garcia, Jr., Francisco

467.    Gardea, Ernesto

468.    Gardea-Fernandez, Brandon

469.    Gardner, Mark

470.    Garrison, Ricardo

471.    Garza, Cecilo

472.    Garza, Rolando

473.    Garza, Homar

474.    Garza, John

475.    Garza, Luis

476.    Garza, Victor

477.    Garza, Manuel

478.    Garza, Jr., Jerard

479.    George, Kelley

480.    George, William

481.    Giddings, Robert

482.    Gil, Jr., Scott

483.    Gilson, Eric

484.    Gilson, Joyce

485.    Golosino, Fernando

486.    Gomez, Juan

487.    Gomez, Cristobal

488.    Gomez, Heriberto

489.    Gomez, Felipe

490.    Gonzales, Robert

491.    Gonzales, Abel

492.    Gonzales, Adan

493.    Gonzales, Leonard

494.     Gonzales, Christopher

495.     Gonzalez, Alfonso

496.     Gonzalez, Jorge

497.     Gonzalez, Hector

498.     Gonzalez, Roberto

499.     Gonzalez, David

500.     Gonzalez, Gustavo

501.     Gonzalez, Hugo

502.     Gonzalez, Guillermo

503.     Gonzalez, Humberto

504.     Gonzalez, Pedro

505.     Gonzalez, Alfonso

506.     Gonzalez, Robert

507.     Gonzalez, Efrain

508.     Gonzalez, Roberto

509.     Gonzalez, Lauro

510.     Gonzalez, II, Eduardo

511.     Gonzalez, Jr., Albert

512.     Gonzalez, Jr., Arturo

513.     Gonzalez, Jr., Kenneth

514.     Gorman, Jeffrey

515.     Gottwald, Brian

516.     Goulart, Louis

517.     Goulas, Eric

518.     Gould, Lawrence

519.     Grace, Juan

520.     Grado, David

521.     Graham, Jeremy

522.     Graham, Anthony

523.     Graham, Ivan

524.     Grajeda, Karen

525.    Gray, Michael

526.    Green, Jeffrey

527.    Greene, Matthew

528.    Griesbach, Ryan

529.    Grimm, Kevin

530.    Grossi, Christopher

531.    Grubb, Mariano

532.    Guajardo, Eliezer

533.    Guajardo, Jr., Francisco

534.    Guerena, Rene

535.    Guerra, Elvia

536.    Guerrero, Alfredo

537.    Guerrero, Jermaine

538.    Guerrero, Guillermo

539.    Guerro, Richard

540.    Guilin, Jr., Andrew

541.    Gunnor, Eric

542.    Gustafson, Jesus

543.    Gutierrez, Juan

544.    Gutierrez, Manuel

545.    Gutierrez, Lazaro

546.    Guzman, Victor

547.    Guzman, Julio

548.    Guzman De Leon, Billy

549.    Haas, Erich

550.    Haas, Wayne

551.    Hafstad, Carl-Eddy

552.    Halaby, Kerri

553.    Halcomb, Eric

554.    Haldeman, Brian

555.    Hall, Mark

556.	Hall, Lee

557.	Hallsten, Myles

558.	Halstead, Rachael

559.	Hamby, Christopher

560.	Hamer, Joshua

561.	Hamilton, John

562.	Hammer, Vincent

563.	Hampel, Nathan

564.	Hanawalt, William

565.	Hardt, James

566.	Harmon Jr., Steven

567.	Harrell, Jonathan

568.	Harris, Kade

569.	Harris, Joseph

570.	Harrison, Matthew

571.	Harvey, Brandon

572.	Hatch, Raymond

573.	Hatcher, Doublas

574.	Hayes, Richard

575.	Hayslip, Richard

576.	Heady, Matthew

577.	Hecmanczuk, Neil

578.	Heideman, Reid

579.	Heilman, Jason

580.	Hejna, Stephen

581.	Henesy, Joseph

582.	Herbert, Alfred

583.	Herbst Jr., Thomas

584.	Hermosillo, Jose

585.	Hernandez, Frank

586.	Hernandez, Jaime

587.    Hernandez, Jesus

588.    Hernandez, Jose

589.    Hernandez, Julian

590.    Hernandez, Miguel

591.    Hernandez, Raul

592.    Hernandez, Salvador

593.    Hernandez, Fausto

594.    Hernandez Jr., Rodolfo

595.    Hernandez Jr., Carlos

596.    Herrera, David

597.    Herrera, George

598.    Herrera, Jaime

599.    Herrera, Richard

600.    Herrera, David

601.    Hicks, James

602.    Hika, Kristen

603.    Hill, Nathan

604.    Hill, Nathan

605.    Hilliard, Andrew

606.    Hinojos, Matthew

607.    Hinojos, Jose

608.    Hinojosa Jr., Maribel

609.    Hirales, Dana

610.    Hobbs, Christopher

611.    Hoelter, Carl

612.    Hofacker, Jeffrey

613.    Hoffman, Jeffrey

614.    Hogan, Brian

615.    Holerud, Ramon

616.    Holgvin, Michael

617.    Holland Jr., William

618.    Holloway, Damon

619.    Holmes, Kecia

620.    Honaker, Christopher

621.    Hons, Michael

622.    Hoover, Christoher

623.    Horal, Robert

624.    Hotten, James

625.    Houston, David

626.    Hubal, Mark

627.    Huckvale, George

628.    Huertas Jr., William

629.    Hughes, Kenneth

630.    Hulkower, Kerry

631.    Hunter, Joseph

632.    Huskey, William

633.    Hutcheson, Nanette

634.    Hutchings, Jeffrey

635.    Hyde, Benjamin

636.    Hyink, Jose

637.    Ibarra, Travis

638.    Igou, Gerardo

639.    Inocencio, Elis

640.    Irizarry, Joel

641.    Ivie, Andrew

642.    Jackson, Bradley

643.    Jackson, Wayne

644.    Jackson, Jeremy

645.    Jacobs, Danny

646.    Jaime, Kristin

647.    Jankowski, Lawrence

648.    Jay, Christopher

649.    Jbara, Joshua

650.    Jemelka, Derrick

651.    Jibben, Clodio

652.    Jimenez, Louie

653.    Jimenez, Arturo

654.    Jimenez, Rosalio

655.    Jimenez, Frankie

656.    Jimenez, Guillermo

657.    Jiminez, Orlando

658.    Jiminez, Alfanso

659.    Jiminez, Jr., Jeffrey

660.    Johnson, Curt

661.    Johnson, Jay

662.    Johnson, Karla

663.    Johnson, Craig

664.    Johnson, Mark

665.    Johnson, Michael

666.    Johnson, Michael

667.    Johnson, Thomas

668.    Johnson, Matthew

669.    Johnston, Sabrina

