# EXHIBIT A-1

## CONSENT ███ █ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

██████████████████████████ █ █████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

Please print clearly:

Sean Kekailoa Adarme

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/21/17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▓▓▓ ▓▓▓ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Nathan Tyler Anderberg

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/14/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Oscar Alvarado

**Plaintiff's First Name, Middle Name, and Last Name**



**PLAINTIFF'S SIGNATURE**

1/4/17

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Mario Arreola

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/14/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮ ▮ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Anthony, Patrick, Atkinson

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/2/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

MICHAEL      LUNA   ALVARADO

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01- 05 - 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Antonio De Jesus Alvarado

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████

Please print clearly:

Veronica, Almeraz

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/2/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████████

Please print clearly:

*Benjamin Avalos*

Plaintiff's First Name, Middle Name, and Last Name

[REDACTED]

PLAINTIFF'S SIGNATURE

1/3/2017

DATE OF PLAINTIFF'S SIGNATURE

[REDACTED]

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

_Ryan  Michael  AHEARN_

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

_12 · 31 · 16_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▆▆▆ ▆▆▆ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

Cynthia Marie Andersen

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

December 29, 2016

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ███████ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Jeffrey Paul Allen

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/05/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████

██████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████

Please print clearly:

**Osbaldo Alvarez**
_____
Plaintiff's First Name, Middle Name, and Last Name



_Osbaldo Alva_
_____
PLAINTIFF'S SIGNATURE

01/04/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████████ ██ ██ ████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████

Please print clearly:

Cody, Joe, Adams
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/03/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▓▓ ▓ ▓▓▓▓ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Juan Daniel Angeli

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Ross Jay Andres
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████████████ ██ ███████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████

Please print clearly:

Patrick Ryman Ashworth
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
█████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit,
███████████████████████████████ ██ █████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████

Please print clearly:

ANDRES  ARANDA  JR.

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/3/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ███ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Kenie Acevedo-Correa

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/06/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▆▆▆ ▆▆▆ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

## Alejandro Ali

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

## January 5, 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▆▆ ▆▆▆▆ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆ ▆ ▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

Bradley Scott Audette

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/02/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

JOSHUA , SCOTT , ANDERSON

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 / 3 / 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ ▮▮▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Marcelino Alegria Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016    12/29/16

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_Roberto Alvarez_

Plaintiff's First Name, Middle Name, and Last Name



_Rbo Alvg_

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Glorimar Alvarez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ▮▮ ▮▮▮▮▮▮ AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

**Michael, Ayon**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/5/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Luis Aguilar Jr.

Plaintiff's First Name, Middle Name, and Last Name

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▉ **▉** **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## David Arthur Adams
Plaintiff's First Name, Middle Name, and Last Name



_O.A.a. ad_
PLAINTIFF'S SIGNATURE

**12-26-2016**
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Octavio  Arvizu
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1/4/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Joseph Michael Avouris

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01-04-2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ████████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Kenneth Martin Andersen

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▉ ▌ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉▉▉▉▉▉▉▉▉▉▉▉

Please print clearly:

Jorge, Israel, Amaya

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

December 26, 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Hector JOSE Acosta

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/02/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Rafael Brijido Ayon

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▆▆▆ . ▆▆▆▆▆ <u>AGREEMENT</u>

<u>**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆ ▆ ▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

Joseph RoBerT Acree
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████
████████████████████ ██ ██ ████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████

Please print clearly:

Jesse Dean Adcock

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

_Tiffany Renee Anders_

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ▮▮ ▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

_____ Todd    Allen    Andes _____
Plaintiff's First Name, Middle Name, and Last Name

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

_____ Todd A. C_____ _____
PLAINTIFF'S SIGNATURE

_____ 1/2/17 _____
DATE OF PLAINTIFF'S SIGNATURE

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

## CONSENT ███ ▌ ███ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Nadia Arredondo

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Claudia Mercedes Alvarado

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_Luke C Allen_

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

_1/10/2017_

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮

Please print clearly:

Calvert Goodman Allred

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/10/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

*Aaron Joseph Arnst*

Plaintiff's First Name, Middle Name, and Last Name

01/11/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████████

Please print clearly:

## Juan Felipe Avalos

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1|5|17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Andrew  Adrian  Andrade
Plaintiff's First Name, Middle Name, and Last Name

[REDACTED]

PLAINTIFF'S SIGNATURE

01 / 03 / 2017
DATE OF PLAINTIFF'S SIGNATURE

[REDACTED]

## CONSENT ▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮ ▮ ▮ ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Evan Lloyd Adamson

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/13/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

GILBERT   ELARCO ABALOS

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/10/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ▌ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

██████████████████████ ██ ██ ████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████

Please print clearly:

John A. Alonzo

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/10/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Michelle Beth Albertson_

Plaintiff's First Name, Middle Name, and Last Name



_Michelle Albertson - Vargas_

PLAINTIFF'S SIGNATURE

_1/13/17_

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▉ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Joe M. Aguilar

**Plaintiff's First Name, Middle Name, and Last Name**





PLAINTIFF'S SIGNATURE

_12 / 10 / 17_
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▉ ▉ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. 

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Nathan   Evan   Amory_

Plaintiff's First Name, Middle Name, and Last Name

_Nathan E. Amory_

PLAINTIFF'S SIGNATURE

_January 13, 2017_

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ▮▮ ▮▮ AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## NELSON ATILES

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1\10\2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮ ▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮

Please print clearly:

William R. Albaugh

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12 /29 /16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jared, Christopher, Ashby

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/11/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Luis Alfredo Alvarez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/18/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ██████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_____ JOHN    ALDEN    ADKISSON _____
Plaintiff's First Name, Middle Name, and Last Name

[redacted]

PLAINTIFF'S SIGNATURE

01 / 19 / 2017
DATE OF PLAINTIFF'S SIGNATURE

[redacted]

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## SCOTT T. ABAR

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/19/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ ▮▮▮▮▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

JOSE     ESTABEN     AGUILAR

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01-18-17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ███████**AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Gustavo Almanza Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Armando Alegre Jr.

