# EXHIBIT A-2

CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

John Michael Garza
Plaintiff's First Name, Middle Name, and Last Name



Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

01/05/2017
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ▌ ███ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████████ ██ ████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████

**Please print clearly:**

_Jorge F. Gonzalez_

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-5-17

DATE OF PLAINTIFF'S SIGNATURE

<u>**CONSENT** ▮▮▮ ▮▮▮ **AGREEMENT**</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

_Gustavo    Alonzo    Gonzalez_
Plaintiff's First Name, Middle Name, and Last Name



_Gusta A. Gonzales_
PLAINTIFF'S SIGNATURE

_1-8-17_
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

ALFONSO    GONZALEZ

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01·09·2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

*Manuel Wenceslao Gutierrez*

**Plaintiff's First Name, Middle Name, and Last Name**



*[signature]*

**PLAINTIFF'S SIGNATURE**

*01/03/2017*

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Victor  Manuel  Guzman
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 - 10 - 17
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █ ████ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Francisco Carlos Guerena

Plaintiff's First Name, Middle Name, and Last Name



_Francis Guerena_

PLAINTIFF'S SIGNATURE

1- 8- 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████

Please print clearly:

Leonard Ray Gonzales

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/10/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █ ███ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

*Jeffrey Christopher Greene*

Plaintiff's First Name, Middle Name, and Last Name

[redacted]

*Greene*

PLAINTIFF'S SIGNATURE

*1-10-2017*

DATE OF PLAINTIFF'S SIGNATURE

[redacted]

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

VICTOR  RICARDO  GARZA

**Plaintiff's First Name, Middle Name, and Last Name**

**PLAINTIFF'S SIGNATURE**

3  JAN  2016

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

_Jeremy  A  Graham_

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

_1/6/2017_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

**Alfredo Guerrero**
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/08/2017
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ██████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

*Edgardo Garayua*

Plaintiff's First Name, Middle Name, and Last Name



*Edgardo Garayua*

PLAINTIFF'S SIGNATURE

01/01/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Gary Robert Gualducci
—————————————————————————
Plaintiff's First Name, Middle Name, and Last Name



Plaintiff's Social Security Number (required to process claim)



PLAINTIFF'S SIGNATURE

12/28/20165
—————————————————————————
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

_Robert Rae Galván_

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

_1/12/17_

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ██ ▐ ███ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Francisco Jose Gardea

**Plaintiff's First Name, Middle Name, and Last Name**



_____

**PLAINTIFF'S SIGNATURE**

1-10-2017

**DATE OF PLAINTIFF'S SIGNATURE**

### CONSENT ██ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Kevin Peter Grossi

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 - 13 - 17

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ███ AGREEMENT

#### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_Ivan J. Grajeda_

Plaintiff's First Name, Middle Name, and Last Name

[redacted]

PLAINTIFF'S SIGNATURE

1 / 10 / 17

DATE OF PLAINTIFF'S SIGNATURE

[redacted]

**CONSENT** ▆▆▆ ▆▆▆▆▆ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆

Please print clearly:

_Cecilio        Garza_

Plaintiff's First Name, Middle Name, and Last Name

█████████████████████████████████████████

_Cecilio Garza_

PLAINTIFF'S SIGNATURE

_01/11/17_

DATE OF PLAINTIFF'S SIGNATURE

█████████████████████████████████████████

## CONSENT ███ █ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████

Please print clearly:

Gabriel Garcia

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/9/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Homar  Garza
Plaintiff's First Name, Middle Name, and Last Name

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Homar Garza
PLAINTIFF'S SIGNATURE

01/11/2017
DATE OF PLAINTIFF'S SIGNATURE

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### CONSENT ▊▊ ▊▊▊▊ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▊▊▊▊▊▊▊▊▊▊▊

Please print clearly:

**Anthony Richard Graham**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/9/16

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ █ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████
███████████████████████████████████████████
█████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
███████████████████████████ ███ ████████████████████
████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████████████████
█████████████████████

