# EXHIBIT A-3

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Raymono Thomas Mandel JR.

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/6/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Samuel Maldonado

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ ██AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Roberto C. Martinez
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/14/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▇▇▇ ▇▇▇ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Francisco Meza

Plaintiff's First Name, Middle Name, and Last Name



F. Meza

PLAINTIFF'S SIGNATURE

1/23/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Rene D. Martinez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/13/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jesse Sherman Moore III

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ▎ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Laura Lynn Moore
Plaintiff's First Name, Middle Name, and Last Name



*Laura Moore*
PLAINTIFF'S SIGNATURE

01/04/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▇ ▇ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Brian Robert Mathie

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

January 3, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ ▌ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Steve Wiley Morgan

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

John Stephen Morrill

Plaintiff's First Name, Middle Name, and Last Name



_John Stephen Morri_

PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Thomas Robert McCormick

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Cord Allen Mansfield

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Scott Andrew McPherson

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

Scott McPherson

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Adam    Majesyic

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/17

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Samuel Martinez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Marco, Antonio, Madueno

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

**Please print clearly:**

Sylvia Martinez

**Plaintiff's First Name, Middle Name, and Last Name**

**PLAINTIFF'S SIGNATURE**

01-05-2017

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

**Please print clearly:**

Robert L. Martinez, Jr.

**Plaintiff's First Name, Middle Name, and Last Name**

**PLAINTIFF'S SIGNATURE**

1/5/2017

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Fernando I. Martinez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01-09-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Leigh Jay Murphy
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1/03/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Andres Marrufo
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/28/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ▌ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Roberto Munoz
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

December 27, 2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jesus G. Morales
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12.29.2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Eugene Montoya

Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1-4-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

**Antonio G Morales**

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

01/10/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. 

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

STEVEN    GARY    MCPARTLAND

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/9/17

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

James Patrick Makin Jr
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/06/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Hermenegildo Robert Martinez_

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

1/5/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Thomas    C.    Morris_

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/9/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. 



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Ruben Miranda
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/27/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

John Michael Miller

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01-08-2017

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Troy Kenneth McDaniel

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/10/2017

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Albert Montoya

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-10-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

### Joel Maldonado

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

## <u>CONSENT</u> ████ ████ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████

Please print clearly:

Richard J. Martinez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

January 11, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Claudio E. Murillo

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/18/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Fredeberto Moreno
_____
Plaintiff's First Name, Middle Name, and Last Name



_Mocono_
_____
PLAINTIFF'S SIGNATURE

12/27/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Javier Alexis Valentin Mendez
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/9/17
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Charles Francis Maxwell Jr.
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01-09-17
_____
DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> � ▌ <u>AGREEMENT</u>

<u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▌ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▌



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▌

Please print clearly:

Aleksei Nikolai Marinenko

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Patrocinio, Maximo, Martinez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Laurence Robert Myers

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

January 11, 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ██████ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
██████████████████████████████ ██ ███████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████

Please print clearly:

JOE    DONALD    MELTON

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 / 11 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Shawn M. McKeever

Plaintiff's First Name, Middle Name, and Last Name



_Shawn M. McKeever_

PLAINTIFF'S SIGNATURE

01/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

*Gregorio  Benjamin  Madrigal  Jr.*

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮ ▮ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮

Please print clearly:

Jason J Miller
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/03/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jose Emmanuel Molina

Plaintiff's First Name, Middle Name, and Last Name



Jose E. Molina

PLAINTIFF'S SIGNATURE

January 10, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Rory, Spencer, Martinovic
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01-03-2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jeffrey Alan Mair
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1/8/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

DINO STEVE MORENO

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/10/17

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

_Jean Paul Mancillas_

Plaintiff's First Name, Middle Name, and Last Name



_Jean Paul Mancillas_

PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Armando Alberto Martinez

Plaintiff's First Name, Middle Name, and Last Name



·PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ████ █ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████
████████████████████████ ██ █ ████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

██████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

Please print clearly:

_____ Danny Melon _____

Plaintiff's First Name, Middle Name, and Last Name

_____ Danny Melon _____

PLAINTIFF'S SIGNATURE

_____ 1 / 13 / 17 _____

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████████

Please print clearly:

