# EXHIBIT A-4

## CONSENT ██████ █████████AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

JOHN Wayne Spivey Jr.

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Matthew E. Scarborough

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/2/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Adan Sanchez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/3/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Guillermo Enrique Selva-Wuensch

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

## Canyon Collins Sweet

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 / 1 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Tomas Serrano

Plaintiff's First Name, Middle Name, and Last Name



_____  N70

PLAINTIFF'S SIGNATURE

01 / 03 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Alfredo Sanchez Jr.

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

## Kevin James Shell

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▇▇ ▇ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jonathan Wesley Smith
_____
Plaintiff's First Name, Middle Name, and Last Name

█████████████████████████████████████████

PLAINTIFF'S SIGNATURE

1/3/17
_____
DATE OF PLAINTIFF'S SIGNATURE

█████████████████████████████████████████

**CONSENT** ███ ██████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████

Please print clearly:

Brian, Patrick, Schatzel

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/1/17

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ ████████ <u>AGREEMENT</u>

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Eric A. La Luz Simonet

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/5/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █ ███ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████



Please print clearly:

FRANCISCO J. SILVA

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-4-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

 Michael Sveum
_____
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/03/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

**Walter, Garcia, Siquieros**

Plaintiff's First Name, Middle Name, and Last Name



*Walter D Siqu*

**PLAINTIFF'S SIGNATURE**

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

JESUS JOSE SILERIO

Plaintiff's First Name, Middle Name, and Last Name

_____
PLAINTIFF'S SIGNATURE

12/24/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

Daniel John Schutt

_____

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

01/01/2017

_____

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

David Mark Sotelo

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/5/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ▌ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

MATTHEW   BRIAN   STURROCK

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

5 Jan 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Jorge  Luis  Saenz
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01-03-2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

**Brandon Lewis Spencer**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

_Mark Robert Simonsen_

Plaintiff's First Name, Middle Name, and Last Name



_Mark Brown_

PLAINTIFF'S SIGNATURE

_12/27/2016_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Vicente A Sanchez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Efrain Sella-Perez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-31-2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Sandra Delores Sanders

Plaintiff's First Name, Middle Name, and Last Name



*Sandra Delores Sanders*

PLAINTIFF'S SIGNATURE

12/26/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▓▓ ▓▓▓ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

David Joshua Spitzer

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮▮ ▮▮▮▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

Donald Kevin Scee

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Emmanuel M. Z. Steenbakker Jr.
_____
Plaintiff's First Name, Middle Name, and Last Name



*Emmanuel M. J. Steenbakker Jr.*
_____
PLAINTIFF'S SIGNATURE

12/31/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

CHRISTOPHER   HEATH   SHEPHERD
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/29/2016
DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ █ ████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████
███████████████ ██ ██ ███████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

Please print clearly:

Oscar Sartuche

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ▐ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought █████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Steven, Patrick, Schultz

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮▮ ▮▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

David Matthew Shipley

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

December 29, 2016

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

JOSEPH EDWARD SANDFORD

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

HOMERO SALINAS

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/27/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Danielle L Suarez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ▌ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Rene Sanchez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

MICHAEL   ANDREW   JISCO

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12 / 28 / 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

ALAN   NEIL   STEWART
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/26/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Joshua Allyn St. Germain
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

1/1/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

## John Henry Southwick
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

## 01/01/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Maria Lucrecia Sandoval

Plaintiff's First Name, Middle Name, and Last Name



*Maria Sandc*

PLAINTIFF'S SIGNATURE

1/6/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▇▇▇ ▇▇▇▇▇▇ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Please print clearly:

Daniel Hector Sanchez

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

1/6/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Roberto C. Silva

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

ALEJANDRO   SUAREZ

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_____PATRICK  MICHAEL  SEELEY_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

9 JANUARY 2017
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ███ █████ AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

HECTOR A. Santiago- MARTINEZ

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/9/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ █ ████ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

██████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████
█████████████████ ██ ██ ███████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████████████████

██████████████████████████████
██████████████████████████████
██████████████████████████████
████████████████████████████
██████████████████

Please print clearly:

Adrian Sosa

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Charles H. Summerhill

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/02/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮

Please print clearly:

Jorge Alberto Siqueiros

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-9-17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮

Please print clearly:

