**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

RECEIVED
FEB 3 2017
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Plaintiff(s) or Petitioner(s)
Names: __Gilbert Abalos, et al.__

Location of Plaintiff(s)/Petitioner(s) (city/state): __Chula, California__
__Please see attached.__
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): __Alan Lescht__

**17-163 C**

Firm Name: __Alan Lescht and Associates, P.C.__

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: __1050 17th Street, N.W., Suite 400__
City-State-ZIP: __Washington, DC 20036__
Telephone & Facsimile Numbers: __P: (202) 463-6036  F: (202) 463-6067__
E-mail Address: __alan.lescht@leschtlaw.com__

Is the attorney of record admitted to the Court of Federal Claims Bar?   ☒ Yes   ☐ No

Nature of Suit Code:
Select only one (three digit) nature-of-suit code from the attached sheet. See attached sheet for three-digit codes. If number 213 is used, please identify partnership or partnership group:
__306__

Agency Identification Code: __HLS__

Number of Claims Involved: __3 counts for 1,469 plaintiffs__

Amount Claimed: $ __Unknown__
Use estimate if specific amount is not pleaded.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $_____

Was this action preceded by the filing of a protest before the GAO?   ☐ Yes   ☐ No

If yes, was a decision on the merits rendered?   ☐ Yes   ☐ No

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previous cases?   ☐ Yes   ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

184