670.    Johnston, Richard

671.    Johnston, Michael

672.    Jones, Joshua

673.    Jones, Justin

674.    Jones, Michael

675.    Jones, Philip

676.    Jones, Damon

677.    Jones, James

678.    Jones, Jr., Derek

679.    Joyal, Darrin

680.    Judd, David

681.    Kaiser, Michael

682.    Karns, Bryan

683.    Kastoll, Tyler

684.    Keefover, Timothy

685.    Keller, Brian

686.    Kelly, Joseph

687.    Kempa, Robert

688.    Kemppainen, John

689.    Kennedy, Scott

690.    Kepner, Robert

691.    Kiernan, Robert

692.    Kilcoyne, Braden

693.    King, Sean

694.    King, William

695.    Kingsford, Byron

696.    Kirack, Joseph

697.    Kirby, Kelly

698.    Kirby, Michelle

699.    Kite, Christopher

700.    Knab, Philip

701.    Knapp, David

702.    Knight, Preston

703.    Knight, Monte

704.    Knuth, Mark

705.    Kozina, Melissa

706.    Kozina, Kyle

707.    Krall, Barbara

708.    Kremzner, Joshua

709.    Krieghauser, Douglas

710.    Kubos, Shane

711.    Kuehl, Anthony

712.    Kuhn, Mark

713.    Kutrip Jr., Steven

714.    Lacher, Javier

715.    Lagarda , Gregory

716.    Lambert, Jonathan

717.    Lander, Dale

718.    Landers, Ian

719.    Landinguin, Carl

720.    Landrum, Alison

721.    Landrum, William

722.    Laney, Donald

723.    LaPress, Jr., Erick

724.    Larson, Eric

725.    Larson, First Name

726.    Last Name, Eric

727.    Law, Jesus

728.    Lazcano, Jr., Terry

729.    Leader, Jesse

730.    Leal, Seth

731.    LeBlanc, Gene

732.    Ledesma, Levi

733.    Ledger, Michael

734.    Lee, Aaron

735.    Lemmon, Erik

736.    Lerma, Abram

737.    Lerma, John

738.    Leslie, John

739.    Letts, Gerald

740.    Levins, Jr., Clifford

741.    Leyba, Troy

742.     Licon, Clay

743.     Liedecke, Matthew

744.     Lightner, Martin

745.     Lilly, Jorge

746.     Limon, Jason

747.     Lin, Karl

748.     Lindemann, Alan

749.     Lindsey, Raymon

750.     Loa, Robert

751.     Loera, Jr., Dustin

752.     Lofland, Domonic

753.     Lofland, Michael

754.     Lombardo, Francisco

755.     Longoria, Jr., Arthur

756.     Lopez, Lisandro

757.     Lopez, David

758.     Lopez, Henry

759.     Lopez, Rudy

760.     Lopez, Joseph

761.     Lopez, Cristobal

762.     Lopez, Roy

763.     Lopez, Sergio

764.     Lopez, Tomas

765.     Lopez, Erika

766.     Lopez, Ricardo

767.     Lopez, Ernesto

768.     Lopez, Alex

769.     Lopez, Miguel

770.     Lopez, Francisco

771.     Lopez, Jr., Andres

772.     Lopez, Jr., Jose

773.    Lopez, Jr., Alexander

774.    Lopez, Jr., Benjamin

775.    Lotvedt, Edwin

776.    Lozano, Javier

777.    Lozano, Jose

778.    Lozano, Pablo

779.    Lucero, Michael

780.    Ludden, Sean

781.    Ludu, Osbaldo

782.    Luera, Jr., Ruben

783.    Luera, Jr., Eric

784.    Lujan, Ismael

785.    Lupian, John

786.    Lyday, Martin

787.    Macias, Raymond

788.    Mandel, Jr., Marco

789.    Madeuno, Thomas

790.    Madrid, Gregorio

791.    Madrigal, Jr., Eric

792.    Magana, David

793.    Maibaum, Adam

794.    Majestic, James

795.    Makin, Jr., Samuel

796.    Maldanado, Joel

797.    Maldanado, Jean

798.    Mancillas, Juan

799.    Mancillas, Jr., Victor

800.    Mancini,  Michael

801.    Manen, Douglas

802.    Mankin, Jr., Cord

803.    Mansfield, Casey

| | |
|---|---|
| 804. | Marchmont, David |
| 805. | Marcus, Aleksei |
| 806. | Marinenko, Jeffrey |
| 807. | Mair, Michael |
| 808. | Marino, Jr., Joseph |
| 809. | Marriott, Andres |
| 810. | Marrufo, Robert |
| 811. | Marrufo, Alfonso |
| 812. | Martinez, Roberto |
| 813. | Martinez, Samuel |
| 814. | Martinez, Sylvia |
| 815. | Martinez, Fernando |
| 816. | Martinez, Hermengildo |
| 817. | Martinez, Richard |
| 818. | Martinez, Patrocinio |
| 819. | Martinez, Armando |
| 820. | Martinez, Luis |
| 821. | Martinez, Alejandro |
| 822. | Martinez, Manuel |
| 823. | Martinez, Fabian |
| 824. | Martinez, Domingo |
| 825. | Martinez, Homero |
| 826. | Martinez, Ricardo |
| 827. | Martinez, Gerald |
| 828. | Martinez, Nicholas |
| 829. | Martinez, Vanessa |
| 830. | Martinez, Rene |
| 831. | Martinez, Robert |
| 832. | Martinez, Jr., Rory |
| 833. | Martinovic, Scott |
| 834. | Martoncik, Richard |

| | |
|---|---|
| 835. | Marzec, Kevin |
| 836. | Mason, Matthew |
| 837. | Mastrorilli, Mario |
| 838. | Mata, Griselda |
| 839. | Mata, Brian |
| 840. | Mata, Orlando |
| 841. | Mathie, Shelly |
| 842. | Matthes, Adam |
| 843. | Matuszewski, Charles |
| 844. | Maxwell, Jr., Glenn |
| 845. | McArthur, Chad |
| 846. | McBroom, Matthew |
| 847. | McClellan, Thomas |
| 848. | McCormick, Kyle |
| 849. | McCormick, Troy |
| 850. | McDaniel, Justin |
| 851. | McElfresh, Daniel |
| 852. | McElheran, James |
| 853. | McFeely, Fredrick |
| 854. | McGrew, Michael |
| 855. | McIsaac, Amanda |
| 856. | McKay, Shawn |
| 857. | McKeever, Paul |
| 858. | McKenna, Benjamin |
| 859. | McMaster, Hugh |
| 860. | McNamara, Travis |
| 861. | McNaughton, Steven |
| 862. | McPartland, Scott |
| 863. | McPherson, Dante |
| 864. | Medina, Jr., Eulogio |
| 865. | Medrano, Lance |