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/17/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ▌ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Heriberto Acevedo

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

_Todd    Valentine    Ambuel_

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▇ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇

Please print clearly:

Cruz Alvarado
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1-10-2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

**Neftali Acevedo**
_____
Plaintiff's First Name, Middle Name, and Last Name





_____
PLAINTIFF'S SIGNATURE

12/28/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

JOSE          ANTONIO          ACOSTA

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/23/17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ████ ████████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Peter Neville Aye

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/18/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████████

Please print clearly:

Cole Bruce Addis

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮ ▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮



Please print clearly:

## Michael William Barends

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Raul Venegas Bautista Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮▮▮▮ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Lauren Grace Bailey

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 / 9 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Marcos Jose Barabin

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/26/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Christopher Kelley Burns

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Kyle   Jarrod   Biega_
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

_1/18/17_
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

G Brent Buckelew

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▆▆▆ ▆▆▆▆▆ AGREEMENT

FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

John Steve Bordovsky IV

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 / 13 / 17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ ▮▮▮▮ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Lenny Paul Bechard
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

_Gilberto Barrera_

Plaintiff's First Name, Middle Name, and Last Name



_(signature)_

PLAINTIFF'S SIGNATURE

_1-10-17_

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮▮ ▮▮▮▮▮▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Cory Russell Baysinger

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████ ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
█████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████
████████████████████████████ ██ ██ ███████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████

███████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████
██████████████████████

Please print clearly:

Francisco Betancourt

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/5/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▓▓ ▓▓▓▓▓ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

## Phillip Lyndale Barnes

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

**12/28/2016**

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████
████████████████████████ ██ ██ ███████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████

████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████████████
███████████████████████████

Please print clearly:

David W. Burke

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 3, 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▇▇ ▇ ▇▇ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

ARTURO  BERMUDEZ
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/17/17
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## Joe Angel Barrios

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/07/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▇▇▇ ▇▇▇▇▇ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Ricardo Julian Barragan

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/3/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

David WARREN Beach

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/10/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Jorge R Barron

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/17/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮

Please print clearly:

Mark Robert Bartosiewicz

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Matias Buentello_

Plaintiff's First Name, Middle Name, and Last Name

_[signature]_

PLAINTIFF'S SIGNATURE

_1/14/2017_

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ ███████ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Ezequiel Bustamante

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 - 17 - 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Steve Anthony Barrie

Plaintiff's First Name, Middle Name, and Last Name



*Steve a Barrie* (signature)

PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮ ▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮

Please print clearly:

## DONALD LOUIS BEYER

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/08/2017

DATE OF PLAINTIFF'S SIGNATURE

# CONSENT [redacted] AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought [redacted] on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. [redacted]

I consent to become a party plaintiff in an FLSA overtime lawsuit, [redacted]

[redacted]

Please print clearly:

Ryan Adelbert Bell

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮▮ ▮▮▮▮▮ <u>AGREEMENT</u>

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Frederick L. Bunkley Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████
███████████████████ ██████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████

Please print clearly:

Alfonso Barragan Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ▌████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## GEORGE HOWARD BRESSLER

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/01/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Sibio L. Beniguez

**Plaintiff's First Name, Middle Name, and Last Name**



**PLAINTIFF'S SIGNATURE**

12/27/16

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ████ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

*RAMON  BARRON*

Plaintiff's First Name, Middle Name, and Last Name



*Ramon Barron*

PLAINTIFF'S SIGNATURE

*12/29/2016*

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,



Please print clearly:

BRAD   Michael   BERRY

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

*Alexis J. Bonilla*

Plaintiff's First Name, Middle Name, and Last Name

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

PLAINTIFF'S SIGNATURE

*12/30/16*

DATE OF PLAINTIFF'S SIGNATURE

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

## CONSENT ██ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Lorin Randall Baethge

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE



**CONSENT** ▬▬ ▬▬▬ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

David John Birmingham

Plaintiff's First Name, Middle Name, and Last Name



92225

P code



PLAINTIFF'S SIGNATURE

12-30-16

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▇▇ ▇▇▇▇ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇ ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Please print clearly:

RANDY CHRIS BREWER

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01 | 03 | 16

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Corey Robert Belida

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01 / 02 / 17

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

CHRISTOPHER    JUSTIN    BARTINE

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Brian James Budd

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-28-2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Rayan    Bahlawan

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12 -27- 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

**SAM BARBOSA**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Jose Guillermo Balarezo

Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/27/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████ █ █ ████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████

Please print clearly:

Eduardo Berlanga

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████
████████████████████████
████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████████████
████████████████████████
████████████████████████
████████████████████████
████████████████████████

████████████████████████
████████████████████████
████████████████████████
████████████████████████

Please print clearly:

Christopher Daniel Brooks

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Ricardo Barreda

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-3-17

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▓▓▓ ▓▓▓▓▓ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓ ▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

John Bockstanz

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01.04.17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ██████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
█████████████████████████████████████

Please print clearly:

Eduardo Javier Barrera

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-5-17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ██████ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

BRUCE   ALLYN   BELL   JR.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01 / 04 / 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ██ ██████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████████ ██ ████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████

████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████

Please print clearly:

*Felipe Barrios Jr.*

Plaintiff's First Name, Middle Name, and Last Name

█████████████████████████████████

*Felipe Barrios Jr.*

PLAINTIFF'S SIGNATURE

*1/5/17*

DATE OF PLAINTIFF'S SIGNATURE

█████████████████████████████████

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Michael Shane Beckham
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016
DATE OF PLAINTIFF'S SIGNATURE



### CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████████
███████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████
████████████████████ ██ ██████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████████

███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████

Please print clearly:

Brian Thomas Behan

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-1-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

MARSHALL    JAMES    BERGER

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▆▆▆ ▆▆▆▆ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆ ▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

Thomas Shannon Boaz

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Jason Lee Brooks

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-28-2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

MICHAEL, WILLIAM, BERGERON

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/26/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Christopher D. Brinkhoff

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

## JOHN P. BROWN

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮

Please print clearly:

CHRIS    JAMES    BROWN

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/01/17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ██ █████ AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Daniel N Benz

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 4, 2017

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▮▮▮ ▮▮▮▮▮ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

_JASON  CLAY  BELL_____
Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

_____
PLAINTIFF'S SIGNATURE

_01_/_03_/_2017_____
DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## Apolinar Buenrostro

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▬ ▬ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▬▬▬▬▬▬▬▬▬▬▬▬▬ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▬▬▬▬▬▬▬▬▬

Please print clearly:

Joseph Clark Binkerd

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▄▄ ▄▄▄▄ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▄▄▄▄▄▄▄▄▄▄▄▄▄ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

Please print clearly:

Roberto Palacios Barba

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Keith    Francis    Busiere_
Plaintiff's First Name, Middle Name, and Last Name



_Keith Busiere_
**PLAINTIFF'S SIGNATURE**

_12/30/16_
**DATE OF PLAINTIFF'S SIGNATURE**

**CONSENT** ▮▮▮ ▮▮▮▮▮ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

DONALD C. BRUMMITT, JR.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

**Please print clearly:**

LAWRENCE John BOOR

Plaintiff's First Name, Middle Name, and Last Name

█████████████████████████████████████████████

*Lawrence J. Boor*

PLAINTIFF'S SIGNATURE

12/26/2016

DATE OF PLAINTIFF'S SIGNATURE

█████████████████████████████████████████████

**CONSENT ███ █████ AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Christopher Paul Barker

Plaintiff's First Name, Middle Name, and Last Name



_Chris P Barker_

PLAINTIFF'S SIGNATURE

_12-28-16_

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▬ ▬ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▬ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▬



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▬

Please print clearly:

Colt Clyde Barney

Plaintiff's First Name, Middle Name, and Last Name



(required to receive damages)

PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████████████

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
█████████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████

Please print clearly:

JOHN BUSH

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/02/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Matthew David Bissonnette

Plaintiff's First Name, Middle Name, and Last Name



_Matthew Bissonnette_

PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ▮ ▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Chris Edward Baca

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-3 - 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ███████ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

████████████████████
████████████████████
████████████████████
████████████████████
████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

████████████████████
████████████████████
████████████████████
████████████████████
████████████████████
████████████████████

████████████████████
████████████████████
████████████████████
████████████████████
████████████████████

Please print clearly:

Matthew Joseph Butcher

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

 Scott Steven Brewer

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 / 6 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████

Please print clearly:

Brett Thomas Berghouse

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/07/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ███ █ ███ AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

**Kris Paul Beattie**

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

ROBERT CURRY BUSHELL

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Martin Balboa

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▇▇ ▇▇ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇
▇▇▇▇▇▇▇▇ ▇ ▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇

Please print clearly:

KENNETH   JOSHUA BRADLEY

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

John Eugene Bonbright
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/6/2017
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jose Rocha Barron

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

*01-07-2017*

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████ ███████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Gerardo  Amos  Barragan

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/9/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▓▓▓▓ ▓▓▓▓▓ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

*Humberto Barrera*

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-5-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

David Nathaniel Barnhill

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/2/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Janalyn Michelle Buseck

Plaintiff's First Name, Middle Name, and Last Name

████████████████████████████████████████

*Janalyn Buseck* (signature)

PLAINTIFF'S SIGNATURE

1-7-17

DATE OF PLAINTIFF'S SIGNATURE

████████████████████████████████████████

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Michael Paul Best

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

ROBERT Anthony Butler

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

JAN 9, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Christine Marie Broderick
_____
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

1/8/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

ANDREW CHRISTOPHER BALDWIN

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

JANUARY 9, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████

Please print clearly:

Luke Aaron Bilow

Plaintiff's First Name, Middle Name, and Last Name



_Luke A. Bilow_

PLAINTIFF'S SIGNATURE

01/08/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Benjamin Michael Baker

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/09/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Paul  James  Boulier_

Plaintiff's First Name, Middle Name, and Last Name

[redacted]

_Paul J. Boulier_

PLAINTIFF'S SIGNATURE

_01/05/17_

DATE OF PLAINTIFF'S SIGNATURE

[redacted]

**CONSENT** ███ █████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

MICHAEL   CHRISTIAN   BAILEY
Plaintiff's First Name, Middle Name, and Last Name



michael C. Bailey
PLAINTIFF'S SIGNATURE

01/10/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

Please print clearly:

Cesar C. Bermudez

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

January 9, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

███████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

██████████████████████████████████████████████████████████

Please print clearly:

Samuel   Edward    Brown

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/09/17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ▓▓▓ ▓▓▓▓▓ AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Martyn Wallace Blood

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/10/17

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ▇▇▇ ▇▇▇ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

*WILLIAM  MICHAEL  BOVE*

Plaintiff's First Name, Middle Name, and Last Name



*William Bove*

PLAINTIFF'S SIGNATURE

*12/30/2016*

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Daniel S Boldt

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/6/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Robert Shane Blaisdell

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/11/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Jered William Bacon_
Plaintiff's First Name, Middle Name, and Last Name



_Jd W. Bacon_
PLAINTIFF'S SIGNATURE

_1/9/2017_
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

████████████████ █ ██ ███████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████

Please print clearly:

Vernon Neal Billings, Jr.