Please print clearly:

Jerard Norbert George

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 / 10 / 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

*Ricardo Daniel Garza*

**Plaintiff's First Name, Middle Name, and Last Name**



**PLAINTIFF'S SIGNATURE**

01 / 11 / 17

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ██ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## William David Giddings

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████

███████████████ ██ ███████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████

████████████████████████████████
████████████████████████████
████████████████████████████████████
████████████████████████████
██████████████

Please print clearly:

Heriberto Gomez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/9/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

FELIPE VALDEZ GONZALES

Plaintiff's First Name, Middle Name, and Last Name

Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

1/11/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Juan Carlos Grado

Plaintiff's First Name, Middle Name, and Last Name



*Juan Grado*

PLAINTIFF'S SIGNATURE

01/11/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████
████████████████████████ ██████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████

███████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████
█████████████████████████

Please print clearly:

Eric Alyn Gould

**Plaintiff's First Name, Middle Name, and Last Name**



**PLAINTIFF'S SIGNATURE**

12/27/16

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

## Maria Carmen Guajardo
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

December 30, 2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

LAZARO L. GUZMAN

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/26/16

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ███████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

*Jorge F. Gonzalez*
_____
**Plaintiff's First Name, Middle Name, and Last Name**



_____
**PLAINTIFF'S SIGNATURE**

*01-19-17*
_____
**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ▮ ▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Rudy Joel Garcia

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/23/17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▆ ▆ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆

Please print clearly:

*Andrew Charles Gunnoe*

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

*1 . 21 . 2017*

DATE OF PLAINTIFF'S SIGNATURE



CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Louis Allen Goulas
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1-13-2017
_____
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▓▓ ▓▓▓ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Kent ELLIOTT GALINDO

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 / 3 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

JEFFREY    ALLAN    GOTTWALD

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-26-17

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

ROBERTO    LORENZO    GONZALEZ

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/17/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Richard Raymond Guilin Jr
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/20/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## JULIO CESAR GUZMAN DE LEON

Plaintiff's First Name, Middle Name, and Last Name



_Julio C. Guzman de L_

PLAINTIFF'S SIGNATURE

## January 17, 2017

DATE OF PLAINTIFF'S SIGNATURE

<u>**CONSENT**</u> ▮ ▮▮▮▮ <u>**AGREEMENT**</u>

<u>**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Luis Humberto Garza
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/20/2017
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ ▮▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Hector G. Gonzalez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/03/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Eduardo Gonzalez Jr

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 - 15 - 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Pedro J. Gonzalez

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████

PLAINTIFF'S SIGNATURE

1/17/2017

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Lawrence Windsor Grace

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/17/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Eliezer Guajardo Jr.

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-20-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Guillermo Guerrero

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

January 20, 2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Eddie Garcia
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1/18/17
_____
DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▮▮▮ ▮ ▮▮▮ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Fernando C. Gomez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████

Please print clearly:

Scott    Leonard    Gilson

**Plaintiff's First Name, Middle Name, and Last Name**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**PLAINTIFF'S SIGNATURE**

1 / 18 / 2017

**DATE OF PLAINTIFF'S SIGNATURE**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

CONSENT ████ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████████ ██ ██████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

Please print clearly:

Abel Gonzales
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 3, 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Eric K. Gilson

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 17, 2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ ████ <u>AGREEMENT</u>

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████████████████

████████████████████████

████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

██████████████████ ██ █████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████

██████████████████████████████

██████████████████████████████████

██████████████████████████████

████████████████████████████

████████████

Please print clearly:

Rogelio J. Garcia
_____
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/12/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████

Please print clearly:

Kenneth A Gorman

Plaintiff's First Name, Middle Name, and Last Name



Kenneth A Gorman

PLAINTIFF'S SIGNATURE

1/1/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▉ ▉ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Please print clearly:

David Gonzalez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12 / 31 / 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ █████AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Hugo Octavio Gonzalez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-31-2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Elvia Guerrero

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ▌ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Matthew Philip Griesbach

Plaintiff's First Name, Middle Name, and Last Name



12/29/2016

DATE OF PLAINTIFF'S SIGNATURE



## CONSENT ▮▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

## Armando M. Garcia

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-3-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Raul Galicia

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

David Lance Graham

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ █████ AGREEMENT

FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Christopher Steven Grubb

Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/29/16
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Jose Oswaldo Garcia
_____
Plaintiff's First Name, Middle Name, and Last Name

_____
PLAINTIFF'S SIGNATURE

12/28/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Robert Gil Jr.

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▓▓▓ ▓▓▓▓▓ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

## Alex R. Garcia

Plaintiff's First Name, Middle Name, and Last Name



Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

**12-31-16**

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

Ignacio Garcia Jr.
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/28/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

RANDY  GARCIA

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/02/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

CHRISTOPHER MOISES GONZALEZ

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
█████████████████ ██ ██ █████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████

Please print clearly:

_Efrain  Garcia  Jr._

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12 / 28 /16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Manuel Garza Jr

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮▮ ▮▮▮ <u>AGREEMENT</u>

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Karen L. Gray

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/3/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Ryan Joseph Grimm

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▮▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Juan Manuel Garcia

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/2/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
██████████████████████  ██  ██████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████

██████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████
████████████████████████

Please print clearly:

Juan Carlos Garcia
Plaintiff's First Name, Middle Name, and Last Name

Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

12/29/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▇▇▇ ▇ ▇▇▇ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇ ▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇

Please print clearly:

Mark Anthony Garrison

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████████

Please print clearly:

Robert G Gonzalez
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

January 3, 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

**Miguel Angel Garcia**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Eric Ryan Gustafson

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/1/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Humberto Gonzalez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▇▇▇ ▇▇▇ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇

Please print clearly:

Kelley, Anne, GEORGE

**Plaintiff's First Name, Middle Name, and Last Name**



**PLAINTIFF'S SIGNATURE**

12/29/2016

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ██████ █ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████████

Please print clearly:

Lauro Gonzalez II
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12-28-2016
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▉ ▉ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉▉▉▉▉▉▉▉▉

Please print clearly:

Brandon Thomas Gardner

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/29/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ▌ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

JOEL, DAVID, GARCIA

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Albert Gonzalez Jr

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jesus Gutierrez
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

January 6, 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████

Please print clearly:

_ROBERTO JESUS GONZÁLEZ_
Plaintiff's First Name, Middle Name, and Last Name



_Robert J. González_
PLAINTIFF'S SIGNATURE

_12/31/16_
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## Ricardo Garcia

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▋▋ ▋▋▋▋ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▋▋▋▋▋▋▋▋▋▋ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▋▋▋▋▋▋▋

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▋▋▋▋▋▋

Please print clearly:

Rene       Orlando       GuerrA

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-4-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jermaine Cabrera Guerrero

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████

Please print clearly:

Joyce, de la Cerna, Golosino

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Juan Manuel Gomez
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/02/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Ernesto Ador Gardea-Fernandez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-27-2016

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Robert Gonzales

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Juan C. Gutierrez

**Plaintiff's First Name, Middle Name, and Last Name**



**PLAINTIFF'S SIGNATURE**

01/02/2017

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

BRIAN    MATTHEW    GOULART

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12 / 30 / 2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ ▮▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

**Rolando Garza**
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/30/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

CONSENT ██████ ██████████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Cristobal Gomez
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/29/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Guillermo   JAVIER   Gonza'lez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

_Michael Timothy Green_
Plaintiff's First Name, Middle Name, and Last Name

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

_signature_
PLAINTIFF'S SIGNATURE

_12/26/2016_
DATE OF PLAINTIFF'S SIGNATURE

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

## CONSENT ███ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

AlFonso Carrion Gonzales

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-3-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Saul Garcia
_____
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/04/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