*Nikolas C. Montijo*

**Plaintiff's First Name, Middle Name, and Last Name**



*Nicholas Montijo*

**PLAINTIFF'S SIGNATURE**

*1/12/2016*

**DATE OF PLAINTIFF'S SIGNATURE**

### CONSENT ██ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

James Christopher McFeely

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Luis Manuel Martinez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12 / 27 / 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮ ▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Edgardo M  Milan
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/18/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Kenneth Wayne Miller

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

December 29, 2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ ▮ ▮▮▮▮ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Adam J Matuszewski
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/1/17
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Ralph Madrid Montano Jr

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

ALEJANDRO   ISIDRO   MARTINEZ

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 / 16 / 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ . ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

George Alfred Meza

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-10-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▉ ▉ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉▉▉▉▉▉▉▉▉▉▉

Please print clearly:

Abraham Isac Melendez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/01/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

JAVIER MONTANO

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/14/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Manuel Martinez

Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/19/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Pascal E. Messina
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

January 16, 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Fabian Hugo Martinez**

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Douglas William Mankin Jr

Plaintiff's First Name, Middle Name, and Last Name



*Douglas W. Manlin*

PLAINTIFF'S SIGNATURE

1/16/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,



Please print clearly:

## Domingo Delfino Martinez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/19/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Kevin, Robert, Michael

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/18/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ ! ████ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Genaro Francisco Miranda

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 6, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Eulogio Medrano

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01-15-2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Joseph Ernest Marriott
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/9/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

**Please print clearly:**

Matthew    Dean    McClellan

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/26/16

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Glenn Thomas McArthur

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Hugh Aloysius McNamara

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Matthew Frederick Mastrorilli
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Paul  Aaron  McKenna

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

December 28, 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Michael James Moon

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/18/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▆▆▆ ▆▆▆ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Alfonso Arrechea Martinez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/20/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▆▆▆ ▆▆▆▆ <u>AGREEMENT</u>

<u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jaime    Ariel    Mendez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01 / 10 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Homero Martinez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/11/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Victor John Mancini

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Robert Clyde Morrison Jr._

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

PLAINTIFF'S SIGNATURE

_01/ 11/ 2017_

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

## CONSENT █████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

MICHAEL JOHN MANEN

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Daniel Milian

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12.29.16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████

Please print clearly:

Robert Valdez Marrufo

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▉ ▉ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Adam Tavis Miller_
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/01/2017
DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Alan Michael Mills

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▓▓▓ ▓▓▓▓ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Oscar Abel Meza

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01 / 03 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Richard Eric Marzec

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Robert Meyer

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▇▇ ▇▇▇ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇▇▇▇

Please print clearly:

Kevin John Mason

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Juan Manuel Munoz

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

0-04-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Juan JoseMancillas Jr.

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01 - 04 - 17

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▮▮ ▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Mario Mata
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/01/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Rebecca   Ann   Moldenhauer

Plaintiff's First Name, Middle Name, and Last Name



Rebecca A. Moldenhauer

PLAINTIFF'S SIGNATURE

1/2/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Michael Alan Mendez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Ronny Louis Misner

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███. ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Gustavo Montemayor

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████

Please print clearly:

Daniel Montes

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12 | 26 | 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Ramiro Melendez

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Fredrick Leon McGrew

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

January 3, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

DANTE ALEXANDER MEDINA JR.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮

Please print clearly:

## Jose Javier Lozano

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ██ █ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Jesus Lorenzo Mercado

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ▎ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Erika  Michelle  Moody

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/3/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████

███████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████

Please print clearly:

Emmanuel Muñoz

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Kenneth Stephen Morgan

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮

Please print clearly:

**Mark Andrew Molthan**

Plaintiff's First Name, Middle Name, and Last Name



*Mol a. Molthan*

PLAINTIFF'S SIGNATURE

01/02/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▉ ▉ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉▉▉▉▉



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉▉▉▉▉

Please print clearly:

Jose Mojica, Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12 - 28 - 16

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▊▊▊ ▊▊▊▊ AGREEMENT

FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▊▊▊▊▊▊▊▊▊

Please print clearly:

Samuel Moreno Jr.
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

January 05, 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

*RICARDO MARTINEZ*

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/4/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Christopher Steven Myra

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████
█████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

██████████████████████ █ █████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████

████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████

Please print clearly:

Fataou Morou

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Chad Edward McBroom

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/3/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Griselda  R. Mata

Plaintiff's First Name, Middle Name, and Last Name



Griselda R Mata

PLAINTIFF'S SIGNATURE

12/26/2016

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Silvia Murillo-Melon

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 4, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