Omar Saucedo

**Plaintiff's First Name, Middle Name, and Last Name**

**PLAINTIFF'S SIGNATURE**

Jan 4 2017

**DATE OF PLAINTIFF'S SIGNATURE**

<u>**CONSENT**</u> ▓▓▓ ▌ ▓▓▓▓ <u>**AGREEMENT**</u>

<u>**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Arvin Ely Sepulveda
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

_1 - 4 - 2017_
_____
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▬ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▬ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▬

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▬

Please print clearly:

Eric Michael Sarraillon

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

PHILIP     DEAN     SULLIVAN

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

JAN. 9, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Charles William Schlesinger

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 4, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮ ▮ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Richard Henry Scanlan
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 9, 2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████

Please print clearly:

Bobbi Lynn Schad

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ▮▮ ▮▮ AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Nelson Ivan Silva

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ██ ▌ ██ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

████████████████ ██ ██ ████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████

Please print clearly:

_Guadalupe    Fernando    Salazar_
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

██████████████████████
██████████████████
███████████████████
██████████████████████
████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████
███████████ █ ██████████████
██████████████████████
██████████████████████
██████████████████████
████████████████████

██████████████████
███████████████████
██████████████████████
█████████████████████
███████████

Please print clearly:

Eric A Secord

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/13/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

David Wayne Skinner

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/10/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

_Christopher Jacob Schagel_

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

_1 / 9 / 17_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Joseph Robert Stovall

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Joe Uriegas Sandoval

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ██ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Dennis Ray Strong

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ██ ████ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



Please print clearly:

**Brian Thomas Smith**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/10/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Noah Michael Slack

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 - 12 - 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Luis Eduardo Silva

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 4, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jonathan, Andrew, Steele

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/02/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jimmie Jack Scott

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/08/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jon Eric Shelton

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Reggie Joy Stefforia

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/20/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Matthew Ellsworth Seager

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/17/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Jared Lee Stenquist

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

ANDREW MEYER STAPLES

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/21/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

James Vincent Scordato

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 21, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Bernardino Soto

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/25/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ████ ████████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_Joshua  Paul  Semmerling_

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

_1-25-17_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▓▓ ▓▓ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Aaron Allen Snider

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/26/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Francisco  A.  Sanchez

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/26/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Justin Robinson Speirs
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1 / 20 / 2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Michael John Shick

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮

Please print clearly:

MATHEW    GORDON    STURGEON

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/17/17

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ████ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

MICHAEL   SANCEDA  JR.

**Plaintiff's First Name, Middle Name, and Last Name**



Michael, Sauceda

**PLAINTIFF'S SIGNATURE**

01-18-17

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
██████████████████████ ██ ████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
█████████████████

Please print clearly:

Damon  Salazar

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/19/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:



Rene Barraza Salazar

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-5-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮

Please print clearly:

Jesus Daniel Santos

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

01/02/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▆▆▆ ▆▆▆ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆

Please print clearly:

Benjamin Alan Swope

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

José Javier Soto

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/16/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████

Please print clearly:

Jason David Sene

_____

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

_1/16/17_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Carlos     Ibarra     SALORIO

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/17/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████

Please print clearly:

Stephen Paul Sims

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/16/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮ ▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮

Please print clearly:

Monica  Annette Slack
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 / 13 / 2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Elias M. Soto

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/3/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █ ███ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Manuel Sauceda

**Plaintiff's First Name, Middle Name, and Last Name**

**PLAINTIFF'S SIGNATURE**

1-10-17

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

PAUL  ANTHONY  SHEPARD

**Plaintiff's First Name, Middle Name, and Last Name**

**PLAINTIFF'S SIGNATURE**

1/3/2017

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

JAROD LAYNE SMITH

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/4/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████
████████████████████████████ █ █ ██████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████████

Please print clearly:

Eric Douglas Steffen

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12-30-2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

**Erin Craig Switzer**

Plaintiff's First Name, Middle Name, and Last Name

_____
PLAINTIFF'S SIGNATURE

01/04/2017
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ██ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

_GARY JUAN SUBIALDEA_

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▉ ▉ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Please print clearly:

Victor Kevin Stanfill

_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/01/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Jose M. Suarez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Homero Soto

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

January 5, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Michael Allen Scioli

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12 /29 /16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▆▆ ▎ ▆▆ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆▆

Please print clearly:

David  Caleb  Stone

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████████████

PLAINTIFF'S SIGNATURE

1/6/17

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████████████

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Hector Sanchez
_____
Plaintiff's First Name, Middle Name, and Last Name

_____
PLAINTIFF'S SIGNATURE

01/02/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_Greg Alan Stearns_

Plaintiff's First Name, Middle Name, and Last Name



_GPS_

PLAINTIFF'S SIGNATURE

_December 28, 2016_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▓▓ ▓▓▓ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Eric John Schadt

Plaintiff's First Name, Middle Name, and Last Name



*Eric J Schadt*

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

_Juan , Manuel , Saenz Jr._

**Plaintiff's First Name, Middle Name, and Last Name**

_____

**PLAINTIFF'S SIGNATURE**

_1/4/2017_

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

MATTHEW ALAN SOLOSABAL

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Rodolfo Sanchez
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/03/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ▐████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

lease print clearly:

John Michael Sirianni

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 | 3 | 2 0 1 7

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Eric Joseph Swanson

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/03/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jesse    David    SERJO

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 3 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Robert Andrew Treadwell II

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

ANDRES    TERRAZAS

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/10/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Lamar Roel Trevino

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/13/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Richard Torres**
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/11/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT █████ █ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Scott Michael Templin

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Maria Rose Tecpanecatl

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/18

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

**Armando Velasquez Torrez**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

December 30, 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Jamie P. Tierney

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01-01-2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

**Donald Ray Tolly**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE



## CONSENT ██ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Victor  Enrique  Torres

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/3/17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Arturo Tarango

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/3/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▆ ▆ <u>AGREEMENT</u>

## <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆

Please print clearly:

_Jesus   Tejeda_____

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

_12 - 29 - 16_____

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

ENRIQUE    TORRES

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

David Trebbi

**Plaintiff's First Name, Middle Name, and Last Name**

**PLAINTIFF'S SIGNATURE**

1-5-2017

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ██ █ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Roberto Treviño

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

HOA THAI TRAN

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 - 2 - 2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Joshua  Allen  Tripp

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/3/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Timothy Ward Teas

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Denise L Teniente

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ ███AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Elvis Torres

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 4, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Adam Asis Torres

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1|3|17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

_Dax  Robert  Tipton_

**Plaintiff's First Name, Middle Name, and Last Name**



**PLAINTIFF'S SIGNATURE**

_12/30/16_

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Daniel William Tests

**Plaintiff's First Name, Middle Name, and Last Name**

**PLAINTIFF'S SIGNATURE**

12 / 28 / 2016

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ ████AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Timothy Paol Thomas

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ▆▆▆ ▆ ▆▆▆ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Please print clearly:

## Araceli Thrasher

Plaintiff's First Name, Middle Name, and Last Name



*Araceli Thrasher*

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_ARTURO V. TORREZ_

Plaintiff's First Name, Middle Name, and Last Name



_Ar Torrez_

PLAINTIFF'S SIGNATURE

_12/28/16_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Luke Robert Timerson

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

**Please print clearly:**

Erasmo Jaime Tobias

**Plaintiff's First Name, Middle Name, and Last Name**



**PLAINTIFF'S SIGNATURE**

12/29/16

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Richard Luis Tena**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

JESUS JOSE TORRES

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01-05-2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ███ ██ ████AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Martin Torres

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/6/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ██ ▎ ██ AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

Ricardo Torres
Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

12/28/2016
DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ ████ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Robert Anthony Torres

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/06/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

MICHAEL   KEVIN  TANGAS

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/6/17

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Eileen Ann Tomasiak

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

5JAN2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Jared Douglas Thompson

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-8-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jason John TORRICK

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/08/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████

Please print clearly:

Roberto     Teran

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/6/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████

Please print clearly:

Rafael Tovar
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/12/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Jose A. Tijerina

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/12/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Ana Bertha Tamez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/08/2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ███AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Steven Thomas Takacs

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

12 / 28 / 16

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ▆▆▆▆ ▆▆▆▆▆ AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Emmanuel Reyes Torres**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/21/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮

Please print clearly:

Matthew Steven Tucker

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

1-26-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Roberto C. Torres III

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 26, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
██████████████████ █ ██████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████

Please print clearly:

George Andres TORRES
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/30/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████████

Please print clearly:

_Abel Sanchez Urias_
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

_1/23/17_
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jorge Geraldo Ugues
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/04/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Juan R. Uranga