866.     Medrano, Abraham

867.     Melendez, Ramiro

868.     Melendez, Danny

869.     Melon, Joe

870.     Melton, Javier

871.     Mendez, Jaime

872.     Mendez, Michael

873.     Mendez, Julio

874.     Mendez, Francisco

875.     Mendez-Garcia, Luis

876.     Mendoza, Fidensio

877.     Mendoza, Jesus

878.     Mercado, Pascal

879.     Messina, Kristina

880.     Metheny, Robert

881.     Meyer, Francisco

882.     Meza, David

883.     Meza, George

884.     Meza, Oscar

885.     Meza, Kevin

886.     Michael, Nikos

887.     Michas, Daniel

888.     Mihalik, Jr., Edgardo

889.     Milan, Daniel

890.     Milian, Jason

891.     Miller, John

892.     Miller, Kenneth

893.     Miller, Adam

894.     Miller, Patrick

895.     Miller, Alan

896.     Mills, Ruben

897.     Miranda, Genaro

898.     Miranda, Ronny

899.     Misner, Christopher

900.     Mixon, Jose

901.     Mojica, Jr., Rebecca

902.     Moldenhauer, Jose

903.     Molina, Mark

904.     Molthan, Kevin

905.     Monson, Ralph

906.     Montano, Jr., Javier

907.     Montano, Jr., Gustavo

908.     Montemayor, Daniel

909.     Montes, Nikolas

910.     Montijo, Eugene

911.     Montoya, Albert

912.     Montoya, Erika

913.     Moody, Michael

914.     Moon, Thomas

915.     Moore, Laura

916.     Moore, Jesse

917.     Moore III, Jesus

918.     Morales, Antonio

919.     Morales, Fabian

920.     Morales, Corey

921.     Morehouse, Fredeberto

922.     Moreno, Dino

923.     Moreno, Samuel

924.     Moreno, Jr., Kenneth

925.     Morgan, Steve

926.     Morgan, Fataou

927.     Morou, John

928.        Morrill, Thomas

929.        Morris, Robert

930.        Morrison, Jr., Thomas

931.        Mozg, Shawn

932.        Mudie, Carlos

933.        Muniz, Jr. , Roberto

934.        Munoz, Juan

935.        Munoz, Emmanuel

936.        Munoz, Randolph

937.        Munoz, Victor

938.        Munuzuri, Claudio

939.        Murillo, Silvia

940.        Murillo- Melon, Leigh

941.        Murphy, Laurence

942.        Myers, Christopher

943.        Myra, Keoni

944.        Nacis, Todd

945.        Naegele, Lawrence

946.        Nagore, Brendan

947.        Nangle, Brian

948.        Nash, Gilberto

949.        Nava Jr., Armando

950.        Navarrete, Christopher

951.        Nelson, Brandon

952.        Nergararian, Mario

953.        Nevarez III, Carl

954.        Newmayer, Minh

955.        Nguyen, Robert

956.        Nicolaus, Ricardo

957.        Nieves, James

958.        Noel, Jeffrey

959.    Northup, Robert

960.    Noziska, Thomas

961.    Nuetzel, Arturo

962.    Nuila, Carlos

963.    Nunez-II, James

964.    Nunley, Robert

965.    Oakley, James

966.    Obert, Robert

967.    O'Brien, Alfredo

968.    Ocasio, Jeremy

969.    Ocheltree, Robert

970.    Ochoa, Alejandro

971.    Ochoa, Daniel

972.    Ochoa, Sean

973.    O'Connor, Ryan

974.    Ohnstad, Rolando

975.    Olivares, Delimiro

976.    Olivas, Joe

977.    Oliver, Christopher

978.    Omara, Michael

979.    Ondrejcak, Ruben

980.    Ornelas Jr., Ryan

981.    Oropallo, Jorge

982.    Ortiz, Juan

983.    Ortiz, Ryan

984.    Osburn, Spencer

985.    Oswald, Randy

986.    Ousley, Jason

987.    Owens, Manuel

988.    Ozuna, Brandon

989.    Packouz, Tod

990.        Padgett, Leonardo

991.        Padilla Jr., Leonardo

992.        Padilla , Michael

993.        Page, Eric

994.        Pahler, James

995.        Palacios, Diana

996.        Palmateer, Ricardo

997.        Palomo Sr., Daniel

998.        Paraiso, Mario

999.        Paredes, Joseph

1000.       Parker, Eddie

1001.       Parra, Jose

1002.       Parra Jr., Joshua

1003.       Parsons, Felix

1004.       Passi, Brock

1005.       Patterson, Tyler

1006.       Patterson, Timothy

1007.       Pavlat, Christopher

1008.       Payne, Jerry

1009.       Payne Jr., Jason

1010.       Pecoy, Jon

1011.       Pedersen, German

1012.       Pedraza, Robert

1013.       Pelton, Cosme

1014.       Pena, Donald

1015.       Pender III, Agustin

1016.       Perez, Albert

1017.       Perez, Andres

1018.       Perez, Anibal

1019.       Perez, Brandon

1020.       Perez, Fernando

1021.    Perez, Guadalupe

1022.    Perez, Jeffery

1023.    Perez, Jesus

1024.    Perez, Brandon

1025.    Perryman, Brett

1026.    Peryer, Anthony

1027.    Peters, Sean

1028.    Peterson, Benjamin

1029.    Petro, David

1030.    Phagan Jr., Michael

1031.    Phillips, Leslie

1032.    Pino, Carl

1033.    Pirtle, Michael

1034.    Pizzi, Scott

1035.    Plasse, Marc

1036.    Podschlne Jr., Robert

1037.    Pohjonen, Steven

1038.    Poligala, Francisco

1039.    Ponce De Leon, Noe

1040.    Portillo, Jason

1041.    Poulos, Ramon

1042.    Poventud, Moses

1043.    Power, Ezequiel

1044.    Pozos, Brady

1045.    Pratt, John

1046.    Prescott, Jess

1047.    Price, Michael

1048.    Pride, Mario

1049.    Proto, Gary

1050.    Quaney Jr., Anthony

1051.    Quattrocchi, Jose

| | |
|---|---|
| 1052. | Quijada, James |
| 1053. | Quinlan, Vincent |
| 1054. | Quinn, Juan |
| 1055. | Quintana, Ralph |
| 1056. | Quiroga, Luis |
| 1057. | Rabago, Jeffrey |
| 1058. | Radliff, Salinda |
| 1059. | Ragsdale, Ehab |
| 1060. | Rahman, Alfonso |
| 1061. | Ramirez, Gerardo |
| 1062. | Ramirez, Gilbert |
| 1063. | Ramirez, Jorge |
| 1064. | Ramirez, Joshua |
| 1065. | Ramirez, Lucia |
| 1066. | Ramirez, Luis |
| 1067. | Ramirez, Marco |
| 1068. | Ramirez, Mario |
| 1069. | Ramirez, Matias |
| 1070. | Ramirez, Bernardo |
| 1071. | Ramirez III, Juan |
| 1072. | Ramirez Jr., Alexandro |
| 1073. | Ramon, Alfredo |
| 1074. | Ramos, E. |
| 1075. | Ramos, Luis |
| 1076. | Ramos, Luis |
| 1077. | Ramos, Manuel |
| 1078. | Ramos, George |
| 1079. | Ramsey, David |
| 1080. | Ramsey, Omar |
| 1081. | Rascon, Jon |
| 1082. | Rauterkus, Bruno |