Plaintiff's First Name, Middle Name, and Last Name



V. Neal Billings

PLAINTIFF'S SIGNATURE

01/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Carl Jay Ball_

Plaintiff's First Name, Middle Name, and Last Name

_Ey Ball_

PLAINTIFF'S SIGNATURE

_12-29-16_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Cesar Carlos Briseño

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-5-17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ██████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Jesus A. Bosque-Soto

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/07/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

**Imelda Barron-Cavazos**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

0c / 11 / 2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT █████ ██████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Brian Scott Basham

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jill Ann Badousek

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 10, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████████ ██ ██████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████████

████████████████████████████████████
████████████████████████████████
██████████████████████████████████
██████████████████████████████████████
███████████████████

Please print clearly:

LARRY  PARMARD    BORDEN
Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████

_____
PLAINTIFF'S SIGNATURE

1 / 9 / 17
_____
DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████

**CONSENT** ████ ████████ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████████

Please print clearly:

Ryne  Michael  BOGNER

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/19/17

DATE OF PLAINTIFF'S SIGNATURE



**CONSENT** ▓▓▓ ▓▓▓ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

MATTHEW  SHAUN  BOAN

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/25/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮ ▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Enrique Cruz
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1 - 6 - 2014
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

DAVID JAMES CARABAJ JR

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 / 20 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████
████████████████████ ████ ██████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████

Please print clearly:

_Lance Callender_

**Plaintiff's First Name, Middle Name, and Last Name**



**PLAINTIFF'S SIGNATURE**

01/19/2017

**DATE OF PLAINTIFF'S SIGNATURE**

<u>CONSENT</u> ████ ██████ <u>AGREEMENT</u>

<u>**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████ ██ ████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
██████████████████

Please print clearly:

Gregory Allen Candela

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/21/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## Matthew, Wayne, Curnoles

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/08/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

*Felipe Curiel*

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

Jan 20, 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █ ███ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

MARCOS  GABRIEL  CARMONA

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/26/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ▆▆▆ ▎ ▆▆▆ AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▎ ▎ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

*Rudy Cisneros*

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/25/17

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ▮▮ ▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Pedro Caballero III

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/26/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Donald Raymond Cole

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

December 30, 2016

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ █ ████ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Joel Keech Clift

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/27/17

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Steven Campos
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/26/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Antone    PAUL    CAPPOLA
Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████████

*Antone Coppola*
PLAINTIFF'S SIGNATURE

1|6|17
DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████████

**CONSENT** ▓▓ ▌ ▓▓▓ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Jerry Lee Cabriales
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01-08-17
_____
DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ▮ ▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮

Please print clearly:

Zachary Tyler Carpenter

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ████ █ ██████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Please print clearly:

*Richard James Coyle*

Plaintiff's First Name, Middle Name, and Last Name

████████████████████████████████████████

*Richard J. Coyle*

PLAINTIFF'S SIGNATURE

*1/18/17*

DATE OF PLAINTIFF'S SIGNATURE

████████████████████████████████████████

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Kercy Charlemagne

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ███ ▌ ██████ AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

BRANDON SCOTT CAGLE

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/19/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▓▓▓ ▓▓▓ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Jesus Cruz Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/17/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▌ ▌ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▌ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▌

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▌

Please print clearly:

Edward Caballero
_____
Plaintiff's First Name, Middle Name, and Last Name



*Edward Caballero* (signature)
_____
PLAINTIFF'S SIGNATURE

01/18/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

John Gabriel Cirillo

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Reymundo Curiel

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

1/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Lance Preston Carter

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████

Please print clearly:

*Stephanie Kay Caine*

**Plaintiff's First Name, Middle Name, and Last Name**



**PLAINTIFF'S SIGNATURE**

*1-16-17*

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Please print clearly:

JAmes Vernon Chism

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 - 15 - 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Gilbert Gonzales Campos
**Plaintiff's First Name, Middle Name, and Last Name**

_____
**PLAINTIFF'S SIGNATURE**

01 06 - 2017
**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ▓▓▓ ▓▓▓▓ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

*Andrew Claude Culp*

Plaintiff's First Name, Middle Name, and Last Name

[black redaction box]

*[signature]*

PLAINTIFF'S SIGNATURE

1 / 9 / 17

DATE OF PLAINTIFF'S SIGNATURE

[black redaction box]

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

JOHN    GARRETT    COYLE , JR
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/10/17
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ████ █████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████

████████████████████████████
████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████

Please print clearly:

Daniel Paul Cox

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Billy Franklin Clark
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1/4/17
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Robert Steven Clyde

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/02/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

JOSE   CONTRERAS   JR.

**Plaintiff's First Name, Middle Name, and Last Name**



PLAINTIFF'S SIGNATURE

1/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

Please print clearly:

Olimpiades Cardines Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

SELISFREDO  CABRERA

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/5/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

Please print clearly:

Javier Cardoza

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▓▓▓▓ ▓▓▓▓▓▓ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Efren Lopez Cornejo

Plaintiff's First Name, Middle Name, and Last Name

[REDACTED]

PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

[REDACTED]

## CONSENT ▆▆▆▆ ▆▆▆▆ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆

Please print clearly:

ANGEL MARTIN COLON

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮▮▮ ▮▮▮▮ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Joel Peter Cruz

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Paul Joseph Corbett II
_____
Plaintiff's First Name, Middle Name, and Last Name





_____
PLAINTIFF'S SIGNATURE

12/29/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

Please print clearly:

Michael James Colella
Plaintiff's First Name, Middle Name, and Last Name

█████████████████████████████████████████████

Michael Col
PLAINTIFF'S SIGNATURE

01/02/2017
DATE OF PLAINTIFF'S SIGNATURE

█████████████████████████████████████████████

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Patrick D. Callahan

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 3, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Rush Allen Carter
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/16
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████████

Please print clearly:

JOHNNY H. CARDENAS

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

January 4, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jay F. Catalioto
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1/3/16
_____
DATE OF PLAINTIFF'S SIGNATURE

To be completed by the law firm:

SIGNED AND DATED this 31 day of _____Jan. 2017_____ by

_____
Neil Landeen, Esq.
Yen Pilch & Landeen, P.C.

<u>CONSENT</u> ███ ████████ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Raul Martin Chacon
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/04/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████

Please print clearly:

Paxton Carpenter

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/8/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

Roberto Esteban Cardenas
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/10/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## Mark E. Challoner
Plaintiff's First Name, Middle Name, and Last Name



*[signature]*

PLAINTIFF'S SIGNATURE

1/5/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Pedro Carrillo

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▆▆ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

JAZMIN JOI CASTILLO

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/06/17

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮▮ ▮▮▮▮▮▮ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Mario Daniel Castillo

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

Please print clearly:

Manuel Castro
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/10/2017
DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮ ▮▮▮▮ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Todd Michael Connely