_John Bradley Garber_
Plaintiff's First Name, Middle Name, and Last Name

████████████████████████████████████████

PLAINTIFF'S SIGNATURE

1/6/17
DATE OF PLAINTIFF'S SIGNATURE

████████████████████████████████████████

### CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## Arcenio Garcia Jr

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-28-2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

**Efrain Gonzalez**

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Alejndro Garcia

Plaintiff's First Name, Middle Name, and Last Name

[redacted]

Alejandro Garcia

PLAINTIFF'S SIGNATURE

01 - 05 - 2017

DATE OF PLAINTIFF'S SIGNATURE

[redacted]

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## Kerri Mae Halcomb

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████

Please print clearly:

James Harmon Jr.
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/27/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Wayne Robert Hafstad

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/22/2016

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jose L. Hernandez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/20/17

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Jeffrey Michael Hoffman
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-28-2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

Raymond Christopher Hayes
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/23/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████

Please print clearly:

Kerry Bryant Hunter

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

*Salvador Castro Hernandez*

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/7/17

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jeffrey Scott Hogan

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/9/2017

DATE OF PLAINTIFF'S SIGNATURE



## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Jason Joseph Hejna
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/12/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

**Please print clearly:**

JONATHAN   HARRIS

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/8/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

CHRISTOPHER   MICHAEL   Hons

**Plaintiff's First Name, Middle Name, and Last Name**

PLAINTIFF'S SIGNATURE

1/8/17

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ████ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

David   Charles   HUBAL

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/9/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

## Nanette Hutchings

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/10/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Jaimie Herrera

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01 | 09 | 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

William John Hutcheson

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 / 06 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

James Bradley Houston

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

20161229

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Jeffrey Lewis Hyde

Plaintiff's First Name, Middle Name, and Last Name

Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

*1 - 10 - 17*

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Joseph Michael Huskey

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

████████████████ ██ ██████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████

██████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████

Please print clearly:

Nathan Andrew Hilliard

Plaintiff's First Name, Middle Name, and Last Name



*Nathan Hilliard*

PLAINTIFF'S SIGNATURE

*01/09/2017*

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████████ ██ ████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
██████████████████

Please print clearly:

Jaime  Hernandez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/6/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Please print clearly:

**Mark Patrick HALL**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-31-2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

*LEE   EDWIN   HALLSTEN*

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

*1/1/17*

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████

Please print clearly:

CHRISTOPHER   PETER   HOELTER

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01 | 04 | 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████
█████████████████████████ ██ ████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████

██████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████

Please print clearly:

Frank Antonio Hernandez

Plaintiff's First Name, Middle Name, and Last Name



*Frank A. Hernandez*

PLAINTIFF'S SIGNATURE

January 5, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

David Fernando Herrera
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-17-17
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████
████████████████████████████
████████████████████████
████████████████████████
██████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

████████████ ██ ████████████
████████████████████████
████████████████████████
████████████████████████
██████████████████

████████████████████
████████████████████████
████████████████████████
████████████

Please print clearly:

Billy  Don  HAAS

Plaintiff's First Name, Middle Name, and Last Name

██████████████████████████████████████

*Billy* [signature]

PLAINTIFF'S SIGNATURE

1/08/17

DATE OF PLAINTIFF'S SIGNATURE

██████████████████████████████████████

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████

Please print clearly:

Ramon HOLGUIN

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/11/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

George Chavez Herrera

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/9/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Neil Robert Heideman

Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/10/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Brandon LaSelle Hatch

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Joshua Ryan Hamilton

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

David S. Hicks

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████

████████████████████████████
████████████████████████████
████████████████████████████
████████████

Please print clearly:

## William Craig Hardt

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

## January 03, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Richard  Alan  Heady

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/2/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████

Please print clearly:

Christopher Frank Hamer
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/30/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_RICHARD  ALLEN  HERRERA_

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Michael Duane Hoover
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Maribel Meranza Hirales