*LANCE ANTHONY MEDRANO*

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

*12/28/16*

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Kyle Andrew M<sup>c</sup>Cormick

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

## Amanda Lynn McKay

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Benjamin Forrest McMaster

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Corey Allen Morehouse

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/07/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Justin, Lee, McElfresh

Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/29/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Fabian Morales
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Fidensio M. Mendoza

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Martin Villaneda Macias

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 – 5 – 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Daniel P. McElheran
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1/3/17
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▆▆▆ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Casey Terry Marchmont

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

GERALD  M.  MARTINEZ

Plaintiff's First Name, Middle Name, and Last Name

[BLACK REDACTION BLOCK]

*Gerald M. Martinez*

PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

[BLACK REDACTION BLOCK]

### CONSENT ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████
██████████████████████ ██ ████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████

Please print clearly:

David Michael Maibaum
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/30/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Shelly Christine Matthes_
Plaintiff's First Name, Middle Name, and Last Name



_Shelly C Matthes_
PLAINTIFF'S SIGNATURE

_1/4/17_
DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Thomas Christopher Madrid
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/1/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Christopher Mark Mixon**
_____

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

**12/29/2016**
_____

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████

███████████████████████████████████
███████████████████████████████████
██████████████████████████████████
███████████████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████
██████████████████████ ██ ██████████████████████
███████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
█████████████████████████

█████████████████████████████████
██████████████████████████████████
███████████████████████████████████
████████████████████████████████████
████████████████████████

Please print clearly:

Eric   Anthony   Magaña
Plaintiff's First Name, Middle Name, and Last Name




PLAINTIFF'S SIGNATURE

12-28-16
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Thomas  William  Mozg_

**Plaintiff's First Name, Middle Name, and Last Name**



_T. Mo_ _____

**PLAINTIFF'S SIGNATURE**

_12-27-2016_

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ▆▆▆▆ ▆▆▆▆▆ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆

Please print clearly:

David Michael Marcus

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▨ ▨ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▨▨▨▨▨ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Scott Martoncik

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Michael Louis Marino Jr

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Randolph G. Munoz

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Nikos Alexandros Michas**
_____

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

**12/28/2016**
_____

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Shawn Stuart Mudie

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/3/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████████AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Patrick Wayne Miller

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12 / 30 / 14

DATE OF PLAINTIFF'S SIGNATURE



### CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Julio Luis Mendez
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/29/2016
_____
DATE OF PLAINTIFF'S SIGNATURE



## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Victor Eric Munuzuri

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Thomas Lee Moore
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/27/16
_____
DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ██ █ █████ <u>AGREEMENT</u>

<u>**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

CARLOS A MUNIZ JR

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮

Please print clearly:

Francisco Mendez-Garcia

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Kristina Mae Metheny

Plaintiff's First Name, Middle Name, and Last Name



_Kristina M Metheny_

PLAINTIFF'S SIGNATURE

12/26/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Nicholas Joseph Martinez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Vanessa Yvonne Martinez
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-29-2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Michael, John, McIsaac
_____
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/28/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Travis Lee McNaughton
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/28/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Daniel Frank Mihalik Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/01/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

**Please print clearly:**

Kevin Whitney Monson

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/26/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▇▇▇ ▎ ▇▇▇▇ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Luis  R. Mendoza_____

Plaintiff's First Name, Middle Name, and Last Name

[black redaction box]

_____

PLAINTIFF'S SIGNATURE

_1/2/17_____

DATE OF PLAINTIFF'S SIGNATURE

[black redaction box]

**CONSENT** ▮ ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

*Arturo   Nuila*

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/18/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Keoni, Maximino, Nacis

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

TODD  ANTHONY  NAEGELE

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Armando S. Navarrete

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

ROBERT  J.  NOZISKA
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/16
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████████

Please print clearly:

Mario Nevarez III

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

## Minh Quang Nguyen

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/01/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮ ▮ <u>AGREEMENT</u>

<u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

Brian     Christopher     Nash

Plaintiff's First Name, Middle Name, and Last Name



Brian C Nash

PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ████ █████████ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

James F. Noel

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

1/2/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ▇▇▇ ▇▇▇ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Please print clearly:

Brandon Nergararian

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01.04.17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ████ ██████████ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Robert John Nicolaus
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/31/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jeffrey Julian Northup
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/5/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Gilberto  G. Nava, Jr