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ▪ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████████████

Please print clearly:

Alexander James Uzelac

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1.2.2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Keith Bradley Varga

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/01/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

_Jose Omar Villanueva_
Plaintiff's First Name, Middle Name, and Last Name

(redacted)

PLAINTIFF'S SIGNATURE

01-07-17
DATE OF PLAINTIFF'S SIGNATURE

(redacted)

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Benny Valenzuela

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

1/6/2017

DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███  ███ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

**Matthew David Villanueva**    *Matthew David Villanueva*

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/08/2017

DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ▮▮▮ ▮▮▮ <u>AGREEMENT</u>

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Sonny   Lee   Vilhren l

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-8-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Robert Michael Vazquez
Plaintiff's First Name, Middle Name, and Last Name



Robert Vazquez
PLAINTIFF'S SIGNATURE

1-10-2017
DATE OF PLAINTIFF'S SIGNATURE

<u>CONSENT</u> ███ █ ███ <u>AGREEMENT</u>

### <u>FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents</u>

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

_Jose Jaime Ventura_
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

_01 | 09 | 2017_
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Manuel Vasquez III

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 6, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Luis A. Villegas

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/10/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Tyler James Vach

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/13/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Roberto Vega Jr
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01 - 02 - 2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████  ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Vidal, Daniel
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/12/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Angel Omar Ortiz Vazquez

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Veronica Valdez
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-11-17
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Raymond Viera

Plaintiff's First Name, Middle Name, and Last Name

[REDACTED]

PLAINTIFF'S SIGNATURE

01/09/2017

DATE OF PLAINTIFF'S SIGNATURE

[REDACTED]

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Doribar Vlodimir VARGAS

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/5/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ . ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Nidia Wise
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/25/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████

Please print clearly:

Billy C. Wise
_____
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/25/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Russell William Wynn

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/22/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▓▓▓▓ ▓▓▓▓ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▓▓▓▓▓▓▓▓▓▓▓▓▓

Please print clearly:

Scott R. Ward

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/22/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Aaron James Wolfe

**Plaintiff's First Name, Middle Name, and Last Name**

PLAINTIFF'S SIGNATURE

12/29/2016

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ██ ▍ ██ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

██████████████████████ █ ███████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████

Please print clearly:

Jacob Mitchell Wolfe

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/18/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████████ ██ ████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

Please print clearly:

## Richard Warwas

Plaintiff's First Name, Middle Name, and Last Name



_Richard Warwas_

PLAINTIFF'S SIGNATURE

## December 27, 2016

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ███ ██ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████

Please print clearly:

**Chance Steven Wright**

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01/20/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████

Please print clearly:

Jonathan E. Walls

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

01/02/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Jason Randall Williams

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Charles Anthony WATTS

**Plaintiff's First Name, Middle Name, and Last Name**

**PLAINTIFF'S SIGNATURE**

1-4-2017

**DATE OF PLAINTIFF'S SIGNATURE**

## CONSENT ██ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████
████████████████████████████████
████████████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████ ██ ████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████

██████████████████████████████
████████████████████████████████
████████████████████████████████████
██████████████████████████████
██████████████████

Please print clearly:

## Matthew Paul Warwick

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Thomas D. Watts

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12-29-2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▉ ▉ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

James Paul Wheeler III

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1-2-2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ▉▉ ▉▉▉▉ AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

CRAIG ELDON WHITWORTH

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01-02-2017

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ██████ █ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

Wayne    Timothy    White
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-6-2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Lyle   Burke   Watson

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12 - 31 - 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Matthew   James   Wenzel

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▉ ▉ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▉▉▉▉▉ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▉▉▉▉▉▉▉▉▉▉▉

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▉▉▉▉▉▉▉

Please print clearly:

JASON   ALLEN   Wood

Plaintiff's First Name, Middle Name, and Last Name

[black redaction box]

_____

PLAINTIFF'S SIGNATURE

1 - 3 - 2017

DATE OF PLAINTIFF'S SIGNATURE

[black redaction box]

## CONSENT ███ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████
████████████████ ███ █████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████

Please print clearly:

_Tracy  Wong_
Plaintiff's First Name, Middle Name, and Last Name

_[signature]_
PLAINTIFF'S SIGNATURE

_1/2/2017_
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮

Please print clearly:

## Barry Robert Woelfel

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

## Richard Patrick Woods

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/29/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Christina Wroldson

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/03/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.  ████████████████████████████

████████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████████ ██ ████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████

████████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████
██████████████████

Please print clearly:

Karl Thomas Woldson

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-3-17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████
███████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
████████████████ ██ █████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████

████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████████
██████████████

Please print clearly:

MATTHEW CHARLES WUMMEL

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/30/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮▮ ▮▮▮▮ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮

Please print clearly:

Jeffrey Leroy Williams
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/29/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ███ █ ████ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████████████
███████████████████████████████
████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
████████████████ ██ ██ ██████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████

██████████████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████████████
████████████████████

Please print clearly:

Michael T. Wright Jr.

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████████████

PLAINTIFF'S SIGNATURE

1/6/17

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████████████

## CONSENT ████ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_Michael  Robert  Wunderle_

**Plaintiff's First Name, Middle Name, and Last Name**

███████████████████████████████████

**PLAINTIFF'S SIGNATURE**

_1 / 6 / 2017_

**DATE OF PLAINTIFF'S SIGNATURE**

███████████████████████████████████

## CONSENT ████ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jonathan Lynn Whitehurst

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/02/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

James Ashton White

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Molly Cuellar Warren

Plaintiff's First Name, Middle Name, and Last Name



Molly Warren

PLAINTIFF'S SIGNATURE

1/3/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

James Albert Warren

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/3/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Kyle    Geoffrey  Witt

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

James Thomas Wright III

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/16

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Christopher Edward Walker

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

Christian Weidl    (No middle name)

Plaintiff's First Name, Middle Name, and Last Name

_____

PLAINTIFF'S SIGNATURE

12 - 28 - 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████████

Please print clearly:

John, David, Welter

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

Jan 3, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Please print clearly:

DAVID ⊗ SCOTT  WEISSENFLUH

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Kevin Scott Worrell
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

12/27/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Jason Michael Wetzel

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████

Please print clearly:

Anthony James Williams
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/26/2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Nathan William Woods

Plaintiff's First Name, Middle Name, and Last Name

_____

PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████████

Please print clearly:

<u>JASON   BRUCE   WAITE</u>

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Brenna R Westphal

Plaintiff's First Name, Middle Name, and Last Name



Brenna W
PLAINTIFF'S SIGNATURE

01/05/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ██ ██ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████████

Please print clearly:

Christopher   Lee   Westbrook

Plaintiff's First Name, Middle Name, and Last Name

███████████████████████████████████████

PLAINTIFF'S SIGNATURE

1 | 5 | 17

DATE OF PLAINTIFF'S SIGNATURE

███████████████████████████████████████

## CONSENT █████ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

Earnest Dwayne Wilkinson

Plaintiff's First Name, Middle Name, and Last Name



Earnst D. Wilkinson

PLAINTIFF'S SIGNATURE

01/04/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
██████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████
███████████████ ██ ███████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████████
██████████████████

Please print clearly:

Keith George Woodland

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 6, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

*Eric Michael Wells*

Plaintiff's First Name, Middle Name, and Last Name



*[signature]*

PLAINTIFF'S SIGNATURE

*1/9/17*

DATE OF PLAINTIFF'S SIGNATURE

### CONSENT ██ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████
██████████████████████ ██ █████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████
█████████████████████████

Please print clearly:

Edward Darrell Wells II

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/28/2016

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮

Please print clearly:

_Jeffrey Todd Wilson_

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

_12/28/16_

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ██████ █ ██████ AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ███████████

Please print clearly:

Paul McGarr Weisel

Plaintiff's First Name, Middle Name, and Last Name



*Paul McGarr Weisel*

PLAINTIFF'S SIGNATURE

01/06/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, █████████████

Please print clearly:

James Steven Whitfield
_____
Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01-12-2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

JEFF   SCOTT   WHEELER

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1 - 12 - 17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

**Bryan James Weaver**

Plaintiff's First Name, Middle Name, and Last Name



*Bryan Weaver*

PLAINTIFF'S SIGNATURE

01/14/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT ███ █ █████ AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Ronald Wayne Walker Jr

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 9, 2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ██ **AGREEMENT**

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Da'Rell Langdon Warren

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/12/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ████ ████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████

Please print clearly:

## Darren Wahmhoff

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1-5-2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Karl Montgomery Weisel

**Plaintiff's First Name, Middle Name, and Last Name**



Karl M. Weisel

PLAINTIFF'S SIGNATURE

1/5/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Marlon Ybarra

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Kimberly Daemonne Young

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/9/2017

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮▮▮ ▮▮▮▮▮ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Chris Warren Young

Plaintiff's First Name, Middle Name, and Last Name



_____
PLAINTIFF'S SIGNATURE

01/03/2017
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮

Please print clearly:

Ting choy YIP

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/23/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Lorenzo L. Yrigoyen
_____
Plaintiff's First Name, Middle Name, and Last Name

_____
PLAINTIFF'S SIGNATURE

12-31-2016
_____
DATE OF PLAINTIFF'S SIGNATURE

CONSENT ███ ████████ AGREEMENT

**FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents**

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Dale J. Young

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ ████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

CAREY  N  YOUNGBLOOD

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_RAUL ZAMARRIPA_

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

_January 18, 2017_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮▮ ▮ ▮▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Charles Michael Zepeda

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/31/2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

David ERNEST Zimdars

Plaintiff's First Name, Middle Name, and Last Name

David Zimdars

PLAINTIFF'S SIGNATURE

12 / 28 / 2016

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Heber E. Zubia

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/4/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Matthew Anthony Zotts Jr

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

12/29/16

DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ▮ ▮ **AGREEMENT**

## FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I consent to become a party plaintiff in an FLSA overtime lawsuit, ▮▮▮▮▮▮▮▮▮▮

Please print clearly:

Antonio Zapata

Plaintiff's First Name, Middle Name, and Last Name



_____

PLAINTIFF'S SIGNATURE

12/28/2016
_____
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██████ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ██████████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████████

Please print clearly:

Paul Richard Zelnick

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 4, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ██ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_HOMER ZUNIGA JR_

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

_01_ / _06_ / _17_

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

_JAVIER   ALEJANDRO   ZUNIGA_
Plaintiff's First Name, Middle Name, and Last Name



_X—J_
PLAINTIFF'S SIGNATURE

12 – 28 – 2016
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Rene' G. Zamora

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/12/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ███████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

ERIC JAMES ZIEGLER JR

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/12/17

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ██████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Mariano Zapata
Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

1/18/17
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █ ████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████████

I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

Maxwell J. Zavala
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

12/31/2016
DATE OF PLAINTIFF'S SIGNATURE

**CONSENT** ██ █████ **AGREEMENT**

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

David Shane Meza

Plaintiff's First Name, Middle Name, and Last Name





PLAINTIFF'S SIGNATURE

01/30/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ██████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ███████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

## Brian Thomas FIDDELKE

Plaintiff's First Name, Middle Name, and Last Name

PLAINTIFF'S SIGNATURE

01 / 28 / 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Sean Patrick Ludden**

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

January 29, 2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ █████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. █████████████████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ██████████████████

Please print clearly:

Martin Alfonso Rocas

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/30/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ▮▮ ▮▮▮▮ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.

I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

**Adan Dominic Gonzales**
Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

1/22/2017
DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███████ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol. I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA"). I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs.



I consent to become a party plaintiff in an FLSA overtime lawsuit,

Please print clearly:

Jeanette R. Garcia

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

01/10/2017

DATE OF PLAINTIFF'S SIGNATURE

## CONSENT ███ ███ AGREEMENT

### FLSA Overtime Lawsuit for Non-Union-Member Border Patrol Agents

I am or was employed by the United States government for some period since November 1, 2013 as an agent of the United States Border Patrol.  I wish to be a plaintiff in a lawsuit brought ████████████████████████ on behalf of non-union-member Border Patrol agents against the U.S. government to attempt to recover damages for the failure of the U.S. government to pay overtime under the Fair Labor Standards Act ("FLSA").  I understand that plaintiffs in this lawsuit will seek all available damages, including unpaid wages, interest, and attorneys' fees and costs. ████████████████████████



I consent to become a party plaintiff in an FLSA overtime lawsuit, ████████████████

Please print clearly:

EUGENE  ALAN  YOCKEY

Plaintiff's First Name, Middle Name, and Last Name



PLAINTIFF'S SIGNATURE

10  JAN  2017

DATE OF PLAINTIFF'S SIGNATURE