| | |
|---|---|
| 1083. | Raygoza Jr., Manuel |
| 1084. | Real y. Vasquez, Mark |
| 1085. | Rebeiro, Thomas |
| 1086. | Reber, John |
| 1087. | Redd, James |
| 1088. | Reed, Scott |
| 1089. | Reeves, David |
| 1090. | Reid, Brian |
| 1091. | Reilly, Adam |
| 1092. | Reilly-Anderson, Theodore |
| 1093. | Reiter, Javier |
| 1094. | Resendez, Brenton |
| 1095. | Reveruzzi, Benito |
| 1096. | Reyes, Luis |
| 1097. | Reyes, Oscar |
| 1098. | Reyes, Pedro |
| 1099. | Reyes, Arnulfo |
| 1100. | Reyes III, Adolfo |
| 1101. | Reyna Jr., Primitivo |
| 1102. | Reynoso, Manuel |
| 1103. | Reza Jr., Gary |
| 1104. | Richards, John |
| 1105. | Richards, Jeremiah |
| 1106. | Richardson, Laron |
| 1107. | Richardson, Michael |
| 1108. | Riches, Sean |
| 1109. | Ricketts, Matthew |
| 1110. | Riddle, Kerry |
| 1111. | Riden, Ricardo |
| 1112. | Rios Jr., Jeffrey |
| 1113. | Ritter, Cesar |

| | |
|---|---|
| 1114. | Rivas, Eligio |
| 1115. | Rivas II, Abel |
| 1116. | Rivera, Alexander |
| 1117. | Rivera, Antonio |
| 1118. | Rivera, Isaac |
| 1119. | Rivera, Maria |
| 1120. | Rivera, Miguel |
| 1121. | Rivera, Luis |
| 1122. | Rivera-Febres, Jorge |
| 1123. | Rivera-Segarra, Ricardo |
| 1124. | Rivero, Roger |
| 1125. | Rizzo, Randall |
| 1126. | Roberts, Robin |
| 1127. | Roberts, Billy |
| 1128. | Robinette, William |
| 1129. | Robinson, Alejandro |
| 1130. | Robles, Michael |
| 1131. | Robles, Robert |
| 1132. | Rocas, Martin |
| 1133. | Rocheleau, Carlos |
| 1134. | Rochin, Javier |
| 1135. | Rodarte, William |
| 1136. | Rodd, Jason |
| 1137. | Rodgers, Shawn |
| 1138. | Rodgers, Jesus |
| 1139. | Rodriguez, Edwin |
| 1140. | Rodriguez, Raul |
| 1141. | Rodriguez, Willie |
| 1142. | Rodriguez, Adalberto |
| 1143. | Rodriguez, Andres |
| 1144. | Rodriguez, Antonio |

1145.    Rodriguez, Blanca

1146.    Rodriguez, David

1147.    Rodriguez, Ernesto

1148.    Rodriguez, John

1149.    Rodriguez, Miguel

1150.    Rodriguez, Erasmo

1151.    Rodriguez III, Simon

1152.    Rodriguez Jr., William

1153.    Roeske II, Dennis

1154.    Rogers, Garth

1155.    Rogers, Andrew

1156.    Rogers Jr., Casey

1157.    Roloff, Jorge

1158.    Roman, Nathanael

1159.    Romero, Kurstan

1160.    Rosberg, Diamantina

1161.    Rose, Steven

1162.    Rose, Juan

1163.    Rosel Jr., Jeffrey

1164.    Roser, Matthew

1165.    Ross, Matthew

1166.    Ross, Thomas

1167.    Ross, Douglas

1168.    Rossino, Derrick

1169.    Rothe, Alfredo

1170.    Rubio, Guy

1171.    Rubsamen, James

1172.    Rudisill, Carlos

1173.    Ruiz, Carlos

1174.    Ruiz, Elizabeth

1175.    Ruiz, Gustavo

| | |
|---|---|
| 1176. | Ruiz, Juan |
| 1177. | Ruiz Jr., Dennis |
| 1178. | Rulli, Joseph |
| 1179. | Russell, Theodore |
| 1180. | Ryan, Jorge |
| 1181. | Saenz, Juan |
| 1182. | Saenz Jr., Damon |
| 1183. | Salazar, Rene |
| 1184. | Salazar, Guadalupe |
| 1185. | Salazar, Homero |
| 1186. | Salinas, Carlos |
| 1187. | Salorio, Francisco |
| 1188. | Sanchez, Adan |
| 1189. | Sanchez, Hector |
| 1190. | Sanchez, Rodolfo |
| 1191. | Sanchez, Vicente |
| 1192. | Sanchez, Rene |
| 1193. | Sanchez, Daniel |
| 1194. | Sanchez, Alfredo |
| 1195. | Sanchez Jr., Sandra |
| 1196. | Sanders, Joseph |
| 1197. | Sandford, Maria |
| 1198. | Sandoval, Joe |
| 1199. | Sandoval, Lorenzo |
| 1200. | Sandoval, Hector |
| 1201. | Santiago-Martinez, Jesus |
| 1202. | Santos, Eric |
| 1203. | Santos, Roberto |
| 1204. | Sarraillon, Oscar |
| 1205. | Sartuche, Manuel |
| 1206. | Sauceda, Michael |

| | |
|---|---|
| 1207. | Sauceda Jr., Omar |
| 1208. | Saucedo, Richard |
| 1209. | Scanlan, Matthew |
| 1210. | Scarborough, Donald |
| 1211. | Scee, Bobbi |
| 1212. | Schad, Eric |
| 1213. | Schadt, Christopher |
| 1214. | Schagel, Brian |
| 1215. | Schatzel, Charles |
| 1216. | Schlesinger, Steven |
| 1217. | Schultz, Daniel |
| 1218. | Schutt, Michael |
| 1219. | Scioli, James |
| 1220. | Scordato, Jimmie |
| 1221. | Scott, Matthew |
| 1222. | Seager, Eric |
| 1223. | Secord, Patrick |
| 1224. | Seeley, Efrain |
| 1225. | Sella-Perez, Guillermo |
| 1226. | Selva-Wuensch, Joshua |
| 1227. | Semmerling, Jason |
| 1228. | Sene, Arvin |
| 1229. | Sepulveda, Jesse |
| 1230. | Serio, Tomas |
| 1231. | Serrano, Kevin |
| 1232. | Shell, Jon |
| 1233. | Shelton, Paul |
| 1234. | Shepard, Christopher |
| 1235. | Shepherd, Michael |
| 1236. | Shick, David |
| 1237. | Shipley, Jesus |