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01.05.2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████

Please print clearly:

Jesse   David   Collier

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/04/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

████████████████ █ █ ████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████

Please print clearly:

## Justin Gary Constans

Plaintiff's First Name, Middle Name, and Last Name



_____ Justin Constans

PLAINTIFF'S SIGNATURE

12/27/2016
_____

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Angel D Collazo

Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

January 9, 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Lesly Antelmo Castillo

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ ██ ███ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jose Cavazos

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▓▓▓ ▐ ▓▓▓ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓

Please print clearly:

SCOTT MICHAEL CARMON

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/11/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▓▓▓ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

## Damian Michael Caraway

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ ▌ ████ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
███████████████████ ██ █ █████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
██████████████████████

███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
██████████████████

Please print clearly:

Gary, Oliver, Chantelois

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/08/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ████ ▐ ████████ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

## Robert Vernon Curtin

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Dich B. Coles
Plaintiff's First Name, Middle Name, and Last Name



~~Plaintiff's Social Security Number (required to receive damages)~~

PLAINTIFF'S SIGNATURE

12/28/16
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

██████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████
██████████████████████████████████
████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
██████████████████ ██ ████████████████████
██████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████

████████████████████████████████
██████████████████████████████████
████████████████████████████████
██████████████████████████████████
████████████████████

Please print clearly:

DAVID   BRIAN   CARNLY
Plaintiff's First Name, Middle Name, and Last Name

█████████████████████████████████████

PLAINTIFF'S SIGNATURE

1/9/17
DATE OF PLAINTIFF'S SIGNATURE

█████████████████████████████████████

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Alvaro Contreras, Jr.
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/10/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Oscar Javier Coronado

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/10/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▬ ▬ <u>AGREEMENT</u>

<u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬

Please print clearly:

Juan Manuel Cantu, Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

LEO G. CESENA
Plaintiff's First Name, Middle Name, and Last Name

■■■■■■■■■■■■■■■■■■■■■■■■■■

*Leo Cesena*
PLAINTIFF'S SIGNATURE

1-13-17
DATE OF PLAINTIFF'S SIGNATURE

■■■■■■■■■■■■■■■■■■■■■■■■■■

<u>CONSENT</u> ▮▮▮ ▮▮▮ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Ismael Cavazos**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/10/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████
████████████████████████

████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████

Please print clearly:

Castulo Rene Cardenas

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

1 - 6 - 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Ricardo    Oribello    Cabanit    Jr.
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/12/17
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▆▆▆▆ ▆▆▆▆ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆

Please print clearly:

Alberto Mares Carlos

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01 / 06 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Steven Conrad Clark

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/10/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▆▆▆ ▆▆▆▆▆ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

Jerry Lee Combs

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ . ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████

████████████████████████ ██ ██ ████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

██████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████

Please print clearly:

Juan Abner Curbelo

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 - 14 - 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Franklin Scott Curtis Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 3, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Clinton Edward Cox

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Christopher Perez Corrales

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12-29-16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

MiCHAel J. CAmpos
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/6/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

James Parker Cowper

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Efrain Vicente Corchado Lopez

Plaintiff's First Name, Middle Name, and Last Name



_____ *ℓ V-C* _____

PLAINTIFF'S SIGNATURE

12 / 30 / 16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Mark Joseph Cunningham

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_VICTOR  CASILLAS_

Plaintiff's First Name, Middle Name, and Last Name

Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

_12/29/2016_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Maximiano Cantu

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

JOSHUA   RICHARD   CASTELLANOS
**Plaintiff's First Name, Middle Name, and Last Name**

[redacted]

_____
**PLAINTIFF'S SIGNATURE**

12/27/16
**DATE OF PLAINTIFF'S SIGNATURE**

[redacted]

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

*Carl Arthur Carlson III*

Plaintiff's First Name, Middle Name, and Last Name



*[signature]*

PLAINTIFF'S SIGNATURE

*12/31/2016*

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ▪ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████ ██ ██ ██████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████

Please print clearly:

Jonathan Wesley Carlson
Plaintiff's First Name, Middle Name, and Last Name

████████████████████████████████████████████████

Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

12/27/2016
DATE OF PLAINTIFF'S SIGNATURE

████████████████████████████████████████████████

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████████

Please print clearly:

David William Cloer

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12-28-2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ▌ ████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Christopher Martin Cantua

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ████ ████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████████████

Please print clearly:

Scott M. Connors

Plaintiff's First Name, Middle Name, and Last Name



 PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

CHRISTOPHER LEWIS CAMERON

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-29-16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▌ ▌ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought �altogether▌ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▌

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▌

Please print clearly:

Deanah Lynnette Chavez

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ████████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

*Javier Carrillo*

Plaintiff's First Name, Middle Name, and Last Name



*[signature]*

PLAINTIFF'S SIGNATURE

1/3/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████
████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████
██████████████████████ ████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████

Please print clearly:

Gerardo Aldana Carrasco

Plaintiff's First Name, Middle Name, and Last Name



(if you wish to receive damages)

PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

Please print clearly:

Floyd Calvin Cleveland
_____
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/30/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

AUTUMN, KIM, CAVINS

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/19/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Jose C. Crespo
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1/18/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████

Please print clearly:

Cory Richard Carr

**Plaintiff's First Name, Middle Name, and Last Name**

█████████████████████████████████████████

**PLAINTIFF'S SIGNATURE**

01/04/17

**DATE OF PLAINTIFF'S SIGNATURE**

█████████████████████████████████████████

## CONSENT ███████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Anthony Edward Chamber

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████

Please print clearly:

ANTONIO    CARLOS

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/5/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Sandra A. Camacho

Plaintiff's First Name, Middle Name, and Last Name



*Sandra A. Camacho*

PLAINTIFF'S SIGNATURE

January 3, 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ . ███ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

MARCO ANTONIO CAVAZOS

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███  █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

ROBERT THOMAS CRUNK

Plaintiff's First Name, Middle Name, and Last Name



*Robert L Crunk*

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Christopher Charles Chmiel

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 / 2 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Efrain Carrillo

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/01/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Christopher Paul Cobos

Plaintiff's First Name, Middle Name, and Last Name



(to receive damages)

PLAINTIFF'S SIGNATURE

01/01/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ████ ▌ ████████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Michael Andrew Clasey

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Antonio Olivo Carrillo

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

1/1/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▆▆▆ ▆▆▆ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Waldemar Cordero

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

*Charles Andrew Chandler*

Plaintiff's First Name, Middle Name, and Last Name

*Chl*

PLAINTIFF'S SIGNATURE

01-4-17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

John Edwin Costello

Plaintiff's First Name, Middle Name, and Last N...



PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮

Please print clearly:

Scott Cutler Curtis

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

David Ronald Daiss
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-22-2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████  ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Andrew Charles Dion

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/19/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Reyes Diaz

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/22/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Kenneth William Dalton

**Plaintiff's First Name, Middle Name, and Last Name**



PLAINTIFF'S SIGNATURE

1-12-17

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Gabriel Candelario De La Cruz

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-18-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████

Please print clearly:

Isaac Vaughn David
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-17-2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Ryan Matthew Davis

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/20/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮▮ ▮▮▮▮ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

Please print clearly:

Sean Martin Delaney

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/07/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Ross John Davidson
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/04/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████
█████████████████████████ ██ ██ ████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████

███████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

Please print clearly:

RYAN ERICH DUNLAP

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████████

Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

1/2/2017

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████████

## CONSENT ████ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████████ █ ████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████

Please print clearly:

Andre Francisco Dario

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ▌ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Scott William Dishman

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Charles Alvin Davis

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ████ ████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Gabriel Vargas    Diaz

Plaintiff's First Name, Middle Name, and Last Name

█████████████████████████████████████

PLAINTIFF'S SIGNATURE

12/26/2016

DATE OF PLAINTIFF'S SIGNATURE

█████████████████████████████████████

## CONSENT ▮▮▮ ▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Roberto Dilley
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

January 5, 2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████

Please print clearly:

Jerry Lee Doyal Jr.

Plaintiff's First Name, Middle Name, and Last Name



Jerry Lee Doyal Jr.

PLAINTIFF'S SIGNATURE

1 - 3 - 17

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ▌▌ ▌ ▌▌ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▌▌▌▌▌▌▌▌▌▌▌▌▌

Please print clearly:

**Carrie Jane Davison**

Plaintiff's First Name, Middle Name, and Last Name



*Carrie Davison*

PLAINTIFF'S SIGNATURE

*01/03/2017*

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▉▉▉ ▉ ▉▉▉▉ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Please print clearly:

Robert Adrian Dandrow Jr

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ▮▮▮ ▮▮▮ AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮

Please print clearly:

Francisco Javier Martin del Campo
Plaintiff's First Name, Middle Name, and Last Name

(required to receive damages)

PLAINTIFF'S SIGNATURE

1 / 06 / 2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▬▬ ▬▬▬ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬ ▬ ▬ ▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Please print clearly:

Brian Curtiss Duncan

Plaintiff's First Name, Middle Name, and Last Name

Brian D

PLAINTIFF'S SIGNATURE

01 / 08 / 2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮▮ ▮▮▮ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Raul Delgado Jr.

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

1/07/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

John Joseph Daly III

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Stephen M. Dudyak

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1│7│2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
██████████████████ ██ ██ ███████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████

██████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

Please print clearly:

Manuel   Antonio   Donoso

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/8/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ▐ ██AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Erik  Jensen  Dodge
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1 / 6 / 17
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

David Ian DORSEY

**Plaintiff's First Name, Middle Name, and Last Name**



**PLAINTIFF'S SIGNATURE**

01/06/2017

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

David Daniel Deanda
Plaintiff's First Name, Middle Name, and Last Name

David Deanda
PLAINTIFF'S SIGNATURE

1/5/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

*Christopher Lee DuBois*

**Plaintiff's First Name, Middle Name, and Last Name**



**PLAINTIFF'S SIGNATURE**

*01/09/2017*

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

MARCOS LEONARDO DIAZ-DIAZ

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE



## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████

Please print clearly:

Todd Ryan De Baun

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/07/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

██████████████████████████████████
██████████████████████████████████
███████████████████████████████
███████████████████████████████████
█████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████
██████████████████ ██ ██████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████████████████

████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
████████████████████████████████████
████████████████████████

Please print clearly:

Carlos De La O Jr.

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████████

*[Carlos De La O signature]*

PLAINTIFF'S SIGNATURE

1 - 12 - 2017

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████████

<u>CONSENT</u> ▆▆▆ ▆▆▆▆ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

JOSE L. DOMINGUEZ

Plaintiff's First Name, Middle Name, and Last Name

█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████

PLAINTIFF'S SIGNATURE

1/11/2017

DATE OF PLAINTIFF'S SIGNATURE

█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████

CONSENT ████  ████████ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

████████████████████ ██ ███████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████

████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████

Please print clearly:

## Christo Charles Dimolios

Plaintiff's First Name, Middle Name, and Last Name



_Christo Charles Dimolios_

PLAINTIFF'S SIGNATURE

01/08/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Manuel Del Olmo

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████████████████ ██ █████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████

Please print clearly:

Luis Enrique Duran

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-11-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

*George Curiel Diaz*

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████

Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

*1/16/17*

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████

## CONSENT ███ █████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Joseph Anthony De Leon

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/01/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT█████ █████AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

LUKASZ          DOBOSZ

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/ 4/ 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▬ ▮ ▬ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▬▬▬▬▬ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Please print clearly:

_Thomas James Dilmore_
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

_12/27/16_
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Fabian G Dominguez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ██ █████ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Patrick, Thomas, Deason
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

December 31, 2016
DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████████████ ██ ████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████

Please print clearly:

## Gregory Keith DuBard

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/30/16

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▆▆▆ | ▆▆▆ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

David Dimas

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-29-2016

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Alfonso Dominguez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ██████ ██████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

████████████████████████████ █████ █████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████

Please print clearly:

## Cesar Duarte

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ ███AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████

Please print clearly:

Stephanie Marie Dosmann

Plaintiff's First Name, Middle Name, and Last Name



Stephanie M. Dosmann

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ ▮ ▮▮▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮

Please print clearly:

RENE JAVIER DELGADO

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

JANUARY 4, 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮▮ ▮▮▮▮▮▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

JASON   MATTHEW   DATTILO

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Joshua    Alan    Dahl
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/16
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Keith Robert Daszkiewicz

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ████ █████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Michael Francis Dolan

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Raul De Loera Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12 / 27 / 2016.