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01 . 06 . 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████

Please print clearly:

Fausto Hernandez Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-3-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████
█████████████████████████████████████████████
██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████

Please print clearly:

## CARLOS HERRERA

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Damon , RAY , Holmes

**Plaintiff's First Name, Middle Name, and Last Name**

**PLAINTIFF'S SIGNATURE**

12/27/16

**DATE OF PLAINTIFF'S SIGNATURE**

<u>CONSENT</u> ▮▮▮ ▮ ▮▮▮▮ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Kenneth Julian Craig Hulkower

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/31/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████

Please print clearly:

Joel T. Ivie
_____
Plaintiff's First Name, Middle Name, and Last Name



_____ Joel Ivie _____
PLAINTIFF'S SIGNATURE

1/18/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▆▆▆ ▆▆▆▆ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆ ▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

Elis N. irizarry

Plaintiff's First Name, Middle Name, and Last Name



**ELIS N IRIZARRY**  Digitally signed by ELIS N IRIZARRY
DN: c=US, o=U.S. Government, ou=Department of Homeland
Security, ou=CBP, ou=People, cn=ELIS N IRIZARRY,
0.9.2342.19200300.100.1.1=0454545489.CBP
Date: 2017.01.17 15:14:43 -04'00'

PLAINTIFF'S SIGNATURE

01/17/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▇▇ ▇ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Please print clearly:

JOSE GUADALUPE IBARRA

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Travis S. Igou

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** █████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████
████████████████████ ██ ███████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████

████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████

Please print clearly:

_Gerardo Inocencio_

**Plaintiff's First Name, Middle Name, and Last Name**

[black redaction box]

_[signature]_

**PLAINTIFF'S SIGNATURE**

_12/29/2016_

**DATE OF PLAINTIFF'S SIGNATURE**

[black redaction box]

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

DANNY          JAIME

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/25/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Orlando Jimenez
_____
Plaintiff's First Name, Middle Name, and Last Name



*Nando Jimenez*
_____
PLAINTIFF'S SIGNATURE

01/20/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████
████████████████████████████████████████
████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████

Please print clearly:

Michael F. Jones

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/5/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Alfonso Jimenez Jr.
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1/14/17
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ █ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Matthew Allen Johnston
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1 / 9 / 17
_____
DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ████ ▌████ ██<u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████████████████████ ██ ████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████

████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
██████████████████

Please print clearly:

MICHAEL GUY JOHNSON

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/15/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Wayne Ray Jackson

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/20/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Lawrence Jason Jay
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Curt, Thomas, Johnson

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/6/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████

Please print clearly:

Derek Lee Joyal

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/01/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Bradley Neal Jackson
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/28/16
_____
DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████████████ ██ ██████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████

Please print clearly:

## Michael Christopher Jones

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ██ █████ <u>AGREEMENT</u>

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Rosalio Jimenez

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

12 | 28 | 16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Arturo Jimenez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████

██████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████

Please print clearly:

PHILIP LAURENCE JONES

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Darrin Michael Judd

Plaintiff's First Name, Middle Name, and Last Name



Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ████ ████ ██ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Joshua Edward Jemelka

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/17

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ████ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Thomas Brent Johnson

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Damon William Jones
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/04/17
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Richard Earl Johnston

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-1-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Craig Russell Johnson
_____
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/29/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ ████ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Mark Timothy Johnson

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Justin WADE JONES

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/6/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Kristin   Gwen   Jankowski

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

█████████████████████████████ ██ ██ ████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████

Please print clearly:

## Michael Thomas Johnson

Plaintiff's First Name, Middle Name, and Last Name



_PLAINTIFF'S SIGNATURE_

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Derrick Duane Jibben

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/02/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █ ████AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Frankie Jimenez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Guillermo Ray Jimenez