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

December 28th 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

LAWRENCE T. NAGORE

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Brendan Nangle

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-4-17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ ▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Christopher Michael Nelson
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/04/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Carlos Nunez-II

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▉ ▉ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Please print clearly:

James Shawnee Nunley

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮▮ ▮▮▮▮▮ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮ ▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

_Carl Wesley Newmayer_

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████

PLAINTIFF'S SIGNATURE

_1/10/17_

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

THOMAS    HENRY    CHARLES    NUETZEC
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/3/17
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Ricardo Nieves

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01-10-2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▇▇▇ ▇▇▇▇ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇ ▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Please print clearly:

Joe D. Oliver

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/19/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Juan David Ortiz
_____
Plaintiff's First Name, Middle Name, and Last Name



SBPA / USBP
_____
PLAINTIFF'S SIGNATURE

01 - 19 - 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Robert    James  O'Brien

Plaintiff's First Name, Middle Name, and Last Name



Robert J. O'Brien

PLAINTIFF'S SIGNATURE

1-09-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▆▆▆ ▆▆▆ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆

Please print clearly:

Rolando Olivares
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1/19/17
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

SEAN Michael    O'Connor
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/18/17
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ████████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

James Michael Obert

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 | 1 | 17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ██ ███████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Spencer Oswald

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Randy R. Ousley

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/29/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████████████ ██ ████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████

Please print clearly:

Christopher S. O'Mara

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮

Please print clearly:

Ryan, Eugene, Ohnstad

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 Jan 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Delimiro Olivas

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## Daniel Rey Ochoa

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/02/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Ryan Angelo Oropallo

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Alejandro Ochoa

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE



## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jorge X. Ortiz
Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████████████

PLAINTIFF'S SIGNATURE

12/27/16
DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████████████

## CONSENT ██ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████ ██ █ ███████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

████████████████████████

Please print clearly:

Ryan Wayne Osburn
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █████████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

██████████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████
████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████
███████████████████ ███ █████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████
███████████████████████████████████

████████████████████████████████████████
███████████████████████████████████████
█████████████████████████████████████████
██████████████████████████████████
███████████████████

Please print clearly:

Michael Stephen Ondrejcak

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12-30-2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jason Dwight Owens

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮

Please print clearly:

Ruben Ornelas, Jr.

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

January 9, 2017

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▮▮▮ ▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Alfredo Ocasio
_____
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01 / 10 / 2017
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ▌ ███ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

MANUEL  OZUNA

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12 / 31 / 2016

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▆▆▆ ▎▆▆▆▆ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

**Robert Carl Oakley**
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/28/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Jeremy Lee Ocheltree

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

ROBERT OCHOA

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/26/2016

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ██ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Albert L. Perez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 13, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Brandon Scott Perryman

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01 - 04 - 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Guadalupe Perez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/18/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ██ █████ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████
█████████████████ ██ ███ ████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████

Please print clearly:

## Fernando Angel Perez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/17/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Scott Michael Plasse
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/17/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_Michael James Phillips_
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

_12/27/16_
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Sean William Peterson

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Jess    Eldon    Price

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12-31-16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Robert John Pohjonen**
_____
Plaintiff's First Name, Middle Name, and Last Name

_____
PLAINTIFF'S SIGNATURE

1/6/17
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Tod Dean Padgett

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jason David Poulos

Plaintiff's First Name, Middle Name, and Last Name

_____

PLAINTIFF'S SIGNATURE

December 28, 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▬▬ ▬▬▬ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▬▬▬▬▬▬▬▬▬▬ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬

Please print clearly:

MARIO  ENRIQUE  PROTO

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01 | 05 | 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## NOE R. PORTILLO

Plaintiff's First Name, Middle Name, and Last Name



_Noe R. Portillo_

PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▇▇ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇

Please print clearly:

Michael   Jeffrey   Pizzi

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-3-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jeffery Brandon Perez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

January 6th, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jason Douglas Pecoy

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/01/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

BRETT CHARLES PERYER

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>**CONSENT** ███ █ ████████ **AGREEMENT**</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Robert Edward Pelton
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
**PLAINTIFF'S SIGNATURE**

01/03/2017
_____
**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

███████████████████  ██  ████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████

████████████████████████████████████
██████████████████████████████████
████████████████████████████████████
█████████████████████████████
██████████████

Please print clearly:

Brady Micheal Pratt

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Benjamin, Robert, Petro

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Andres, Orlando, Perez

Plaintiff's First Name, Middle Name, and Last Name



*Andres O. Perez*

PLAINTIFF'S SIGNATURE

January 3, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

## Donald Thomas Pender III

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Ezequiel A. Pozos

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Ramon Edwin Poventud
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

_____
1/2/17
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

## James A Palmateer

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01-03-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

DAVID   Douglas   PHAGAN   JR.