| 1238. | Silerio, Francisco |
| 1239. | Silva, Roberto |
| 1240. | Silva, Nelson |
| 1241. | Silva, Luis |
| 1242. | Silva, Eric |
| 1243. | Simonet, Mark |
| 1244. | Simonsen, Stephen |
| 1245. | Sims, Jorge |
| 1246. | Siqueiros, Walter |
| 1247. | Siquieros, John |
| 1248. | Sirianni, Michael |
| 1249. | Sisco, David |
| 1250. | Skinner, Monica |
| 1251. | Slack, Noah |
| 1252. | Slack, Jarod |
| 1253. | Smith, Jonathan |
| 1254. | Smith, Brian |
| 1255. | Smith, Aaron |
| 1256. | Snider, Matthew |
| 1257. | Solosabal, Adrian |
| 1258. | Sosa, David |
| 1259. | Sotelo, Berardino |
| 1260. | Soto, Elias |
| 1261. | Soto, Homero |
| 1262. | Soto, Jose |
| 1263. | Soto, John |
| 1264. | Southwick, Justin |
| 1265. | Speirs, Brandon |
| 1266. | Spencer, David |
| 1267. | Spitzer, John |
| 1268. | Spivey Jr., Joshua |

1269.    St. Germain, Victor

1270.    Stanfill, Andrew

1271.    Staples, Greg

1272.    Stearns, Jonathan

1273.    Steele, Emmanuel

1274.    Steenbakker Jr., Eric

1275.    Steffen, Reggie

1276.    Stefforia, Jared

1277.    Stenquist, Alan

1278.    Stewart, David

1279.    Stone, Joseph

1280.    Stovall, Dennis

1281.    Strong, Matthew

1282.    Sturgeon, Matthew

1283.    Sturrock, Danielle

1284.    Suarez, Jose

1285.    Suarez, Alejandro

1286.    Suarez, Gary

1287.    Subialdea, Philip

1288.    Sullivan, Charles

1289.    Summerhill, Michael

1290.    Sveum, Eric

1291.    Swanson, Canyon

1292.    Sweet, Erin

1293.    Switzer, Benjamin

1294.    Swope, Steven

1295.    Takacs, Ana

1296.    Tamez, Michael

1297.    Tangas, Arturo

1298.    Tarango, Timothy

1299.    Teas, Maria

| | |
|---|---|
| 1300. | Tecpanecatl, Jesus |
| 1301. | Tejeda, Scott |
| 1302. | Templin, Richard |
| 1303. | Tena, Denise |
| 1304. | Teniente, Roberto |
| 1305. | Teran, Andres |
| 1306. | Terrazas, Daniel |
| 1307. | Testa, Timothy |
| 1308. | Thomas, Jared |
| 1309. | Thompson, Araceli |
| 1310. | Thrasher, Jamie |
| 1311. | Tierney, Jose |
| 1312. | Tijerina, Luke |
| 1313. | Timerson, Dax |
| 1314. | Tipton, Erasmo |
| 1315. | Tobias, Donald |
| 1316. | Tolly, Eileen |
| 1317. | Tomasiak, George |
| 1318. | Torres, Emmanuel |
| 1319. | Torres, Richard |
| 1320. | Torres, Enrique |
| 1321. | Torres, Elvis |
| 1322. | Torres, Adam |
| 1323. | Torres, Jesus |
| 1324. | Torres, Martin |
| 1325. | Torres, Ricardo |
| 1326. | Torres, Robert |
| 1327. | Torres, Roberto |
| 1328. | Torres III, Armando |
| 1329. | Torrez, Victor |
| 1330. | Torrez, Arturo |

| 1331. | Torrez, Jason |
| 1332. | Torrick, Rafael |
| 1333. | Tovar, Hoa |
| 1334. | Tran, Robert |
| 1335. | Treadwell II, David |
| 1336. | Trebbi, Lamar |
| 1337. | Trevino, Eduardo |
| 1338. | Trevino, Roberto |
| 1339. | Trevino, Joshua |
| 1340. | Tripp, Matthew |
| 1341. | Tucker, Jorge |
| 1342. | Ugues, Juan |
| 1343. | Uranga, Abel |
| 1344. | Urias, Alexander |
| 1345. | Uzelac, Tyler |
| 1346. | Vach, Jacob |
| 1347. | Valdez, Fermin |
| 1348. | Valdez, Veronica |
| 1349. | Valdez, Louis |
| 1350. | Valentino, Jr., Martin |
| 1351. | Valenzuela, Benny |
| 1352. | Valenzuela, Humberto |
| 1353. | Valeriand, Troy |
| 1354. | Van Pelt, Fernando |
| 1355. | Vanoni, Jesus |
| 1356. | Vargas, Keith |
| 1357. | Varga, Steve |
| 1358. | Vargas, Donibar |
| 1359. | Vargas, James |
| 1360. | Vasek, Fernando |
| 1361. | Vasquez, Duane |

| | |
|---|---|
| 1362. | Vasquez, Hector |
| 1363. | Vasquez, Felipe |
| 1364. | Vasquez, Mauel |
| 1365. | Vasquez III, Robert |
| 1366. | Vazquez, Angel |
| 1367. | Vazquez, Charles |
| 1368. | Veatch, Hector |
| 1369. | Vega, Salvador |
| 1370. | Vega, Jr., Roberto |
| 1371. | Vega, Jr., Allen |
| 1372. | Vela, Eduardo |
| 1373. | Velasquez, Gilberto |
| 1374. | Velez, Jose |
| 1375. | Ventura, Jason |
| 1376. | Viau, Daniel |
| 1377. | Vidal, Kelly |
| 1378. | Videc, Raymond |
| 1379. | Viera, Charles |
| 1380. | Viggato, Javier |
| 1381. | Villalva, Guillermo |
| 1382. | Villanueva, Jose |
| 1383. | Villanueva, Matthew |
| 1384. | Villanueva, Sonny |
| 1385. | Villareal, David |
| 1386. | Villarreal, Alberto |
| 1387. | Villarreal, Jr., Luis |
| 1388. | Villegas, Jason |
| 1389. | Violette, Tommy |
| 1390. | Vitocruz, Timothy |
| 1391. | Votraw, Darren |
| 1392. | Wahmhoff, Jason |

| | |
|---|---|
| 1393. | Waite, Christopher |
| 1394. | Walker, Ronald |
| 1395. | Walker Jr., Jonathan |
| 1396. | Walls, Scott |
| 1397. | Ward, Molly |
| 1398. | Warren, James |
| 1399. | Warren, Da'Rell |
| 1400. | Warren, Richard |
| 1401. | Warwas, Matthew |
| 1402. | Warwick, Lyle |
| 1403. | Watson, Charles |
| 1404. | Watts, Thomas |
| 1405. | Watts, Bryan |
| 1406. | Weaver, Christian |
| 1407. | Weidl, Paul |
| 1408. | Weisel, Karl |
| 1409. | Weisel, David |
| 1410. | Weissenfluh, Eric |
| 1411. | Wells, Edward |
| 1412. | Wells II, John |
| 1413. | Welter, Matthew |
| 1414. | Wenzel, Christopher |
| 1415. | Westbrook, Brenna |
| 1416. | Westphal, Jason |
| 1417. | Wetzel, Jeff |
| 1418. | Wheeler, James |
| 1419. | Wheeler III, Wayne |
| 1420. | White, James |
| 1421. | White, Jonathan |
| 1422. | Whitehurst, James |
| 1423. | Whitfield, Craig |