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

██████████████████ █ ████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████

Please print clearly:

James Gordon Debus

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████

Please print clearly:

John William Dustman

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

31 December 2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▆▆▆ ▆▆▆▆ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## James Robert Dickenson

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

January 1, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

FERNANDO    DE LA RIVA

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/6/17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:



George        Delgadillo

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-5-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Richard De Anda Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

ELISEO BRIAN DURANTE-JR

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01. 01. 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ | ████ █AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Israel De La Mora
_____
Plaintiff's First Name, Middle Name, and Last Name

[black redaction box]

PLAINTIFF'S SIGNATURE

1/24/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

[black redaction box]

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████

████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

███████████████ ██ ██████████████████████

████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████

████████████████████

Please print clearly:

Peter J. De Pasquale

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

John Edward Etling
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

01/26/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Charles Thomas Exum, Jr.

Plaintiff's First Name, Middle Name, and Last Name



_Ch. C. Th. Ex. f. Jr._

PLAINTIFF'S SIGNATURE

December 27, 2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

Please print clearly:

Jose Escobedo

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▓▓▓▓ ▓▓▓▓▓▓ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Alberto  David  Esparza

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-17-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ▌ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Juan Alberto Espino

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/18/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

██████████████████████████ ██ ██ ████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

Please print clearly:

Gabriel Espino

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/17/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ ███AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

LAWRENCE  TYLER  EMBLEM

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/20/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████████AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Thomas Lee Engelhorn

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 12, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮ ▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Saul Enriquez Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ ███AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## DAVID NORMAN EDGELL

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-28-16

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮▮ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Charles Garth Eklof
_____
Plaintiff's First Name, Middle Name, and Last Name

_____
PLAINTIFF'S SIGNATURE

12/29/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Laura Espinoza-Nance

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████████ ██ █ ███████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████

████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████

Please print clearly:

_Charles    G.    Easley_

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

_1 / 1 / 2017_

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▰ ▰ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▰▰▰▰ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▰▰▰▰▰▰▰▰▰▰

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▰▰▰▰▰▰

Please print clearly:

Jeremy Steven Eppley

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ████ ████ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Daniel Esqueda

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

10/30/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

DONALD  ALLEN  ESTRADA

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12 / 27 / 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Robert  Walcott  Edwards

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ┃ ███ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1,
2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought
████████████████████████ on behalf of non-union-member Border Patrol
agents against the U.S. government to attempt to recover damages for the failure of the U.S.
government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that
plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and
attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████

Please print clearly:

Michael Estrada
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

1/3/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

_Richard  Anthony  Eustis_
**Plaintiff's First Name, Middle Name, and Last Name**



_Richard A Eustis_
**PLAINTIFF'S SIGNATURE**

_12-29-16_
**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Roberto Espinoza Jr

**Plaintiff's First Name, Middle Name, and Last Name**



Roberto Espinoza Jr

**PLAINTIFF'S SIGNATURE**

12/30/2016

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ▮▮▮▮ ▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Oscar Escarcega

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Jose Gabriel Esquinca III
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

January 1, 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

## Matthew K Edmondson

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮ ▮ ▮▮▮▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮

Please print clearly:

William Kelly Evenson

Plaintiff's First Name, Middle Name, and Last Name



*William K. Even*

PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▇▇ ▇ ▇▇ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇ ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Please print clearly:

Tanner Richard, Eide

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/05/17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ████████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████       ███████
███████████████████████████████████████████████████
██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████████
████████████████████████████  ██  █████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████

███████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████

Please print clearly:

Darren Eugene Elliott

Plaintiff's First Name, Middle Name, and Last Name



Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████
███████████████████████████████  ██  █████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████████████████

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████

Please print clearly:

Justin, James, Engels

Plaintiff's First Name, Middle Name, and Last Name

████████████████████████████████████████████

PLAINTIFF'S SIGNATURE

1/9/2017

DATE OF PLAINTIFF'S SIGNATURE

████████████████████████████████████████████

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Ruben Humberto Elenez

Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/03/17
_____
DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▮▮ ▮▮▮ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮

Please print clearly:

Fernando Estrada

Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12-28-2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Mario Geovany Enamorado
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01 - 12 - 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Leigh Felton Erbe Jr

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/3/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ████████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

███████████████████ ██ ████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████████████████████████

██████████████████

Please print clearly:

Jonas Kaleb Edwards

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮

Please print clearly:

Gustavo Daniel Fernandez, Jr.

Plaintiff's First Name, Middle Name, and Last Name

Gustavo D. Fernández Jr

PLAINTIFF'S SIGNATURE

01/16/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Martha Oralia Fierro

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/17/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮▮ ▮▮▮▮▮ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

PHILIP WADE FARRIS

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01 / 10 / 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████████
███████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

████████████████████ ██ ██ ████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████
███████████████████

Please print clearly:

## Wander   Manuel   Falette

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/17/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
█████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████████████████ █ █ ████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████

Please print clearly:

## Ian Damian Fallis

Plaintiff's First Name, Middle Name, and Last Name



Ian Fallis

PLAINTIFF'S SIGNATURE

1/12/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▇▇ ▇ ▇▇ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Please print clearly:

Mark Gabriel Frias

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Elbert Edward Ferrer

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-28-2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

**Neddy Raul Fierro**
_____
Plaintiff's First Name, Middle Name, and Last Name


Plaintiff's Home Address (Physical Address)