**Plaintiff's First Name, Middle Name, and Last Name**

**PLAINTIFF'S SIGNATURE**

1/5/2017

**DATE OF PLAINTIFF'S SIGNATURE**

<u>CONSENT ▇▇▇▇ ▇▇▇▇ AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Please print clearly:

Louie E. Jimenez

Plaintiff's First Name, Middle Name, and Last Name



Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

01/03/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

Please print clearly:

# Jeremy John-Michael Jacobs

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/17/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Jay Wade Johnson

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/14/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Clodio Jimenez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Karla Ivetta Johnson

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████████

Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

01/13/17

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████████

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Andrew Tyrone Jackson

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

James Walter Jones JR.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 - 12 - 17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Jeffrey Neal Johnson

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01 / 03 / 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████████ ██ ████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

Please print clearly:

SABRINA LORAINE JOHNSTON

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-12-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## Christopher Howard Jbara

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████

Please print clearly:

Jo-HUA    JONES

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/23/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Byron Garvin Kirack
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

_____ Brian Paul Kelly _____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

_____ 1/19/17 _____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Joseph Edward Kempa

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/17/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

MICHAEL   A   KARNS

Plaintiff's First Name, Middle Name, and Last Name



Michael O. Starner

PLAINTIFF'S SIGNATURE

13 JAN 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Kelly Kennon Kirby

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/13/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

SEAN COLLIN KING

Plaintiff's First Name, Middle Name, and Last Name

█████████████████████████████████████████████

PLAINTIFF'S SIGNATURE

1/16/17

DATE OF PLAINTIFF'S SIGNATURE

█████████████████████████████████████████████

### CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Braden Lee King
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

Barbara Ellen Kremzner

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ▎ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Robert J. Kiernan

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

████████████████████ ██ ████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████

Please print clearly:

Robert Bruce Kemppainen

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████████

Please print clearly:

Anthony Arthur Kuhn

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ▎ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

████████████████████ ▎ ██████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████

Please print clearly:

### Tyler Gavin Keefover

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/26/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

Scott Ivor Kepner

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Joseph Edward Kirby

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT ███ █████ AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

JOSHUA MICHAEL KRIEGHAUSER

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████████

PLAINTIFF'S SIGNATURE

1/5/17

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████████

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

David Michael Knight

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Timothy    Michael    Keller_

Plaintiff's First Name, Middle Name, and Last Name

████████████████████████████████████

_Keller_

PLAINTIFF'S SIGNATURE

_1/3/16_

DATE OF PLAINTIFF'S SIGNATURE

████████████████████████████████████

<u>CONSENT</u> ▓▓ ▓▓▓ <u>AGREEMENT</u>

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Bryan Kastoll

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12 / 28 / 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Philip John Knapp

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████
█████████████████████████ ██ ████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

██████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████

Please print clearly:

Christopher Michael Knab

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █ ████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████████ ██ █████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
█████████████████████

Please print clearly:

**Preston Lee Knight**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

**12/27/2016**

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ ███ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**William Albert Kingsford**
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017
DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Shane, Patrick, Kuehl

Plaintiff's First Name, Middle Name, and Last Name



_Shane P. Kuehl_

PLAINTIFF'S SIGNATURE

_1/5/2017_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

David Alden Kaiser

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12 / 30 / 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Douglas LEE Kubos

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1|5|2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Marko Drago Kozina

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

13/31/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ███ █████ AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Melissa Ann KOZIRA

**Plaintiff's First Name, Middle Name, and Last Name**

Melissa A. Kozina

**PLAINTIFF'S SIGNATURE**

12/31/2016

**DATE OF PLAINTIFF'S SIGNATURE**

<u>CONSENT</u> ▮▮ ▮▮▮▮ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

Please print clearly:

John Joseph Kennedy

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ █████ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████████ ██ ███████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████

Please print clearly:

Kyle Landon Krall

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

1/9/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

*Mark Anthony Kutrip, Jr.*

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-3-2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ ██████ <u>AGREEMENT</u>

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████ ██ ██ ██████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████