Plaintiff's First Name, Middle Name, and Last Name

[REDACTED]

PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

[REDACTED]

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Christopher Aaron Payne

Plaintiff's First Name, Middle Name, and Last Name



_Christopher A. Payne_

PLAINTIFF'S SIGNATURE

12/26/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

**Felix Nuuese Passi**
_____
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/28/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

CONSENT ██ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Michael William Pride

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

John Alexander Prescott
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▉ ▉ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Eric Jochem Pahler

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

_JERRY  DONALD  PAYNE  JR._

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

_12/28/16_

DATE OF PLAINTIFF'S SIGNATURE

<u>**CONSENT**</u> ▮▮ **▮** ▮▮▮▮ <u>**AGREEMENT**</u>

<u>**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Joshua Adam Parsons

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Leslie Herb Pino

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/11/17

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮ ▮▮▮▮ <u>AGREEMENT</u>

<u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Daniel Phillip Paraiso

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 / 4 / 17

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ ▎ ██████<u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

██████████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████
███████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
█████████████████ ██ ██ ███████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████

██████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████
█████████████████████████

Please print clearly:

Agustin Perez
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/28/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

German, Arturo, Pedraza

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01 / 06 / 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▌ ▌ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▌▌▌▌▌▌▌▌▌▌

Please print clearly:

Tyler Warren Patterson
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/7/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

RICARDO PALOMO SR.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1- 7- 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

RE: Border Patrol FLSA Lawsuit

Please print clearly:

Carl Frank Pirtle

Plaintiff's First Name, Middle Name, and Last Name

_Carl Pirtle_

PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ██ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████████

Please print clearly:

Francisco Xavier Ponce De Leon

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

January 6, 2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ▮▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Marc Andrew Podschlne Jr.
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-2-17
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮

Please print clearly:

_Eddie Gene YARRA_

**Plaintiff's First Name, Middle Name, and Last Name**



_Eddie G Yarra_

**PLAINTIFF'S SIGNATURE**

1 / 4 / 17

**DATE OF PLAINTIFF'S SIGNATURE**

**CONSENT** ▮▮▮▮ ▮ ▮▮▮▮▮▮▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Jon Robert Pedersen
_____
Plaintiff's First Name, Middle Name, and Last Name



_Jon R. Peder_____

PLAINTIFF'S SIGNATURE

01/09/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Moses Luther Power

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

1/05/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮▮ <u>AGREEMENT</u>

<u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮

Please print clearly:

MICHAEL   B.   PAGE

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/11/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jesus      Perez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01 / 11 / 17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▆▆▆ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆

Please print clearly:

Brandon R. Perez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/04/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Anthony Dale Peters

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Leonardo Padilla

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▉ . ▉ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Please print clearly:

_LEONARDO PADILLA Jr._

Plaintiff's First Name, Middle Name, and Last Name

[redacted]

PLAINTIFF'S SIGNATURE

_1 / 4 / 2017_

DATE OF PLAINTIFF'S SIGNATURE

[redacted]

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Anibal        Antonio      Perez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-6-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jose M. Parra Jr.

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/10/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Brandon Thomas Packouz

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/3/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮▮ ▮▮▮ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮

Please print clearly:

## Cosme Rolando Pena

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-5-17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ██████ ██████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

████████████████████████ ███ ███ ████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████

██████████████████████████

Please print clearly:

**Timothy Andrew Pavlat**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/10/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Joseph Trent Parker

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/6/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

MARIO ALFREDO PAREDES

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/23/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Steven Wayne Poligala

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/18/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Brock Michael Patterson

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

January 21, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Jose Manuel  Quijada
_____
Plaintiff's First Name, Middle Name, and Last Name



*Jose M. Quijada*
_____
PLAINTIFF'S SIGNATURE

01 | 06 | 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ▮▮▮▮ ▮▮▮▮▮▮▮ AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Juan Quintana