1424.    Whitworth, Earnest

1425.    Wilkinson, Jason

1426.    Williams, Jeffrey

1427.    Williams, Anthony

1428.    Williams, Jeffrey

1429.    Wilson, Billy

1430.    Wise, Nidia

1431.    Wise, Kyle

1432.    Witt, Barry

1433.    Woelfel, Aaron

1434.    Wolfe, Jacob

1435.    Wolfe, Tracy

1436.    Wong, Jason

1437.    Wood, Keith

1438.    Woodland, Richard

1439.    Woods, Nathan

1440.    Woods, Kevin

1441.    Worrell, Chance

1442.    Wright, James

1443.    Wright III, Michael

1444.    Wright Jr., Christina

1445.    Wroldson, Karl

1446.    Wroldson, Matthew

1447.    Wummel, Michael

1448.    Wunderle, Russell

1449.    Wynn, Marlon

1450.    Ybarra, Ting

1451.    Yip, Kimberly

1452.    Yockey, Eugene

1453.    Young, Chris

1454.    Young, Dale

1455.     Young, Carey

1456.     Youngblood,  Lorenzo

1457.     Yrigoyen, Raul

1458.     Zamarripa, Rene

1459.     Zamora, Mariano

1460.     Zapata, Antonio

1461.     Zapata, Maxwell

1462.     Zavala, Paul

1463.     Zelnick, Charles

1464.     Zepeda, Matthew

1465.     Zetts, Jr., Eric

1466.     Ziegler, David

1467.     Zimdars, Heber

1468.     Zubia, Javier

1469.     Zuniga, Homer


                   Plaintiffs,

     vs.


     THE UNITED STATES,


                   Defendant.

_____

## COLLECTIVE ACTION COMPLAINT

1.      The plaintiffs named in the above caption ("Plaintiffs"), by and through their undersigned attorneys, hereby make the following allegations against The United States ("Defendant") concerning their acts and status upon actual knowledge and concerning all other matters upon information, belief, and the investigation of their counsel:

## NATURE OF ACTION

2.      Plaintiffs contend that Defendant violated the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, *et seq.* ("FLSA") as to all employees and putative class members identified in this complaint. Plaintiffs are current and former employees of the Government of the United States of America. Plaintiffs have been employed at Customs and Border Protection, a subdivision of the Department of Homeland Security. Plaintiffs bring the current suit on behalf of themselves and other employees similarly situated for declaratory judgment, back wages, and other associated relief for Defendant's willful and unlawful violations of federal law pursuant to 29 U.S.C. § 216(b), 28 U.S.C. § 1331, 28 U.S.C. § 1346(a)(2), and 28 U.S.C. §§ 1491, 2201, and 2202, 5 U.S.C. § 5596, and the overtime provisions of Title 5 of the U.S. Code, 5 U.S.C. §§ 5541, *et. seq.,* and the Fair Labor Standards Act (FLSA), 29 U.S.C. § 207.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1346(a)(2), 28 U.S.C. § 1331, 28 U.S.C. § 1491, and 29 U.S.C. § 216(b). Venue is proper pursuant to 28 U.S.C. § 1402.

## PARTIES

4.      The Plaintiffs in this action are currently employed as or have been formerly employed as border patrol agents by Customs and Border Protection at various stations within Border Patrol sectors across the United States. Pursuant to 29 U.S.C. § 216(b), these Plaintiffs have provided their written consent to be party plaintiffs in this matter. The written consent forms are attached hereto as Exhibit A-1 through A-4.

5.      Defendant has its principal place of business in Washington, D.C.

6.      Each of the plaintiffs in this action is an "employee" within the meaning of the Fair Labor Standards Act (FLSA),  29 U.S.C. § 203(e)(1). Defendant requires each of the Plaintiffs in this action to perform similar job duties and carry out similar responsibilities.

## THE FLSA

7.      In 1938 Congress enacted the FLSA to provide protection to workers. In 1974, the FLSA was amended to extend coverage to federal, state, and local government employees. The Act provides protections for federal employees including guaranteeing minimum wage and overtime pay.

8.      Under the FLSA, employees must be paid at a rate of not less than one and one-half times their regular rate of pay for each hour worked in excess of 40 hours in a workweek. Agencies who adopt a period of at least 7 days and not more than 28 days are permitted to pay overtime compensation to federal employees pursuant to the hourly standards under section 7(k) of the FLSA, 29 U.S.C. § 207(k), provided that the employees are engaged in law enforcement activities and are compensated with Administratively Uncontrollable Overtime pursuant to 5 U.S.C. § 5545(c)(2). *See* 5 C.F.R. § 551.541. Under section 7(k) of the FLSA, employees who

also receive Administratively Uncontrollable Overtime are entitled to FLSA overtime compensation at a rate of one and one-half times their regular rate of pay for all hours they are suffered or permitted to work in excess of 85.5 in a 14-day period.

9.      The FLSA enables employees to assert and protect these rights. Under 29 U.S.C. § 215(a), retaliation against employees seeking to be paid overtime is illegal.

## STATEMENT OF FACTS

10.      At all material times herein, Plaintiffs and other similarly situated employees have been entitled to overtime pay under the FLSA for all hours worked in excess of 40 hours per workweek or, for those time periods that Plaintiffs and other similarly situated employees received Administratively Uncontrollable Overtime, they have been entitled to overtime pay under the FLSA for all hours of work in excess of 85.5 hours per 14-day work period.

11.      Time spent in paid non-work status, such as paid leave, holidays, compensatory time off or excused absences, is considered "hours of work" for purposes of calculating overtime owed to federal employees such as Plaintiffs and similarly situated employees. 5 C.F.R. § 551.401(b).

12.      Within the last three years, while working in the position of border control agent on behalf of Defendant, Plaintiffs and similarly situated employees performed job duties such as working to serve the public and protect our nation's borders, apprehending individuals attempting to enter the county illegally, processing apprehended individuals, making arrests, defending against terrorist threats, gathering intelligence, tracking smugglers, testifying in court, and before grand juries and administrative tribunals, and performing various additional job duties and responsibilities related to law enforcement and immigration policies of the United States.

13.     At all or some of the times material herein since February 3, 2014, Plaintiffs and other similarly situated employees worked in excess of forty (40) hours per week.

14.     At all or some of the times material herein since February 3, 2014, Plaintiffs and other similarly situated employees have received administratively uncontrollable overtime pay at a rate of between 10 percent and 25 percent of their basic pay pursuant to 5 U.S.C. 5545(c)(2). At all times material herein that Plaintiffs and other similarly situated employees have received administratively uncontrollable overtime, Plaintiffs and similarly situated employees have worked hours in excess of 85.5 hours in a 14-day period.