_____
PLAINTIFF'S SIGNATURE

01/03/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ █ ███ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████

████████████████████████████████

██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

██████████████████████████ ██ ████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████

Please print clearly:

## EDUARDO FUENTES

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

**Francisco Fuentes**

**Plaintiff's First Name, Middle Name, and Last Name**

**PLAINTIFF'S SIGNATURE**

1/4/2017

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

Thorsten R Farrell
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/27/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought █████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████
███████████████████████████ ██ █████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████

██████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████

Please print clearly:

Jesus Daniel Felix

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▬ ▬ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▬▬▬▬▬▬ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Please print clearly:

ROBERT ANTHONY FIEBIG

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ████ █ ██████ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
██████████████ ██ █ ████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████

Please print clearly:

Alfredo Richard Franca

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████████████ ██████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
█████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████

Please print clearly:

## Glenn Ray Fouty

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01-05-2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ ████████ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████

Please print clearly:

**Roberto NMN Flores**

Plaintiff's First Name, Middle Name, and Last Name

**4809 Paloma Lane**

Plaintiff's Home Address (Physical Address)

**Laredo`**            **TX**            **78041**

City                         State                ZIP code

sgtflor-s@juno.com

Plaintiff's Personal Email Address (Non Government email)

(956) 285-0906

Plaintiff's Personal Telephone Number

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

Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

January, 03, 2017

DATE OF PLAINTIFF'S SIGNATURE

To be completed by the law firm:

SIGNED AND DATED this ___31___ day of ___Jan. 2017___ by

Neil Landeen, Esq.
Yen Pilch & Landeen, P.C.

CONSENT ███ ███ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
██████████████ ██ ██████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████

Please print clearly:

## Jose Efrain Fernandez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE



Teri Plich & Lanueen, P.C.

## CONSENT ██ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Bryant Allen Fussnecker

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Please print clearly:**

Patrick Joseph Ford, Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

CHARLES CLAYTON FULGHAM

Plaintiff's First Name, Middle Name, and Last Name

Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

DECEMBER 29, 2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █ ███ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## John Britton Fogle IV

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮

Please print clearly:

Robert   Edward   Fectelmes
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Omar Flores

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █ ███ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

████████████████████ ██ ████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████

████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████████

Please print clearly:

ABEL   JEREMIAH   FLORES
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/16
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮▮ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Alex Michael Fishman

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Jesus Auden Flores

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-29-2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

RICHARD    LEE    FLORES

**Plaintiff's First Name, Middle Name, and Last Name**



*(signature)*

**PLAINTIFF'S SIGNATURE**

01 / 05 / 2017

**DATE OF PLAINTIFF'S SIGNATURE**

**CONSENT** ███ █████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████

Please print clearly:

Ruben Flores

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Marc David Foster

Plaintiff's First Name, Middle Name, and Last Name



Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Kevin Raymond Fontenette

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/2/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ █ ███ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████
████████████████████ ██ ██ ████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

Please print clearly:

Haley Marie Faubert

Plaintiff's First Name, Middle Name, and Last Name

█████████████████████████████████████████████████

PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

█████████████████████████████████████████████████

CONSENT █████ █████████ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Cameron     Jordan     Figueroa

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ▐ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Matthew, Oleen, Ferguson

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

## William Francis Farnham III

Plaintiff's First Name, Middle Name, and Last Name

█████████████████████████████████████████

PLAINTIFF'S SIGNATURE

1 / 05 / 2017

DATE OF PLAINTIFF'S SIGNATURE

█████████████████████████████████████████

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Allen Robert Filarecki

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███  ███ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.  ████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████
████████████████████ ██ ████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████
████████████████████

Please print clearly:

Zachary A. Felix

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/01/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▉ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉

Please print clearly:

Orlando Fuentes

Plaintiff's First Name, Middle Name, and Last Name

█████████████████████████████████████████

_____

PLAINTIFF'S SIGNATURE

12/31/16

DATE OF PLAINTIFF'S SIGNATURE

█████████████████████████████████████████

### CONSENT ▮▮▮ ▮▮▮ AGREEMENT

#### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Jeffrey  Martin  Fredericks
_____
Plaintiff's First Name, Middle Name, and Last Name



_Jeffrey M. Fredericks_
_____
PLAINTIFF'S SIGNATURE

01/05/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▓▓ ▓▓ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Jason Aaron Feldman

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 03, 2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▓▓ ▓▓▓▓ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓

Please print clearly:

Ronald John Fitzpatrick

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

_Chance  Randal  FARRAR_

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

_1 / 3 / 17_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Khalil Ibrahim Fathallah

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01-09-17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▓▓ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Joel Alexander Freeland

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Alejandro Frias

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-12-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jose Luis Flores
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12-28-16
DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ █ ███ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████

████████████████████████
████████████████████████
████████████████████████
████████████████████████
████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████ ██ ██ ████████████
████████████████████████
████████████████████████
████████████████████████
████████████████████████
████████████████

████████████████████████
████████████████████████
████████████████████████
████████████████████████
████████

Please print clearly:

Martin C.Fimbres

Plaintiff's First Name, Middle Name, and Last Name

Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮

Please print clearly:

Efrain Flores

Plaintiff's First Name, Middle Name, and Last Name

_____

PLAINTIFF'S SIGNATURE

_1_/_5_/_2017_

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ ▮ ▮▮ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Luis Gildardo Farias
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████

██████████████████████████████
██████████████████████████████
█████████████████████████████
████████████████████████████
████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████
███████████████ █ █ ████████████
██████████████████████████████
█████████████████████████████
████████████████████████████
████████████████████████

███████████████████████
████████████████████████████
██████████████████████████████
██████████████████████████████
█████████████████

Please print clearly:

Hector Javier Fernandez
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1/20/2017
_____
DATE OF PLAINTIFF'S SIGNATURE



CONSENT ▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮

Please print clearly:

## Francisco Fernandez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jorge Javier Flores

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████

Please print clearly:

Joseph Louis Fistola
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/06/2017
_____
DATE OF PLAINTIFF'S SIGNATURE