████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████
████████████

Please print clearly:

Michelle Gaye Kite

Plaintiff's First Name, Middle Name, and Last Name



*Michelle Gaye Kite*

PLAINTIFF'S SIGNATURE

1/5/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████ ██ ██████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

Please print clearly:

Robert Patrick Kilcoyne

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Monte Keith-Michael Knuth

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

John P. Lyday

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-22-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

DUSTIN   JAMES   LOFLAND

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-23-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Miguel Huerta Lopez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/24/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮ ▮▮▮▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Domonic   L.   Lofland

Plaintiff's First Name, Middle Name, and Last Name

█████████████████████████████████

PLAINTIFF'S SIGNATURE

1/25/17

DATE OF PLAINTIFF'S SIGNATURE

█████████████████████████████████

<u>CONSENT</u> ███ █ ███ <u>AGREEMENT</u>

<u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Alex Jaime Lopez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/24/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Donald  George  LaPress  Jr.

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

January 20, 2017

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Tomas Eliseo Lopez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/18/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Matthew James Lightner

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Alan Wayne Lindsey

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/18/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jose Jesus Lopez Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/10/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Sergio Rodolfo Lopez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT █████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Pablo Antonio Lucero

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Eric Dale Law

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

December 29, 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

ERIC ROBERT LARSON
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/20/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

RUBEN LUERA, JR.

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/30/16

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Aaron Dax Lemmon
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Edwin Lozano**
_____

**Plaintiff's First Name, Middle Name, and Last Name**



_____
**PLAINTIFF'S SIGNATURE**

1/10/2017
_____
**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Clay Douglas Liedecke

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▇▇▇ ▇▇▇ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇

Please print clearly:

Troy Ramirez Licon

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ █████ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Michael Ross Lee

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Gregory Chandley Lambert

Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12-30-2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Roy Ignacio Lopez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

Jan 2, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

ERIC   LUPIAN

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 / 1 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

William Patrick Laney

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_ROBERT   LOERA   JR._

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

_01/03/2017_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Javier    Anthony    Lozano

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01-03-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Lisandro T. Lopez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ▌ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

**Erick Nelson Larson**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Levi Garrett Ledger

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/05/17

DATE OF PLAINTIFF'S SIGNATURE



## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

**Carl Edward Landrum**
_____
Plaintiff's First Name, Middle Name, and Last Name



_____    12/30/16
PLAINTIFF'S SIGNATURE

12/28/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

**Please print clearly:**

Roberto E. Santos

Plaintiff's First Name, Middle Name, and Last Name



_Roberto E. S_____

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █ ████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jennifer Coers

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Orlando Mata**
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/27/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:



_____
Plaintiff's First Name, Middle Name, and Last Name

## CHRISTOPHER MARVIN BAKER
_____
Plaintiff's Home Address (Physical Address)

_____
PLAINTIFF'S SIGNATURE

January 26, 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮ ▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Joseph Vincent Cimino**

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

**26 Jan 17**

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Michael James Cluck

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/27/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮▮▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Michael Flores Robles**

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

*1/26/17*

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Eduardo Guerrero Trevino

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

1/22/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Elizabeth Ruiz**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/11/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>**CONSENT** ▮ ▮ **AGREEMENT**</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮

Please print clearly:

ISMAEl Antonio LuJAN

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-27-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

## Lorenzo Omar Sandoval

**Plaintiff's First Name, Middle Name, and Last Name**

PLAINT FF'S SIGNATURE

01/04/2017

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## Diana Imelda Palacios

Plaintiff's First Name, Middle Name, and Last Name



_Diana Palacios_ (signature)

PLAINTIFF'S SIGNATURE

1/9/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Victor Hugo Cardenas

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/27/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Donna Marie Doss

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ▮▮▮ ▮▮▮AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

### Douglas Lance Hatcher

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Arturo H. Gonzalez Jr.

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/20/2017

DATE OF PLAINTIFF'S SIGNATURE