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

01/10/2017
_____

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

James Andrew Quinlan
──────────────────────────────────────────────
Plaintiff's First Name, Middle Name, and Last Name



──────────────────────────────────────────────
PLAINTIFF'S SIGNATURE

12/27/2016
──────────────────────────────────────────────
DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ████████ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Gary Gene Quaney Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01-03-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮ ▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Ralph QUIROGA

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01-06-17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

ANTHONY    ERIC   QUATTROCCHI

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01 / 05 / 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮ ▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

Vincent James Quinn
**Plaintiff's First Name, Middle Name, and Last Name**

Vincent James Quinn
**PLAINTIFF'S SIGNATURE**

Jan 23, 2017
**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ ▎ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Cesar Rivas

Plaintiff's First Name, Middle Name, and Last Name



_Cesar Rivas_

PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ▌ ███ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

█████████████████████████

Please print clearly:

Ehab    Rahman

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/3/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████

Please print clearly:

## Salinda Mae Ragsdale

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▇▇▇ ▇ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Please print clearly:

Jeffrey, Dean, Ritter

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/6/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ███████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

**Matias Ramirez**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/1/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

_Brenton James Reveruzzi_
Plaintiff's First Name, Middle Name, and Last Name



_Brenton Reveruzzi_
PLAINTIFF'S SIGNATURE

_1/4/2017_
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

LARON GARDNER RICHARDSON

Plaintiff's First Name, Middle Name, and Last Name

Cara C Richardson

PLAINTIFF'S SIGNATURE

1-1-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Mario Ramirez
_____
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/02/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▉ ▉ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉

Please print clearly:

Thomas George Reber

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-28-16

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ ▮▮▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

Luis, Jonathan, Reyes

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Luis Alejandro Ramos

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ███ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Arnulfo Reyes III

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>**CONSENT** ▮▮ ▮ ▮▮**AGREEMENT**</u>

<u>**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Gerardo Ramirez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮ ▮ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

Gary Michael Richards

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ▮▮▮ ▮ ▮▮▮ AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

MARK JOSEPH REBEIRO

**Plaintiff's First Name, Middle Name, and Last Name**



*Mark Rebeiro*

**PLAINTIFF'S SIGNATURE**

01/04/17

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Omar Sergio Rascon
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/28/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

Luis Gerardo Rabago

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/10/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Matthew Luke Riddle

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jeffrey Richard Radliff

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Javier  Kenneth  Resendez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-18-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_Juan Ramirez Jr._

**Plaintiff's First Name, Middle Name, and Last Name**



_____

**PLAINTIFF'S SIGNATURE**

_1/15/17_

**DATE OF PLAINTIFF'S SIGNATURE**

**CONSENT** ▮ ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮

Please print clearly:

Jorge Baltazar Ramirez
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1/11/16
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Edwin Edgar Rodriguez

Plaintiff's First Name, Middle Name, and Last Name

[REDACTED]

PLAINTIFF'S SIGNATURE

1/17/2017

DATE OF PLAINTIFF'S SIGNATURE

[REDACTED]

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_Jesus L. Rodriguez_
Plaintiff's First Name, Middle Name, and Last Name



_Jesus L Rodriguez_
PLAINTIFF'S SIGNATURE

_1-13-17_
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

MATTHEW   PAUL   ROSS

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12 / 27 /2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

James Addison Rudisill

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████

PLAINTIFF'S SIGNATURE

12·28 - 16

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

**Derrick Todd Rothe**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▓▓▓▓ ▓▓▓▓ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Ernesto Rodriguez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮

Please print clearly:

ADALBERTO    RODRIGUEZ

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jorge Alexis Rivera-Segarra

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/09/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Robin    James    Roberts

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12 / 31 / 16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ▌ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_Shawn David Rodgers_

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

_DOUGLAS   ROBERT   ROSSINO_
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

_1/12/17_
DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Antonio Rivera
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/9/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

William Paul Rodd
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/10/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Steven Lloyd Rose
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

1/10/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████████

Please print clearly:

Andres A. Rodriguez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/09/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Billy Joe Robinette

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/01/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Javier Rodarte
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/10/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▬▬▬ ▬▬▬ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▬▬▬▬▬▬▬▬▬▬▬▬

Please print clearly:

Abel Rivera

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

WILLIAM EARL BOESKE, II

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-5-17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Alejandro Robles
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017
DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ▮▮▮ ▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Blanca Rosa Rodriguez
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/31/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