15.     At times material herein, and as reflected in Defendant's payroll documents, Defendant has unilaterally reduced the percentages at which Plaintiffs and similarly situated employees' Administratively Uncontrollable Overtime has been paid. At times material herein, and as reflected in Defendant's payroll documents, Defendant has unilaterally stopped paying Plaintiffs and similarly situated employees' Administratively Uncontrollable Overtime whatsoever during particular pay periods. During the pay periods for which Defendant has failed to pay Plaintiffs and similarly situated employees any administratively uncontrollable overtime, Plaintiffs and similarly situated employees have worked overtime hours in excess of 40 hours per week, but Defendant has nonetheless continued to compensate Plaintiff and similarly situated employees' overtime pursuant to the FLSA section 7(k) standard of 85.5 hours per pay period.

16.     At all times material herein, Defendant has suffered or permitted Plaintiffs and similarly situated employees to work at least 15-30 minutes each day prior to the official start time of their shifts without compensation. The types of job duties Plaintiffs and similarly situated employees perform prior to the start of their shifts includes but is not limited to obtaining and gathering equipment such as rifles and tasers before muster, getting water, performing vehicle

inspections, picking up radios and keys, exchanging information with the outgoing shift,

checking in with supervisors, checking agency emails, regarding intelligence and activities in

assigned sectors as well as emails relating to personnel matters, engaging in agency training

activities on the computer, checking sensors, reviewing field operating reports, reviewing

intelligence reports, engaging in computer training activities, reviewing field operating reports,

cleaning equipment including chest protectors, bulletproof vests, gloves, goggles, and floatation

devices for agents who work on boats, and exchanging information with outgoing shifts and

incoming supervisors. Although this work time has been routinely performed on a daily basis at

all times material herein, Defendant has failed to compensate Plaintiffs and similarly situated

employees for work time that Plaintiffs have been suffered or permitted to perform prior to the

official start of their shifts.

17.    In addition to unpaid time that Plaintiffs and similarly situated employees have

been suffered or permitted to work prior to the official start of their shifts, Plaintiffs and similarly

situated employees assigned to special details such as the Honor Guard or agents assigned to

hiring panels or boards, perform work before the official start time of their shifts preparing or

setting up for their jobs. These activities take an average of 30-minutes to one hour to carry out,

and Plaintiffs and similarly situated employees have not been compensated for the time that they

have been suffered or permitted to perform these activities.

18.    Each of the twenty sectors within the Border Patrol has specialized units to

perform such duties as search and rescue, smuggling interdiction, and similar types of law

enforcement activities. In addition to unpaid work time that Plaintiffs and similarly situated

employees have been suffered or permitted to perform before the official start time of their shifts,

plaintiffs who are assigned to special units are suffered or permitted to perform additional work

after the time that their official 8-hour shift ends, and have not been paid for certain post-shift hours to the extent that they exceed Defendant's cap on how much overtime it is willing to pay.

19.     In addition to unpaid work time that Plaintiffs and similarly situated employees have been suffered or permitted to perform before the official start time of their shifts, each Plaintiff is assigned a minimum of one handgun. Certain Plaintiffs and similarly situated employees are additionally assigned a rifle. Plaintiffs and similarly situated employees are required to maintain, clean, and keep their guns in good working order as part of their job duties. Plaintiffs and similarly situated employees clean and maintain their guns while off-duty. The guns must be cleaned whenever they are exposed to elements such as dust, dirt, or water, or whenever they are fired or used for regular qualification courses. Cleaning and maintaining the guns takes a minimum of approximately 30-minutes every two weeks. Plaintiffs and similarly situated employees are not compensated for the time that they spend cleaning and maintaining their guns off-duty.

## CLAIMS FOR RELIEF FOR
## VIOALTIONS OF THE FAIR LABOR STANDARDS ACT

## COUNT  I

### FAILURE TO PAY FLSA OVERTIME
### UNDER SECTION 7(k) OF THE FLSA, 29 U.S.C. § 207(k)

20.     Plaintiffs incorporate by reference paragraphs 1 through 19 in their entirety and restate them herein.

21.     In the pay periods for which Plaintiffs and similarly situated employees have received administratively uncontrollable overtime in percentages between 10 percent and 25 percent, Defendant has willfully and intentionally violated the FLSA by failing to compensate Plaintiffs and similarly situated employees for time spent performing job duties prior to and after

their official shifts. For example, prior to and/or after their official shifts, Plaintiffs and similarly situated employees have been suffered or permitted to work, performing duties including but not limited to cleaning and maintaining guns, exchanging pertinent information, obtaining necessary equipment, and carrying out special detail duties without pay. Defendant's failure and refusal to compensate Plaintiffs and other similarly situated employees for all hours they have been suffered or permitted to work is in violation of the FLSA. As a result, at material times herein, Plaintiffs and other similarly situated employees have been unlawfully deprived of overtime compensation and other relief for the maximum statutory period allowed under federal law.

22.    As a result of Defendant's willful and purposeful violations of the FLSA and Title 5, Defendant owes Plaintiffs and similarly situated employees various amounts that have not yet been determined. The personnel and employment records for each plaintiff and similarly situated employee are in the exclusive possession, custody and control of Defendant and its public agencies. Under the Government Accounting Office retention schedule, the FLSA (29 U.S.C. § 211(c)) and various statutory and regulatory provisions, Defendant and its public agencies have a duty to maintain and preserve payroll and other employment records. By using these records, Plaintiffs will be able to ascertain the amount owed to Plaintiffs and other similarly situated employees.

23.    Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for a defendant's failure to pay overtime compensation.

24.    Pursuant to the Back Pay Act, 5 U.S.C. § 5596, plaintiffs are entitled to recovery interest on their back pay damages for a defendant's failure to pay them overtime compensation.

25.     Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. §

216(b), the Back Pay Act, 5 U.S.C. § 5596, as well as additional applicable laws and regulations.

## COUNT II

### FAILURE TO PAY FLSA OVERTIME
### UNDER SECTION 7(a) OF THE FLSA, 29 U.S.C. § 207 (a)

26.     Plaintiffs incorporate by reference paragraphs 1 through 25 in their entirety and

restate them herein.

27.     Section 7(k) of the Fair Labor Standards Act, 29 U.S.C. § 207(k), may only be

applied by federal agencies to calculate overtime owed under the FLSA for employees who are

both engaged in law enforcement activities and who receive either Administratively

Uncontrollable Overtime or standby pay. 5 C.F.R. §551.541(a). Employees who do not receive

Administratively Uncontrollable Overtime or standby pay and who are engaged in law

enforcement activities like Plaintiffs and similarly situated employees are entitled to have their

FLSA overtime compensation calculated under section 7(a) of the FLSA, 29 U.S.C. § 207(a).