ANTONIO RODRIGUEZ

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/6/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Luis A. Rivera-Febres

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███  ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jorge Omar Roman

Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Jason DeLeon Rodgers

Plaintiff's First Name, Middle Name, and Last Name



_Juan D. Rodgers_

PLAINTIFF'S SIGNATURE

01/03/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Isaac Rivera**
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

_____01/04/2017_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

William Aaron Robinson

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

01 / 06 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▬ ▬ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▬▬▬▬▬▬▬ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▬▬▬▬▬▬▬▬▬▬

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▬▬▬▬▬▬

Please print clearly:

Maria D. Rivera

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

_Matthew  Edmund  Ross_

Plaintiff's First Name, Middle Name, and Last Name



_Matt Ross_

PLAINTIFF'S SIGNATURE

_12-28-16_

DATE OF PLAINTIFF'S SIGNATURE

<u>**CONSENT** ███ █████ **AGREEMENT**</u>

<u>**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████████
███████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████
███████████████████ ██ ██ ████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
█████████████████████████████████

██████████████████████████████
████████████████████████████████
██████████████████████████████████
███████████████████████████████
██████████████

Please print clearly:

Nathanael Kaupena Romero

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Thomas Dean Ross

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Dennis Roy Rogers

Plaintiff's First Name, Middle Name, and Last Name



*Dennis R. Rogers*

PLAINTIFF'S SIGNATURE

12 / 28 / 16

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▓ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Miguel B. Rodriguez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/5/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █ ███ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Miguel Angel Rivera

Plaintiff's First Name, Middle Name, and Last Name



*Miguel A Rivera*

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

David Rodriguez
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/30/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▆▆ ▆▆▆▆▆ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

RICARDO RIVERO
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/02/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Guy     Gerard     Rubsamen
_____
Plaintiff's First Name, Middle Name, and Last Name

_____
PLAINTIFF'S SIGNATURE

01/02/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

DENNIS   JOHN   RULLI

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01 / 03 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

## JUAN GILDARDO ROSEL JR

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

04/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

## Robert Craig Rocheleau

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-1-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jeffrey A. Roser

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/1/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Roger    Carl    Rizzo

**Plaintiff's First Name, Middle Name, and Last Name**



**PLAINTIFF'S SIGNATURE**

1 / 1 / 2017

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ██████ ████ ███AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████
████████████████████████████████
████████████████████████████
██████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████

████████████████████████████
██████████████████████████████
██████████████████████████████████
████████████████████

Please print clearly:

Carlos Armando Ruiz

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/2/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Raul Rodriguez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01-23-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Willie Rodriguez
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

January 18, 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▉▉▉ ▉▉▉▉▉▉ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉▉▉▉▉▉▉▉▉▉▉▉

Please print clearly:

Theodore John Ryan

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/27/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▉▉ ▉▉▉▉ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉ ▉ ▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉

Please print clearly:

Joseph  Alan  Russell

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████

PLAINTIFF'S SIGNATURE

1/25/17

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████

## CONSENT ███ █ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Kurstan Lee Rosberg

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

**Alexandro Ramon**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

December 27, 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮ ▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

_Eligio  A.  Rivas  II_

Plaintiff's First Name, Middle Name, and Last Name

_Eligio A. Rivas II_

PLAINTIFF'S SIGNATURE

_12/28/2016_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Carlos Edward Ruiz

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/5/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

GARTH DIETRIC ROGERS

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/10/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮ ▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮

Please print clearly:

Diamantina Rose

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

PLAINTIFF'S SIGNATURE

1-9-2017

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Alfredo Rubio

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 / 11 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Randall Duane Roberts

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

## Casey Joshua Roloff

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Juan F. Ruiz Jr.

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 / 19 / 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮ ▮ ▮▮▮▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Simon Rodriguez Jr

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

01/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▓▓▓▓ ▓▓▓▓▓▓ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓ ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Alexander Rivera

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 10th, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Erasmo Rodriguez III

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

January 12, 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

ANDREW  JACOB  ROGERS  Jr.