Under section 7(a), federal employees such as Plaintiffs and similarly situated employees are

entitled to receive FLSA overtime compensation for all hours worked over 40 per week. 5 C.F.R.

§ 551.501. For purposes of computing federal employees' overtime pay under the FLSA, paid

leave, holidays, compensatory time off and excused absences are counted as hours of work. 5

C.F.R. § 551.401.

28.     On those occasions in which Defendant unilaterally stopped paying

Administratively Uncontrollable Overtime to Plaintiffs and similarly situated employees,

Defendant nonetheless calculated their FLSA overtime pay entitlement using the overtime

standards of 85.5 hours in a 14-day period. By failing to compute Plaintiffs and similarly situated

employees' entitlement to FLSA overtime pursuant to the standards set forth under section 7(a) of the FLSA, 29 U.S.C. § 207(a), Defendant has deprived Plaintiffs of the overtime pay to which they are entitled under the law. By failing and refusing to pay the plaintiffs and other similarly situated employees the overtime pay required under the FLSA, Defendant has willfully and intentionally violated the law. As a result, at all material times herein, Plaintiffs and similarly situated employees have been unlawfully deprived of overtime compensation and other relief during the maximum statutory period provided by law.

29.     As a result of Defendant's willful and purposeful violations of the FLSA and Title 5, Defendant owes Plaintiffs and similarly situated employees various amounts that have not yet been determined. The personnel and employment records for each plaintiff and similarly situated employee are in the exclusive possession, custody and control of Defendant and its public agencies. Under the Government Accounting Office retention schedule, the FLSA (29 U.S.C. § 211(c)) and various statutory and regulatory provisions, Defendant and its public agencies have a duty to maintain and preserve payroll and other employment records. By using these records, Plaintiffs will be able to ascertain the amount owed to Plaintiffs and other similarly situated employees.

30.     Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for a defendant's failure to pay overtime compensation.

31.     Pursuant to the Back Pay Act, 5 U.S.C. § 5596, plaintiffs are entitled to recovery interest on their back pay damages for a defendant's failure to pay them overtime compensation.

32.     Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b), the Back Pay Act, 5 U.S.C. § 5596, as well as additional applicable laws and regulations.

## **COUNT III**

### FAILURE TO COMPLY WITH THE TITLE 5 PROVISIONS REGARDING ADMINISTRATIVELY UNCONTROLLABLE OVERTIME

33.    Plaintiffs incorporate by reference paragraphs 1 through 32 in their entirety and restate them herein.

34.    Under 5 U.S.C. § 5545(c), Administratively Uncontrollable Overtime is paid as an alternative to payments to particular groups of individuals for irregular overtime that would otherwise be owed under Title 5 at 5 U.S.C. § 5542 (a). The percentages at which Administratively Uncontrollable Overtime is paid are determined by the average number of overtime hours that an employee is required to work. 5 C.F.R. § 550.154.

35.    In addition, the Office of Personnel Management instructs federal agencies to maintain policies on which to base the payment of Administratively Uncontrollable Overtime. 5 C.F.R. § 550.161.

36.    Defendant has violated the provisions of 5 U.S.C. 5545(c) as well as rules and regulations of OPM, and the policies of Customs and Border Protection by capping the number of Administratively Uncontrollable Overtime hours that Plaintiffs and similarly situated employees are permitted to record, and instructing Plaintiffs and similarly situated employees not to record the actual number of Administratively Uncontrollable Overtime that they have worked. By doing so, Defendant has willfully deprived Plaintiffs and similarly situated employees of the rights and protections of Title 5 and acted arbitrarily and disparaged the rules and regulations of Customs and Border Protection, resulting in monetary damages to Plaintiffs and similarly situated employees. Because Plaintiffs and similarly situated employees have not been being

paid Administratively Uncontrollable Overtime at the percentages at which they have been entitled to be paid pursuant to 5 C.F.R. § 550.154, Plaintiffs have suffered monetary damages.

37.     As a result of Defendant's willful and purposeful violations of the FLSA and Title 5, Defendant owes Plaintiffs and similarly situated employees various amounts that have not yet been determined. The personnel and employment records for each plaintiff and similarly situated employee are in the exclusive possession, custody and control of Defendant and its public agencies. Under the Government Accounting Office retention schedule, the FLSA (29 U.S.C. § 211(c)) and various statutory and regulatory provisions, Defendant and its public agencies have a duty to maintain and preserve payroll and other employment records. By using these records, Plaintiffs will be able to ascertain the amount owed to Plaintiffs and other similarly situated employees.

38.     Pursuant to the Back Pay Act, 5 U.S.C. § 5596, plaintiffs are entitled to recovery interest on their back pay damages for a defendant's failure to pay them overtime compensation.

39.     Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b), the Back Pay Act, 5 U.S.C. § 5596, as well as additional applicable laws and regulations.

**WHEREFORE**, the Plaintiffs, on their own behalf and on behalf of others similarly situated, pray that this Court:

(a) Order Defendant to file with the Court and provide to Plaintiffs' counsel a list of all names and current (or best known) addresses of all individuals whom Defendant employed as a border patrol agent at any time during the relevant time period;

(b) Authorize Plaintiffs' counsel to issue a notice informing the collective members that this action has been filed, of the nature of the action, and of their right to opt-in to this lawsuit;

(c) Appoint Gary E. Mason, Danielle L. Perry, Ben Branda of Whitfield Bryson & Mason LLP, Alan Lescht, August Johannsen, and Jack Jarrett of Alan Lescht and Associates, P.C., and Neil Landeen of Yen Pilch & Landeen, P.C. as collective counsel;

(d) Enter judgment declaring Defendant has willfully and wrongfully violated its statutory obligations, and deprived each of the plaintiffs of their rights;

(e) Order a complete and accurate accounting of all the compensation to which Plaintiffs and similarly situated employees are owed;

(f) Award each plaintiff monetary liquidated damages equal to their unpaid compensation, plus interest;

(g) Award Plaintiffs their reasonable attorneys' fees to be paid by Defendant, and the costs of disbursements of this action;

(h) Grant leave to add additional case Plaintiffs by motion, the filing of written consent forms, or any other method approved by the Court; and

(i) Grant such other relief as the Court deems just and proper.

Respectfully Submitted,

Dated: February 3, 2017                      /s/Alan Lescht _____
                                             Alan Lescht
                                             August Johannsen (admission pending)
                                             Jack Jarrett (admission pending)
                                             Alan Lescht and Associates, PC
                                             1050 17th St., NW, Suite 400
                                             Washington, DC 20036
                                             Phone: (202) 463-6036
                                             Fax: (202) 463-6067

Gary E. Mason (admission pending)
Danielle L. Perry (admission pending)
Ben Branda (admission pending)
Whitfield Bryson & Mason LLP
5101 Wisconsin Ave., NW, Ste. 305
Washington, DC 20016

Neil Landeen
Yen Pilch & Landeen, P.C.
6017 N. 15th Street
Phoenix, AZ 85014
(602) 241-0474