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01 - 18 - 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## CARLOS ISAAC ROCHIN

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Gustavo Ruiz
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01-18-2017
DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ████████ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

John Michael Rodriguez

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

January 3, 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_____John  L.  Redd_____

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-9-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▆▆▆ ▆▆▆ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆ ▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

_Scott Stewart Reeves_

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/13/17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_____ MANUEL S, RAMOS _____

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████████████

_____ Manuels Ruog _____

PLAINTIFF'S SIGNATURE

_____ 1-20-17 _____

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████████████

## CONSENT ▮▮▮▮ ▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Brian John Reilly

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/08/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ █ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

George Scott Ramsey

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

01/23/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Primitivo A. Reynoso

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-24-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Theodore James Reiter

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ███████ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

Manuel Real y Vasquez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮ ▮▮▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

David Adrian Reid

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/18/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

LUIS EDUARDO RAMOS
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1- 4- 2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Pedro A. Reyes

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Bernardo McGuire Ramirez III

Plaintiff's First Name, Middle Name, and Last Name



_Bernardo M. Ramirez III_

PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Sean  Michael  Ricketts

**Plaintiff's First Name, Middle Name, and Last Name**



Sean Ruckett

**PLAINTIFF'S SIGNATURE**

12 - 26 - 2016

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jeremiah Richardson

Plaintiff's First Name, Middle Name, and Last Name



12/26/2016

_____
PLAINTIFF'S SIGNATURE

12/26/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Bruno Valdez Raygoza Jr

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████
████████████████████ ██ █ ███████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████

██████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

Please print clearly:

Marco    Antonio    Ramirez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Gilbert Ramirez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Ricardo Ramiro Rios Jr.
_____
Plaintiff's First Name, Middle Name, and Last Name

[signature]
_____
PLAINTIFF'S SIGNATURE

12/27/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▇▇ ▇▇▇▇ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Adam Chase Reilly-Anderson

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE



## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

John E. Ramos
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/28/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ████ ███████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Benito Reyes

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/10/17

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▇▇▇ ▇ ▇▇▇▇ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

JAMES   STewARt   REED

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 / 11 / 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Alfonso Ramirez**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

**12/31/2016**

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ ██████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Manuel Reza Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ █████ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Oscar Rene Reyes

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/13/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮

Please print clearly:

Luis Enrique Ramirez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

December 23, 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

John Alan Richards
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Lucia S. Ramirez

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

## January 6, 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Alfredo Ramos
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Michael Riches

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Joshua N. Ramirez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/07/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Kerry Paulette Riden
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 11, 2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Adolfo Reyna Jr.
Plaintiff's First Name, Middle Name, and Last Name

4909 Walnut Ave.
Plaintiff's Home Address (Physical Address)

McAllen                               TX              78501
City                                  State           ZIP code

adrey73@gmail.com
Plaintiff's Personal Email Address (Non Government email)

956 - 424 - 2077
Plaintiff's Personal Telephone Number

467 59 8698
Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

1 | 5 | 17
DATE OF PLAINTIFF'S SIGNATURE

To be completed by the law firm:

SIGNED AND DATED this ___ day of ___ Jan. 2017 ___ by

Neil Landeen, Esq.
Yen Pilch & Landeen, P.C.

CONSENT ███ ▌ ████ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

JON PAUL RAUTERKUS
Plaintiff's First Name, Middle Name, and Last Name

34562 CALLE PORTOLA
Plaintiff's Home Address (Physical Address)

CAPISTRANO BEACH        CA        92624
City                                State        ZIP code

RAUTERKI @ COX.NET
Plaintiff's Personal Email Address (Non Government email)

949 492-0109
Plaintiff's Personal Telephone Number

562 23 5824
Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

01/07/17
DATE OF PLAINTIFF'S SIGNATURE

To be completed by the law firm:

SIGNED AND DATED this 31 day of Jan. 2017 by

Neil Landeen, Esq.
Yen Pilch & Landeen, P.C.

## CONSENT ▉▉ ▉▉▉▉ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought �████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

David Nicholas Ramsey

Plaintiff's First Name, Middle Name, and Last Name

1313 Calle Tubatana

Plaintiff's Home Address (Physical Address)

| Rio Rico | AZ | 85648 |
|---|---|---|
| City | State | ZIP code |

dncormsy17@msn.com

Plaintiff's Personal Email Address (Non Government email)

(520) 481-7849

Plaintiff's Personal Telephone Number

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

Plaintiff's Social Security Number (required to receive damages)

PLAINTIFF'S SIGNATURE

01/10/2017

DATE OF PLAINTIFF'S SIGNATURE

To be completed by the law firm:

SIGNED AND DATED this _31_ day of _Jan. 2017_ by

Neil Landeen, Esq.
Yen Pilch & Landeen, P.C.