# Exhibit A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

1.      Abalos, Gilbert Elarco

2.      Abar, Scott T.

3.      Acevedo, Heriberto

4.      Acevedo, Neftali

5.      Acevedo- Correa, Kenie

6.      Acosta, Jose Antonio

7.      Acosta, Hector Jose

8.      Acree, Joseph Robert

9.      Adam, Cody Joe

10.     Adams, David Arthur

11.     Adamson, Evan Lloyd

12.     Adarme, Sean Kekailoa

13.     Adcock, Jesse Dean

14.     Addis, Cole Bruce

15.     Adkisson, John Alden

16.     Aguilar, Jose Estaben

17.     Aguilar, Joe M.

18.     Aguilar, Jr., Luis

19.     Ahern, Ryan Michael

20.     Albaugh, William R.

21.     Albertson, Michelle Beth

22.     Alegre, Jr., Armando

23.     Algeria, Jr., Marcelino

24.     Ali, Alejandro

25.     Allen, Jeffrey Paul

26.     Allen, Luke C.

27.     Allred, Calvert Goodman

28.     Almanza, Jr., Gustavo

29.     Almeraz, Veronica

30.    Alonzo, John A.

31.    Alvarado, Michael Luna

32.    Alvarado, Claudia Mercedes

33.    Alvarado, Cruz

34.    Alvarado, Antonio De Jesus

35.    Alvarado, Oscar

36.    Alvarez, Glorimar

37.    Alvarez, Luis Alfredo

38.    Alvarez, Osbaldo

39.    Alvarez, Roberto

40.    Amaya, Jorge Israel

41.    Ambuehl, Todd Valentine

42.    Amory, Nathan Evan

43.    Anderberg, Nathan Tyler

44.    Anders, Tiffany Renee

45.    Andersen, Kenneth Martin

46.    Andersen, Cynthia Marie

47.    Anderson, Joshua Scott

48.    Andes, Todd Allen

49.    Andrade, Andrew Adrian

50.    Andres, Ross Jay

51.    Angeli, Juan Daniel

52.    Aranda, Jr., Andres

53.    Arnst, Aaron Joseph

54.    Arredondo, Nadia

55.    Arreola, Mario

56.    Arvizu, Octavio

57.    Ashby, Jared Christopher

58.    Ashworth, Patrick Ryman

59.    Atiles, Nelson

60.    Atkinson, Anthony Patrick

61.        Audette, Bradley Scott

62.        Avalos, Benjamin

63.        Avalos, Juan Felipe

64.        Avouris, Joseph Michael

65.        Aye, Peter Neville

66.        Ayon, Rafael Brijido

67.        Ayon, Michael

68.        Baca, Chris Edward

69.        Bacon, Jered William

70.        Badousek, Jill Ann

71.        Baethge, Lorin Randall

72.        Bahlawan, Rayan

73.        Bailey, Michael Christian

74.        Bailey, Lauren Grace

75.        Baker, Christopher Marvin

76.        Baker, Benjamin Michael

77.        Balarezo, Jose Guillermo

78.        Balboa, Martin

79.        Baldwin, Andrew Christopher

80.        Ball, Carl Jay

81.        Barabin, Marcos Jose

82.        Barba, Roberto Palacios

83.        Barbosa, Sam

84.        Barends, Michael William

85.        Barerra, Humberto

86.        Barker, Christopher Paul

87.        Barnes, Phillip Lyndale

88.        Barney, Colt Clyde

89.        Barnhill, David Nathaniel

90.        Barragan, Gerardo Amos

91.        Barragan, Ricardo Julian

92.     Barragan, Jr., Alfonso
93.     Barreda, Ricardo
94.     Barrera, Eduardo Javier
95.     Barrera, Gilberto
96.     Barrie, Steve Anthony
97.     Barrios, Joe Angel
98.     Barrios, Jr., Felipe
99.     Barron, Jorge R.
100.    Barron, Jose Rocha
101.    Barron, Ramon
102.    Barron-Cavazos, Imelda
103.    Bartine, Christopher Justin
104.    Bartosiewicz, Mark Robert
105.    Basham, Brian Scott
106.    Bautista, Jr., Raul Venegas
107.    Baysinger, Cory Russell
108.    Beach, David Warren
109.    Beattie, Kris Paul
110.    Bechard, Lenny Paul
111.    Beckham, Michael Shane
112.    Behan, Brian Thomas
113.    Belida, Corey Robert
114.    Bell, Ryan Adelbert
115.    Bell, Jason Clay
116.    Bell, Jr., Bruce Allyn
117.    Beniquez, Sibio L.
118.    Benz, Daniel N.
119.    Berger, Marshall James
120.    Bergeron, Michael William
121.    Berghouse, Brett Thomas
122.    Berlanga, Eduardo

123.    Bermudez, Arturo

124.    Bermuez, Cesar C.

125.    Berry, Brad Michael

126.    Best, Michael Paul

127.    Betancourt, Francisco

128.    Beyer, Donald Louis

129.    Biega, Kyle Jarrod

130.    Billings, Jr., Vernon Neal

131.    Bilow, Luke Aaron

132.    Binkerd, Joseph Clark

133.    Birmingham, David John

134.    Bissonnette, Matthew David

135.    Blaisdell, Robert Shane

136.    Blood, Martyn Wallace

137.    Boan, Matthew Shaun

138.    Boaz, Thomas Shannon

139.    Bockstanz, John

140.    Bogner, Ryne Michael

141.    Boldt, Daniel S.

142.    Bonbright, John Eugene

143.    Bonilla, Alexis J.

144.    Boor, Lawrence John-Michael

145.    Borden, Larry Parmard

146.    Bordovsky IV, John Steve

147.    Bosque-Soto, Jesus A.

148.    Boulier, Paul James

149.    Bove, William Michael

150.    Bradley, Kenneth Joshua

151.    Bresseler, George Howard

152.    Brewer, Scott Steven

153.    Brewer, Randy Chris

154. Brinkhoff, Christopher D.

155. Briseno, Cesar Carlos

156. Broderick, Christine Marie

157. Brooks, Christopher Daniel

158. Brooks, Jason Lee

159. Brown, Chris James

160. Brown, John P.

161. Brown, Samuel Edward

162. Brummitt, Jr., Donald C.

163. Buckelew, G. Brent

164. Budd, Brian James

165. Buenrostro, Apolinar

166. Buentello, Matias

167. Bunkley, Jr., Frederick L.

168. Burke, David W.

169. Burns, Christopher Kelley

170. Buseck, Janalyn Michelle

171. Bush, John

172. Bushell, Robert Curry

173. Busiere, Keith Francis

174. Bustamante, Ezequiel

175. Butcher, Matthew Joseph

176. Butler, Robert Anthony

177. Caballero, Edward

178. Caballero II, Pedro

179. Cabanit, Jr., Ricardo Oribello

180. Cabrera, Sejisfredo

181. Cabriales, Jerry Lee

182. Cagle, Brandon Scott

183. Caine, Stephanie Kay

184. Callahan, Patrick D.

185.    Callender, Lance

186.    Camacho, Sandra A.

187.    Cameron, Christopher Lewis

188.    Campos, Michael J.

189.    Campos, Gilbert Gonzales

190.    Campos, Steven

191.    Candela, Gregory Allen

192.    Cantu, Maximiano

193.    Cantu, Jr., Juan Manuel

194.    Cantua, Christopher Martin

195.    Cappola, Antone Paul

196.    Carabajal, David James

197.    Caraway, Damian Michael

198.    Cardenas, Roberto Esteban

199.    Cardenas, Johnny H.

200.    Cardenas, Castulo Rene

201.    Cardenas, Victor Hugo

202.    Cardines, Jr., Olimpiades

203.    Cardoza, Javier

204.    Carlos, Alberto Mares

205.    Carlson, Jonathan Wesley

206.    Carlson III, Carl Arthur

207.    Carmon, Scott Michael

208.    Carmona, Marcos Gabriel

209.    Carney, David Brian

210.    Carpenter, Paxton

211.    Carpenter, Zachary Tyler

212.    Carr, Cory Richard

213.    Carrasco, Gerardo Aldana

214.    Carrillo, Antonio Olivio

215.    Carrillo, Efrain

216.    Carrillo, Pedro
217.    Carrillo, Javier
218.    Carter, Rush Allen
219.    Carter, Lance Preston
220.    Casillas, Victor
221.    Castellanos, Joshua Richard
222.    Castillo, Mario Daniel
223.    Castillo, Jazmin Joi
224.    Castillo, Lesly Antelmo
225.    Castro, Manuel
226.    Catalioto, Jay F.
227.    Cavazos, Isamel
228.    Cavazos, Jose
229.    Cavazos, Marco Antonio
230.    Cavins, Autum Kim
231.    Cesena, Leo G.
232.    Chacon, Raul Martin
233.    Challoner, Mark E.
234.    Chamber, Anthony Edward
235.    Chandler, Charles Andrew
236.    Chantelois, Gary Oliver
237.    Charlemagne, Kercy
238.    Chavez, Deanah Lynette
239.    Chism, James Vernon
240.    Chmiel, Christopher Charles
241.    Cimino, Joseph Vincent
242.    Cirillo, John Gabriel
243.    Cirlos, Antonio
244.    Cisneros, Rudy
245.    Clark, Billy Franklin
246.    Clark, Steven Conrad

247.     Clasey, Michael Andrew
248.     Cleveland, Floyd Calvin
249.     Clift, Joel Keech
250.     Cloer, David William
251.     Cluck, Michael James
252.     Clyde, Robert Steven
253.     Cobos, Christopher Paul
254.     Coers, Jennifer
255.     Cole, Addis Bruce
256.     Cole, Donald Raymond
257.     Colella, Michael James
258.     Coles, Dich B.
259.     Collazo, Angel D.
260.     Collier, Jesse David
261.     Colon, Angel Martin
262.     Combs, Jerry Lee
263.     Connely, Todd Michael
264.     Connors, Scott M.
265.     Constans, Justin Gary
266.     Contreras, Jr., Alvaro
267.     Contreras, Jr., Jose
268.     Corbett II, Paul Joseph
269.     Corchado Lopez, Efrain Vicente
270.     Cordero, Waldemar
271.     Cornejo, Efren Lopez
272.     Coronado, Oscar Javier
273.     Corrales, Christopher Perez
274.     Costello, John Edwin
275.     Cowper, James Parker
276.     Cox, Daniel Paul
277.     Cox, Clinton Edward

278.  Coyle, Richard James
279.  Coyle, Jr., John Garrett
280.  Crespo, Jose C.
281.  Crunk, Robert Thomas
282.  Cruz, Enrique
283.  Cruz, Joel Peter
284.  Cruz, Jr.,  Jesus
285.  Culp, Andrew Claude
286.  Cunningham, Mark Joseph
287.  Curbelo, Juan Abner
288.  Cureil, Felipe
289.  Curiel, Reymundo
290.  Curnoles, Matthew Wayne
291.  Curtin, Robert Vernon
292.  Curtis, Scott Cutler
293.  Curtis, Jr., Franklin Scott
294.  Dahl, Joshua Allen
295.  Daiss, David Ronald
296.  Dalton, Kenneth William
297.  Daly III, John Joseph
298.  Dandrow, Jr., Robert Adrian
299.  Dario, Andre Francisco
300.  Daszkiewicz, Keith Robert
301.  Dattilo, Jason Matthew
302.  David, Issac Vaughn
303.  Davidson, Ross John
304.  Davis, Charles Alvin
305.  Davis, Ryan Matthew
306.  Davison, Carrie Jane
307.  De Anda, Jr., Richard
308.  De Baun, Todd Ryan

309.    De La Cruz, Gabriel Candelario

310.    De La Mora, Israel

311.    De La O, Jr., Carlos

312.    De La Riva, Fernando

313.    De Leon, Joseph Anthony

314.    De Lorea, Jr., Raul

315.    De Pasquale, Peter J.

316.    Deanda, David Daniel

317.    Deason, Patrick Thomas

318.    Debus, James Gordon

319.    del Campo, Francisco Javier
        Martin

320.    Del Olmo, Manuel

321.    Delaney, Sean Martin

322.    Delgadillo, George

323.    Delgado, Rene Javier

324.    Delgado, Jr., Raul

325.    Diaz, Gabriel Vargas

326.    Diaz, George Curiel

327.    Diaz, Reyes

328.    Diaz-Diaz, Marcos Leonardo

329.    Dickenson, James Robert

330.    Dilley, Roberto

331.    Dilmore, Thomas James

332.    Dimas, David

333.    Dimolios, Christo Charles

334.    Dion, Andrew Charles

335.    Dishman, Scott William

336.    Dobosz, Lukasz

337.    Dodge, Erik Jensen

338.    Dolan, Michael Francis

339.  Dominguez, Alfonso
340.  Dominguez, Fabian G.
341.  Dominguez, Jose L.
342.  Donoso, Manuel Antonio
343.  Dorsey, David Ian
344.  Dosmann, Stephanie Marie
345.  Doss, Donna Marie
346.  Doyal, Jr., Jerry Lee
347.  Duarte, Cesar
348.  DuBard, Gregory Keith
349.  DuBois, Christopher Lee
350.  Dudyak, Stephen M.
351.  Duncan, Brian Curtiss
352.  Dunlap, Ryan Erich
353.  Duran, Luis Enrique
354.  Durante, Jr., Euseo Brian
355.  Dustman, John William
356.  Easley, Charles G.
357.  Edgell, David Norman
358.  Edmondson, Matthew K.
359.  Edwards, Jonas Kaleb
360.  Edwards, Robert Walcott
361.  Eide, Tanner Richard
362.  Eklof, Charles Garth
363.  Elenez, Ruben Humberto
364.  Elliott, Darren Eugene
365.  Embiem, Lawrence Tyler
366.  Enamorado, Mario Geovany
367.  Engelhorn, Thomas Lee
368.  Engels, Justin James
369.  Enriquez, Jr., Saul

370. Eppley, Jeremy Steven
371. Erbe, Jr., Leigh Felton
372. Escarcega, Oscar
373. Escobedo, Jose
374. Esparza, Alberto David
375. Espino, Gabriel
376. Espino, Juan Alberto
377. Espinoza, Jr., Roberto
378. Espinoza-Nance, Laura
379. Esqueda, Daniel
380. Esquinca III, Jose Gabriel
381. Estrada, Donald Allen
382. Estrada, Fernando
383. Estrada, Michael
384. Etling, John Edward
385. Eustis, Richard Anthony
386. Evenson, William Kelly
387. Exum, Jr., Charles Thomas
388. Falette, Wander Manuel
389. Fallis, Ian Damian
390. Farias, Luis Gildarado
391. Farnham III,  William Francis
392. Farrar, Chance Randal
393. Farrell, Thorsten R.
394. Farris, Philip Wade
395. Fathallah, Khalil Ibrahim
396. Faubert, Haley Marie
397. Feldman, Jason Aaron
398. Felix, Jesus Daniel
399. Felix, Zachary A.
400. Ferguson, Matthew Oleen

401.    Fernandez, Francisco
402.    Fernandez, Hector Javier
403.    Fernandez, Jose Efrain
404.    Fernandez, Jr., Gustavo Daniel
405.    Ferrer, Elbert Edward
406.    Fertelmes, Robert Edward
407.    Fiebig, Robert Anthony
408.    Fierro, Martha Oralia
409.    Fierro, Neddy Raul
410.    Fiddelke, Brian Thomas
411.    Figuero, Cameron Jordon
412.    Filarecki, Allen Robert
413.    Fimbres, Martin C.
414.    Fishman, Alex Micahel
415.    Fistola, Joseph Louis
416.    Fitzpatrick, Ronald John
417.    Flores, Abel Jeremiah
418.    Flores, Jesus Auden
419.    Flores, Efrain
420.    Flores, Omar
421.    Flores, Jorge Javier
422.    Flores, Jose Luis
423.    Flores, Richard Lee
424.    Flores, Ruben
425.    Flores, Roberto
426.    Fogle, IV, John Britton
427.    Fontenette, Kevin Raymond
428.    Ford, Jr., Patrick Joseph
429.    Foster, Marc David
430.    Fouty, Glenn Ray
431.    Franca, Alfredo Richard

432.    Fredericks, Jeffrey Martin

433.    Freeland, Joel Alexander

434.    Frias, Alejandro

435.    Frias, Mark Gabriel

436.    Fuentes, Eduardo

437.    Fuentes, Francisco

438.    Fuentes, Orlando

439.    Fulgham, Charles Clayton

440.    Fussnecker, Bryant Allen

441.    Galducci, Gary Robert

442.    Galicia, Raul

443.    Galindo, Kent Elliot

444.    Galvan, Robert Rae

445.    Garayua, Edgardo

446.    Garber, John Bradley

447.    Garcia, Alex R.

448.    Garcia, Alejandro

449.    Garcia, Eddie

450.    Garcia, Randy

451.    Garcia, Armando M.

452.    Garcia, Juan Manuel

453.    Garcia, Juan Carlos

454.    Garcia, Miguel Angel

455.    Garcia, Jose Oswaldo

456.    Garcia, Gabriel

457.    Garcia, Jeanette R.

458.    Garcia, Joel David

459.    Garcia, Ricardo

460.    Garcia, Rogelio        J.

461.    Garcia, Rudy Joel

462.    Garcia, Saul

463.    Garcia, Jr., Arcenio

464.    Garcia, Jr., Efrain

465.    Garcia, Jr., Ignacio

466.    Gardea Francisco, Joseph

467.    Gardea-Fernandez, Ernesto
        Ador

468.    Gardner, Brandon Thomas

469.    Garrison, Mark Anthony

470.    Garza, Ricardo Daniel

471.    Garza, Cecilo

472.    Garza, Rolando

473.    Garza, Homar

474.    Garza, John Michael

475.    Garza, Luis Humberto

476.    Garza, Victor Ricardo

477.    Garza, Jr., Manuel

478.    George, Jerard Norbert

479.    George, Kelley Anne

480.    Giddings, William David

481.    Gil, Jr., Robert

482.    Gilson, Scott Leonardo

483.    Gilson, Eric K.

484.    Golosino, Joyce de la Cerna

485.    Gomez, Fernando C.

486.    Gomez, Juan Manuel

487.    Gomez, Cristobal

488.    Gomez, Heriberto

489.    Gonzales, Adan Dominic

490.    Gonzales, Felipe Valdez

491.    Gonzales, Robert

492.    Gonzales, Abel

16

493.    Gonzales, Leonard Ray

494.    Gonzalez, Christopher Moises

495.    Gonzalez, Alfonso Carrion

496.    Gonzalez, Jorge F.

497.    Gonzalez, Hector G.

498.    González, Roberto Jesus

499.    Gonzalez, David

500.    Gonzalez, Gustavo Alonzo

501.    Gonzalez, Hugo Octavio

502.    Gonzalez, Guillermo Javier

503.    Gonzalez, Humberto

504.    Gonzalez, Pedro J.

505.    Gonzalez, Alfonso

506.    Gonzalez, Jr., Arturo H.

507.    Gonzalez, Robert G.

508.    Gonzalez, Efrain

509.    Gonzalez, Roberto Lorenzo

510.    Gonzalez, II, Lauro

511.    Gonzalez, Jr., Eduardo

512.    Gonzalez, Jr., Albert

513.    Gorman, Kenneth A.

514.    Gottwald, Jeffrey Allan

515.    Goulart, Brian Matthew

516.    Goulas, Louis Allen

517.    Gould, Eric Alyn

518.    Grace, Lawrence Windsor

519.    Grado, Juan Carlos

520.    Graham, David Lance

521.    Graham, Jeremy A.

522.    Graham, Anthony Richard

523.    Grajeda, Ivan J.

524.    Gray, Karen L.

525.    Green, Michael Timothy

526.    Greene, Jeffrey Christopher

527.    Griesbach, Matthew Philip

528.    Grimm, Ryan Joseph

529.    Grossi, Kevin Peter

530.    Grubb, Christopher Steven

531.    Guajardo, Mariano Carmen

532.    Guajardo, Jr., Eliezer

533.    Guerena, Francisco Carlos

534.    Guerra, Rene Orlando

535.    Guerrero, Elvia

536.    Guerrero, Alfredo

537.    Guerrero, Jermaine Cabrera

538.    Guerro, Guillermo

539.    Guilin, Jr., Richard Raymond

540.    Gunnor, Andrew Charles

541.    Gustafson, Eric Ryan

542.    Gutierrez, Jesus

543.    Gutierrez, Juan C.

544.    Gutierrez, Manuel Wenceslao

545.    Guzman, Lazaro L.

546.    Guzman, Victor Manuel

547.    Guzman De Leon, Julio Cesar

548.    Haas, Billy Don

549.    Haas, Erich John

550.    Hafstad, Wayne Robert

551.    Halaby, Carl-Eddy

552.    Halcomb, Kerri Mae

553.    Haldeman, Eric Michael

554.    Hall, Brian Alan

| | |
|---|---|
| 555. | Hall, Mark Patrick |
| 556. | Hallsten, Lee Edwin |
| 557. | Halstead, Myles        E. |
| 558. | Hamby, Rachael Lee Ann |
| 559. | Hamer, Christopher Frank |
| 560. | Hamilton, Joshua Ryan |
| 561. | Hammer, John Jacob |
| 562. | Hampel, Vincent Jack |
| 563. | Hanawalt, Nathan Mark |
| 564. | Hardt, William Craig |
| 565. | Harmon Jr., James |
| 566. | Harrell, Steven Wayne |
| 567. | Harris, Jonathan |
| 568. | Harris, Kade Edward |
| 569. | Harrison, Joseph Michael |
| 570. | Harvey, Matthew Scott |
| 571. | Hatch, Brandon LaSelle |
| 572. | Hatcher, Douglas Lance |
| 573. | Hayes, Raymond Christopher |
| 574. | Hayslip, Richard Earl |
| 575. | Heady, Richard Alan |
| 576. | Hecmanczuk, Matthew Joseph |
| 577. | Heideman, Neil Robert |
| 578. | Heilman, Reid Kristen |
| 579. | Hejna, Jason Joseph |
| 580. | Henesy, Stephen Edward |
| 581. | Herbert,  Joseph Paul |
| 582. | Herbst Jr., Alfred Joseph |
| 583. | Hermosillo, Thomas Joseph |
| 584. | Hernandez, Jose L. |
| 585. | Hernandez, Frank Antonio |

586.    Hernandez, Jaime

587.    Hernandez, Jesus Ovalle

588.    Hernandez, Jose J.

589.    Hernandez, Julian R.

590.    Hernandez, Miguel Angel

591.    Hernandez, Raul M.

592.    Hernandez, Salvador Castro

593.    Hernandez Jr., Fausto

594.    Hernandez Jr., Rodolfo

595.    Herrera, Carlos

596.    Herrera, David Fernando

597.    Herrera, George Chavez

598.    Herrera, Jaime

599.    Herrera, Richard Allen

600.    Hicks, David S.

601.    Hika, James

602.    Hill, Kristen Sophia

603.    Hill, Nathan James

604.    Hilliard, Nathan  Andrew

605.    Hinojos, Andrew Joseph

606.    Hinojos, Matthew John

607.    Hinojosa Jr., Jose Miguel

608.    Hirales, Maribel Meranza

609.    Hobbs, Dana Chester

610.    Hoelter, Christopher Peter

611.    Hofacker, Carl James

612.    Hoffman, Jeffrey Michael

613.    Hogan, Jeffrey Scott

614.    Holerud, Brian James

615.    Holgvin, Ramon

616.    Holland Jr., Michael Roy

617.    Holloway, William Manuel

618.    Holmes, Damon Ray

619.    Honaker, Kecia Von

620.    Hons, Christopher Michael

621.    Hoover, Michael Duane

622.    Horal, Christoher Lloyd

623.    Hotten, Robert Mark

624.    Houston, James Bradley

625.    Hubal, David Charles

626.    Huckvale, Mark Stephen

627.    Huertas Jr., George Luis

628.    Hughes, William Ballou

629.    Hulkower, Kenneth Julian Craig

630.    Hunter, Kerry Bryant

631.    Huskey, Joseph Michael

632.    Hutcheson, William John

633.    Hutchings, Nanette

634.    Hyde, Jeffrey Lewis

635.    Hyink, Benjamin Steven

636.    Ibarra, Jose Guadalupe

637.    Igou, Travis S.

638.    Inocencio, Gerardo

639.    Irizarry, Elis N.

640.    Ivie, Joel T.

641.    Jackson, Andrew Tyrone

642.    Jackson, Bradley Neal

643.    Jackson, Wayne Ray

644.    Jacobs, Jeremy John-Michael

645.    Jaime, Danny

646.    Jankowski, Kristin Gwen

647.    Jay, Lawrence Jason

648.    Jbara, Christopher Howard

649.    Jemelka, Joshua Edward

650.    Jibben, Derrick Duane

651.    Jimenez, Clodio

652.    Jimenez, Louie E.

653.    Jimenez, Arturo

654.    Jimenez, Rosalio

655.    Jimenez, Frankie

656.    Jiminez, Guillermo Ray

657.    Jiminez, Orlando

658.    Jiminez, Jr., Alfanso

659.    Johnson, Jeffrey Neal

660.    Johnson, Curt Thomas

661.    Johnson, Jay Wade

662.    Johnson, Karla Ivette

663.    Johnson, Craig Russell

664.    Johnson, Mark Timothy

665.    Johnson, Michael Guy

666.    Johnson, Michael Thomas

667.    Johnson, Thomas Brent

668.    Johnston, Matthew Allen

669.    Johnston, Sabrina Loraine

670.    Johnston, Richard Earl

671.    Jones, Michael Christopher

672.    Jones, Joshua

673.    Jones, Justin Wade

674.    Jones, Michael F.

675.    Jones, Philip Laurence

676.    Jones, Damon William

677.    Jones, Jr., James Walter

678.    Joyal, Derek Lee

679.    Judd, Darrin Michael

680.    Kaiser, David Alden

681.    Karns, Michael A.

682.    Kastoll, Bryan

683.    Keefover, Tyler Gavin

684.    Keller, Timothy Michael

685.    Kelly, Brian Paul

686.    Kempa, Joseph Edward

687.    Kemppainen, Robert Bruce

688.    Kennedy, John Joseph

689.    Kepner, Scott Ivor

690.    Kiernan, Robert J.

691.    Kilcoyne, Robert Patrick

692.    King, Braden Lee

693.    King, Sean Collin

694.    Kingsford, William Albert

695.    Kirack, Byron Garvin

696.    Kirby, Joseph Edward

697.    Kirby, Kelly Kennon

698.    Kite, Michelle Gaye

699.    Knab, Christopher Michael

700.    Knapp, Philip John

701.    Knight, David Michael

702.    Knight, Preston Lee

703.    Knuth, Monte Keith-Michael

704.    Kozina, Mark Drago

705.    Kozina, Melissa Ann

706.    Krall, Kyle Landon

707.    Kremzner, Barbara Ellen

708.    Krieghauser, Joshua Michael

709.    Kubos, Douglas Lee

23

710. Kuehl, Shane Patrick

711. Kuhn, Anthony Arthur

712. Kutrip Jr., Mark Anthony

713. Lacher, StevenAndrew

714. Lagarda, Javier S.

715. Lambert, Gregory Chandley

716. Lander, Jonathan Scott

717. Landers, Dale Edgar

718. Landinguin, Ian Matthew

719. Landrum, Carl Edward

720. Landrum, Alison Coble Roe

721. Laney, William Patrick

722. LaPress, Jr., Donald George

723. Larson, Erick Nelson

724. Larson, Eric Robert

725. Law, Eric Dale

726. Lazcano, Jr., Jesus

727. Leader, Terry L.

728. Leal, Jesse Hector

729. LeBlanc, Seth William

730. Ledesma, Gene Andrew

731. Ledger, Levi Garrett

732. Lee, Michael Ross

733. Lemmon, Aaron Dax

734. Lerma, Erik Manuel

735. Lerma, Abram

736. Leslie, John Neal

737. Letts, John R.

738. Levins, Jr., Gerald Christopher

739. Leyba, Clifford Dean

740. Licon, Troy Ramirez

741.    Liedecke, Clay Douglas
742.    Lightner, Matthew James
743.    Lilly, Martin Cleven
744.    Limon, Jorge
745.    Lin, Jason
746.    Lindemann, Karl Wesley
747.    Lindsey, Alan Wayne
748.    Loa, Raymon John
749.    Loera, Jr., Robert
750.    Lofland, Dustin James
751.    Lofland, Domonic L.
752.    Lombardo, Michael John
753.    Longoria, Jr., Francisco Javier
754.    Lopez, Arthur G.
755.    Lopez, Lisandro T.
756.    Lopez, David
757.    Lopez, Henry
758.    Lopez, Rudy
759.    Lopez, Joseph Andres
760.    Lopez, Cristobal Briones
761.    Lopez, Roy Ignacio
762.    Lopez, Sergio Rodolfo
763.    Lopez, Tomas Eliseo
764.    Lopez, Erika
765.    Lopez, Ricardo G.
766.    Lopez, Ernesto
767.    Lopez, Alex Jaime
768.    Lopez, Miguel Huerta
769.    Lopez, Jr., Francisco
770.    Lopez, Jr., Andres
771.    Lopez, Jr., Jose Jesus

772.     Lopez, Jr., Alexander
773.     Lotvedt, Benjamin Charles
774.     Lozano, Edwin
775.     Lozano, Javier Anthony
776.     Lozano, Jose Javier
777.     Lucero, Pablo Antonio
778.     Ludden, Sean Patrick
779.     Ludu, Michael David
780.     Luera, Jr., Osbaldo
781.     Luera, Jr., Ruben
782.     Lujan, Ismael Antonio
783.     Lupian, Eric
784.     Lyday, John P.
785.     Macias, Martin Villaneda
786.     Mandel, Jr., Raymond Thomas
787.     Madeuno, Marco Antonio
788.     Madrid, Thomas Christopher
789.     Madrigal, Jr., Gregorio
         Benjamin
790.     Magana, Eric Anthony
791.     Maibaum, David Michael
792.     Majestic, Adam
793.     Makin, Jr., James Patrick
794.     Maldanado, Samuel
795.     Maldanado, Joel
796.     Mancillas, Jean Paul
797.     Mancillas, Jr., Juan Jose
798.     Mancini, Victor John
799.     Manen, Michael John
800.     Mankin, Jr., Douglas William
801.     Mansfield, Cord Allen

802.    Marchmont, Casey Terry

803.    Marcus, David Michael

804.    Marinenko, Aleksei Nikolai

805.    Mair, Jeffrey Alan

806.    Marino, Jr., Michael Louis

807.    Marriott, Joseph Ernest

808.    Marrufo, Andres

809.    Marrufo, Robert Valdez

810.    Martinez, Alfonso Arrechea

811.    Martinez, Roberto C.

812.    Martinez, Samuel

813.    Martinez, Sylvia

814.    Martinez, Fernando I.

815.    Martinez, Hermengildo Robert

816.    Martinez, Richard J.

817.    Martinez, Patrocinio Maximo

818.    Martinez, Armando Alberto

819.    Martinez, Luis Manuel

820.    Martinez, Alejandro Isidro

821.    Martinez, Manuel

822.    Martinez, Fabian Hugo

823.    Martinez, Domingo Delfino

824.    Martinez, Homero

825.    Martinez, Ricardo

826.    Martinez, Gerald M.

827.    Martinez, Nicholas Joseph

828.    Martinez, Vanessa Yvonne

829.    Martinez, Rene D.

830.    Martinez, Jr., Robert L.

831.    Martinovic, Rory Spencer

832.    Martoncik, Scott

833.    Marzec, Richard Eric

834.    Mason, Kevin John

835.    Mastrorilli, Matthew Frederick

836.    Mata, Mario

837.    Mata, Griselda R.

838.    Mata, Orlando

839.    Mathie, Brian Robert

840.    Matthes, Shelly Christine

841.    Matuszewski, Adam J.

842.    Maxwell, Jr., Charles Francis

843.    McArthur, Glenn Thomas

844.    McBroom, Chad Edward

845.    McClellan, Matthew Dean

846.    McCormick, Thomas Robert

847.    McCormick, Kyle Andrew

848.    McDaniel, Troy Kenneth

849.    McElfresh, Justin Lee

850.    McElheran, Daniel P.

851.    McFeely, James
        Christopher

852.    McGrew, Fredrick Leon

853.    McIsaac, Michael John

854.    McKay, Amanda Lynn

855.    McKeever, Shawn M.

856.    McKenna, Paul Aaron

857.    McMaster, Benjamin Forrest

858.    McNamara, Hugh Aloysius

859.    McNaughton, Travis Lee

860.    McPartland, Steven Gary

861.    McPherson, Scott Andrew

862.    Medina, Jr., Dante Alexander

863.    Medrano, Eulogio

864.    Medrano, Lance Anthony

865.    Melendez, Abraham Isac

866.    Melendez, Ramiro

867.    Melon, Danny

868.    Melton, Joe Donald

869.    Mendez Javier, Alexis Valentin

870.    Mendez, Jaime Ariel

871.    Mendez, Michael Alan

872.    Mendez, Julio Luis

873.    Mendez-Garcia, Francisco

874.    Mendoza, Luis R.

875.    Mendoza, Fidensio M.

876.    Mercado, Jesus Lorenzo

877.    Messina, Pascal E.

878.    Metheny, Kristina Mae

879.    Meyer, Robert

880.    Meza, David Shane

881.    Meza, Francisco

882.    Meza, George Alfred

883.    Meza, Oscar, Abel

884.    Michael, Kevin Robert

885.    Michas, Nikos Alexandros

886.    Mihalik, Jr., Daniel Frank

887.    Milan, Edgardo M.

888.    Milian, Daniel

889.    Miller, Jason J.

890.    Miller, John Michael

891.    Miller, Kenneth Wayne

892.    Miller, Adam Tavis

893.    Miller, Patrick Wayne

894.    Mills, Alan Michael

895.    Miranda, Ruben

896.    Miranda, Genaro Francisco

897.    Misner, Ronny Louis

898.    Mixon, Christopher Mark

899.    Mojica, Jr., Jose

900.    Moldenhauer, Rebecca Ann

901.    Molina, Jose Emmanuel

902.    Molthan, Mark Andrew

903.    Monson, Kevin Whitney

904.    Montano, Jr., Ralph Madrid

905.    Montano, Jr., Javier

906.    Montemayor, Gustavo

907.    Montes, Daniel

908.    Montijo, Nikolas C.

909.    Montoya, Eugene

910.    Montoya, Albert

911.    Moody, Erika Michelle

912.    Moon, Michael James

913.    Moore, Thomas Lee

914.    Moore, Laura Lynn

915.    Moore III, Jesse Sherman

916.    Morales, Jesus G.

917.    Morales, Antonio G.

918.    Morales, Fabian

919.    Morehouse, Corey Allen

920.    Moreno, Fredeberto

921.    Moreno, Dino Steven

922.    Moreno, Jr., Samuel

923.    Morgan, Kenneth Stephen

924.    Morgan, Steve Wiley

925.    Morou, Fataou

926.    Morrill, John Stephen

927.    Morris, Thomas C.

928.    Morrison, Jr., Robert Clyde

929.    Mozg, Thomas William

930.    Mudie, Shawn Stuart

931.    Muniz, Jr., Carlos A.

932.    Munoz, Roberto

933.    Munoz, Juan Manuel

934.    Munoz, Emmanuel

935.    Munoz, Randolph G.

936.    Munuzuri, Victor Eric

937.    Murillo, Claudio E.

938.    Murillo-Melon, Silvia

939.    Murphy, Leigh Jay

940.    Myers, Laurence Robert

941.    Myra, Christopher Steven

942.    Nacis, Keoni Maximino

943.    Naegele, Todd Anthony

944.    Nagore, Lawrence T.

945.    Nangle, Brendan

946.    Nash, Brian Christopher

947.    Nava Jr., Gilberto G.

948.    Navarrete, Armando S.

949.    Nelson, Christopher Michael

950.    Nergararian, Brandon

951.    Nevarez III, Mario

952.    Newmayer, Carl Wesley

953.    Nguyen, Minh Quang

954.    Nicolaus, Robert John

955.    Nieves, Ricardo

956.    Noel, James F.

957.    Northup, Jeffrey Julian

958.    Noziska, Robert J.

959.    Nuetzel, Thomas Henry Charles

960.    Nuila, Arturo

961.    Nunez-II, Carlos

962.    Nunley, James Shawnee

963.    Oakley, Robert Carl

964.    Obert, James Michael

965.    O'Brien, Robert James

966.    Ocasio, Alfredo

967.    Ocheltree, Jeremy Lee

968.    Ochoa, Robert

969.    Ochoa, Alejandro

970.    Ochoa, Daniel Rey

971.    O'Connor, Sean Michael

972.    Ohnstad, Ryan Eugene

973.    Olivares, Rolando

974.    Olivas, Delimiro

975.    Oliver, Joe D.

976.    Omara, Christopher S.

977.    Ondrejcak, Michael Stephen

978.    Ornelas Jr.,  Ruben

979.    Oropallo, Ryan Angelo

980.    Ortiz, Jorge X.

981.    Ortiz, Juan David

982.    Osburn, Ryan Wayne

983.    Oswald, Spencer

984.    Ousley, Randy R.

985.    Owens, Jason Dwight

986.    Ozuna, Manuel

987.   Packouz, Brandon Thomas

988.   Padgett, Tod Dean

989.   Padilla Jr., Leonardo

990.   Padilla, Leonardo

991.   Page, Michael B.

992.   Pahler, Eric Jochem

993.   Palacios, Diana Imelda

994.   Palmateer, James A.

995.   Palomo Sr., Ricardo

996.   Paraiso, Daniel Phillip

997.   Paredes, Mario Alfredo

998.   Parker, Joseph Trent

999.   Parra, Eddie Gene

1000.  Parra Jr., Jose M.

1001.  Parsons, Joshua Adam

1002.  Passi, Felix Nuuese

1003.  Patterson, Brock Michael

1004.  Patterson, Tyler Warren

1005.  Pavlat, Timothy Andrew

1006.  Payne, Christopher Aaron

1007.  Payne Jr., Jerry Donald

1008.  Pecoy, Jason Douglas

1009.  Pedersen, Jon Robert

1010.  Pedraza, German Arturo

1011.  Pelton, Robert Edward

1012.  Pena, Cosme Rolando

1013.  Pender III, Donald Thomas

1014.  Perez, Agustin

1015.  Perez, Albert L.

1016.  Perez, Andres Orlando

1017.  Perez, Anibal Antonio

1018.    Perez, Brandon R.

1019.    Perez, Fernando Angel

1020.    Perez, Guadalupe

1021.    Perez, Jeffery Brandon

1022.    Perez, Jesus

1023.    Perryman, Brandon Scott

1024.    Peryer, Brett Charles

1025.    Peters, Anthony Dale

1026.    Peterson, Sean William

1027.    Petro, Benjamin Robert

1028.    Phagan Jr., David Douglas

1029.    Phillips, Michael James

1030.    Pino, Leslie Herb

1031.    Pirtle, Carl Frank

1032.    Pizzi, Michael Jeffrey

1033.    Plasse, Scott Michael

1034.    Podschlne Jr., Marc Andrew

1035.    Pohjonen, Robert John

1036.    Poligala, Steven Wayne

1037.    Ponce De Leon, Francisco
         Xavier

1038.    Portillo, Noe R.

1039.    Poulos, Jason David

1040.    Poventud, Ramon Edwin

1041.    Power, Moses Luther

1042.    Pozos, Ezequiel A.

1043.    Pratt, Brady Micheal

1044.    Prescott, John Alexander

1045.    Price, Jess Eldon

1046.    Pride, Michael William

1047.    Proto, Mario Enrique

| | |
|---|---|
| 1048. | Quaney Jr., Gary Gene |
| 1049. | Quattrocchi, Anthony Eric |
| 1050. | Quijada, Jose Manuel |
| 1051. | Quinlan, James Andrew |
| 1052. | Quinn, Vincent James |
| 1053. | Quintana, Juan |
| 1054. | Quiroga, Ralph |
| 1055. | Rabago, Luis Gerardo |
| 1056. | Radliff, Jeffrey Richard |
| 1057. | Ragsdale, Salinda Mae |
| 1058. | Rahman, Ehab |
| 1059. | Ramirez, Alfonso |
| 1060. | Ramirez, Gerardo |
| 1061. | Ramirez, Gilbert |
| 1062. | Ramirez, Jorge Baltazar |
| 1063. | Ramirez, Joshua N. |
| 1064. | Ramirez, Lucia S. |
| 1065. | Ramirez, Luis Enrique |
| 1066. | Ramirez, Marco Antonio |
| 1067. | Ramirez, Mario |
| 1068. | Ramirez, Matias |
| 1069. | Ramirez III, Bernardo McGuire |
| 1070. | Ramirez Jr., Juan |
| 1071. | Ramon, Alexandro |
| 1072. | Ramos, Alfredo |
| 1073. | Ramos, E. John |
| 1074. | Ramos, Luis Alejandro |
| 1075. | Ramos, Luis Eduardo |
| 1076. | Ramos, Manuel S. |
| 1077. | Ramsey, George Scott |
| 1078. | Ramsey, David Nicholas |

1079.    Rascon, Omar Sergio

1080.    Rauterkus, Jon Paul

1081.    Raygoza Jr., Bruno Valdez

1082.    Real y. Vasquez, Manuel

1083.    Rebeiro, Mark Joseph

1084.    Reber, Thomas George

1085.    Redd, John L.

1086.    Reed, James Stewart

1087.    Reeves, Scott Stewart

1088.    Reid, David Adrian

1089.    Reilly, Brian John

1090.    Reilly-Anderson, Adam Chase

1091.    Reiter, Theodore James

1092.    Resendez, Javier Kenneth

1093.    Reveruzzi, Brenton James

1094.    Reyes, Benito

1095.    Reyes, Luis Jonathan

1096.    Reyes, Oscar Rene

1097.    Reyes, Pedro A.

1098.    Reyes III, Arnulfo

1099.    Reyna Jr., Adolfo

1100.    Reynoso, Primitivo A.

1101.    Reza Jr., Manuel

1102.    Richards, Gary Michael

1103.    Richards, John Alan

1104.    Richardson, Jeremiah

1105.    Richardson, Laron Gardner

1106.    Riches, Michael

1107.    Ricketts, Sean Michael

1108.    Riddle, Matthew Luke

1109.    Riden, Kerry Paulette

1110.   Rios Jr., Ricardo Ramiro

1111.   Ritter, Jeffrey Dean

1112.   Rivas, Cesar

1113.   Rivas II, Eligio A.

1114.   Rivera, Abel

1115.   Rivera, Alexander

1116.   Rivera, Antonio

1117.   Rivera, Isaac

1118.   Rivera, Maria D.

1119.   Rivera, Miguel Angel

1120.   Rivera-Febres, Luis A.

1121.   Rivera-Segarra, Jorge Alexis

1122.   Rivero, Ricardo

1123.   Rizzo, Roger Carl

1124.   Roberts, Randall Duane

1125.   Roberts, Robin James

1126.   Robinette, Billy Joe

1127.   Robinson, William Aaron

1128.   Robles, Alejandro

1129.   Robles, Michael Flores

1130.   Rocas, Martin Alfonso

1131.   Rocheleau, Robert Craig

1132.   Rochin, Carlos Isaac

1133.   Rodarte, Javier

1134.   Rodd, William Paul

1135.   Rodgers, Jason DeLeon

1136.   Rodgers, Shawn David

1137.   Rodriguez, Jesus L.

1138.   Rodriguez, Edwin Edgar

1139.   Rodriguez, Raul

1140.   Rodriguez, Willie

1141.    Rodriguez, Adalberto

1142.    Rodriguez, Andres A.

1143.    Rodriguez, Antonio

1144.    Rodriguez, Blanca Rosa

1145.    Rodriguez, David

1146.    Rodriguez, Ernesto

1147.    Rodriguez, John Michael

1148.    Rodriguez, Miguel B.

1149.    Rodriguez III, Erasmo

1150.    Rodriguez Jr., Simon

1151.    Roeske II, William Earl

1152.    Rogers, Dennis Roy

1153.    Rogers, Garth Dietric

1154.    Rogers Jr., Andrew Jacob

1155.    Roloff, Casey Joshua

1156.    Roman, Jorge Omar

1157.    Romero, Nathanael Kaupena

1158.    Rosberg, Kurstan Lee

1159.    Rose, Diamantina

1160.    Rose, Steven Lloyd

1161.    Rosel Jr., Juan Gildardo

1162.    Roser, Jeffrey A.

1163.    Ross, Matthew Edmund

1164.    Ross, Matthew Paul

1165.    Ross, Thomas Dean

1166.    Rossino, Douglas Robert

1167.    Rothe, Derrick Todd

1168.    Rubio, Alfredo

1169.    Rubsamen, Guy Gerard

1170.    Rudisill, James Addison

1171.    Ruiz, Carlos Edward

1172.  Ruiz, Carlos Armando
1173.  Ruiz, Elizabeth
1174.  Ruiz, Gustavo
1175.  Ruiz Jr., Juan F.
1176.  Rulli, Dennis John
1177.  Russell, Joseph Alan
1178.  Ryan, Theodore  John
1179.  Saenz, Jorge Luis
1180.  Saenz Jr., Juan Manuel
1181.  Salazar, Damon
1182.  Salazar, Rene Barraza
1183.  Salazar, Guadalupe Fernando
1184.  Salinas, Homero
1185.  Salorio, CarlosIbarra
1186.  Sanchez, Francisco A.
1187.  Sanchez, Adan
1188.  Sanchez, Hector
1189.  Sanchez, Rodolfo
1190.  Sanchez, Vicente A.
1191.  Sanchez, Rene
1192.  Sanchez, Daniel Hector
1193.  Sanchez Jr., Alfredo
1194.  Sanders, Sandra Delores
1195.  Sandford, Joseph Edward
1196.  Sandoval, Maria Lucrecia
1197.  Sandoval, Joe Uriegas
1198.  Sandoval, Lorenzo Omar
1199.  Santiago-Martinez, Hector A.
1200.  Santos, Jesus Daniel
1201.  Santos, Roberto E.
1202.  Sarraillon, Eric Michael

| | |
|---|---|
| 1203. | Sartuche, Oscar |
| 1204. | Sauceda, Manuel |
| 1205. | Sauceda Jr., Michael |
| 1206. | Saucedo, Omar |
| 1207. | Scanlan, Richard Henry |
| 1208. | Scarborough, Matthew E. |
| 1209. | Scee, Donald Kevin |
| 1210. | Schad, Bobbi Lynn |
| 1211. | Schadt, Eric John |
| 1212. | Schagel, Christopher Jacob |
| 1213. | Schatzel, Brian Patrick |
| 1214. | Schlesinger, Charles William |
| 1215. | Schultz, Steven Patrick |
| 1216. | Schutt, Daniel John |
| 1217. | Scioli, Michael Allen |
| 1218. | Scordato, James Vincent |
| 1219. | Scott, Jimmie Jack |
| 1220. | Seager, Matthew Ellsworth |
| 1221. | Secord, Eric A. |
| 1222. | Seeley, Patrick Michael |
| 1223. | Sella-Perez, Efrain |
| 1224. | Selva-Wuensch, Guillermo Enrique |
| 1225. | Semmerling, Joshua Paul |
| 1226. | Sene, Jason David |
| 1227. | Sepulveda, Arvin Ely |
| 1228. | Serio, Jesse David |
| 1229. | Serrano, Tomas |
| 1230. | Shell, Kevin James |
| 1231. | Shelton, Jon Eric |
| 1232. | Shepard, Paul Anthony |

1233.    Shepherd, Christopher Heath

1234.    Shick, Michael John

1235.    Shipley, DavidMatthew

1236.    Silerio, Jesus Joseph

1237.    Silva, Francisco J.

1238.    Silva, Roberto C.

1239.    Silva, Nelson Ivan

1240.    Silva, Luis Eduardo

1241.    Simonet, Eric A. La Luz

1242.    Simonsen, Mark Robert

1243.    Sims, Stephen Paul

1244.    Siqueiros, Jorge Alberto

1245.    Siquieros, Walter Garcia

1246.    Sirianni, John Michael

1247.    Sisco, MichaelAndrew

1248.    Skinner, David Wayne

1249.    Slack, Monica Annette

1250.    Slack, Noah Michael

1251.    Smith, Jarod Layne

1252.    Smith, JonathanWesley

1253.    Smith, Brian Thomas

1254.    Snider, Aaron Allen

1255.    Solosabal, Matthew Alan

1256.    Sosa, Adrian

1257.    Sotelo, David Mark

1258.    Soto, Berardino

1259.    Soto, Elias M.

1260.    Soto, Homero

1261.    Soto, Jose Javier

1262.    Southwick, John Henry

1263.    Speirs, Justin Robinson

1264. Spencer, Brandon Lewis

1265. Spitzer, David Joshua

1266. Spivey Jr., John Wayne

1267. St. Germain, Joshua Allyn

1268. Stanfill, Victor Kevin

1269. Staples, Andrew Meyer

1270. Stearns, Greg Alan

1271. Steele, Jonathan Andrew

1272. Steenbakker Jr., Emmanuel M. Z.

1273. Steffen, Eric Douglas

1274. Stefforia, Reggie Jay

1275. Stenquist, Jared Lee

1276. Stewart, Alan Neil

1277. Stone, David Caleb

1278. Stovall, Joseph Robert

1279. Strong, Dennis Ray

1280. Sturgeon, Matthew Gordon

1281. Sturrock, Matthew Brian

1282. Suarez, Danielle L.

1283. Suarez, Jose M.

1284. Suarez, Alejandro

1285. Subialdea, Gary Juan

1286. Sullivan, Philip Dean

1287. Summerhill, Charles H.

1288. Sveum, Michael

1289. Swanson, Eric Joseph

1290. Sweet, Canyon Collins

1291. Switzer, Erin Craig

1292. Swope, Benjamin Alan

1293. Takacs, Steven Thomas

| | |
|---|---|
| 1294. | Tamez, Ana Bertha |
| 1295. | Tangas, Michael Kevin |
| 1296. | Tarango, Arturo |
| 1297. | Teas, Timothy Ward |
| 1298. | Tecpanecatl, Maria Rose |
| 1299. | Tejeda, Jesus |
| 1300. | Templin, Scott Michael |
| 1301. | Tena, Richard Luis |
| 1302. | Teniente, Denise L. |
| 1303. | Teran, Roberto |
| 1304. | Terrazas, Andres |
| 1305. | Testa, Daniel William |
| 1306. | Thomas, Timothy Paol |
| 1307. | Thompson, Jared Douglas |
| 1308. | Thrasher, Araceli |
| 1309. | Tierney, JamieP. |
| 1310. | Tijerina, Jose A. |
| 1311. | Timerson, Luke Robert |
| 1312. | Tipton, Dax Robert |
| 1313. | Tobias, Erasmo Jaime |
| 1314. | Tolly, Donald Ray |
| 1315. | Tomasiak, Eileen Ann |
| 1316. | Torres, George Amdres |
| 1317. | Torres, Emmanuel Reyes |
| 1318. | Torres, Richard |
| 1319. | Torres, Enrique |
| 1320. | Torres, Elvis |
| 1321. | Torres, Adam Asis |
| 1322. | Torres, Jesus Jose |
| 1323. | Torres, Martin |
| 1324. | Torres, Ricardo |

1325. Torres, Robert Anthony

1326. Torres III, Roberto C.

1327. Torrez, Armando Velasquez

1328. Torrez, Victor Enrique

1329. Torrez, Arturo V.

1330. Torrick, Jason John

1331. Tovar, Rafael

1332. Tran, Hoa Thai

1333. Treadwell II, Robert Andrew

1334. Trebbi, David

1335. Trevino, Eduardo Guerrero

1336. Trevino, Lamar Roel

1337. Trevino, Roberto

1338. Tripp, Joshua Allen

1339. Tucker, Matthew Steven

1340. Ugues, Jorge Geraldo

1341. Uranga, Juan R.

1342. Urias, Abel Sanchez

1343. Uzelac, Alexander James

1344. Vach, Tyler James

1345. Valdez, Jacob Braulio

1346. Valdez, Fermin Gerardo

1347. Valdez, Veronica

1348. Valentino, Jr., Louis Peter

1349. Valenzuela, Martin B.

1350. Valenzuela, Benny

1351. Valeriand, Humberto B.

1352. Van Pelt, Troy Joseph

1353. Vanoni, Fernando Mark

1354. Vargas, Jesus A.

1355. Varga, Keith Bradley

| | |
|---|---|
| 1356. | Vargas, Steve |
| 1357. | Vargas, Donibar Vladimir |
| 1358. | Vasek, James Anthony |
| 1359. | Vasquez, Fernando |
| 1360. | Vasquez, Duane |
| 1361. | Vasquez, Hector Jamie |
| 1362. | Vasquez, Felipe Gabriel |
| 1363. | Vasquez III, Manuel |
| 1364. | Vazquez, Robert Michael |
| 1365. | Vazquez, Angel    Omar Ortiz |
| 1366. | Veatch, Charles William |
| 1367. | Vega, Hector Manuel |
| 1368. | Vega, Jr., Salvador |
| 1369. | Vega, Jr., Roberto |
| 1370. | Vela, Allen |
| 1371. | Velasquez, Eduardo |
| 1372. | Velez, Gilberto |
| 1373. | Ventura, Jose Jamie |
| 1374. | Viau, Jason Allen |
| 1375. | Vidal, Daniel |
| 1376. | Videc, Kelly Joseph |
| 1377. | Viera, Raymond |
| 1378. | Viggato, Charles Douglas |
| 1379. | Villalva, Javier |
| 1380. | Villanueva, Guillermo Raymundo Fernandez |
| 1381. | Villanueva, Jose Omar |
| 1382. | Villanueva, Matthew David |
| 1383. | Villareal, Sonny Lee |
| 1384. | Villarreal, David |

1385.  Villarreal, Jr., Alberto

1386.  Villegas, Luis A.

1387.  Violette, Jason Richard

1388.  Vitocruz, Tommy

1389.  Votraw, Timothy Michael

1390.  Wahmhoff, Darren

1391.  Waite, Jason Bruce

1392.  Walker, Christopher Edward

1393.  Walker Jr., Ronald Wayne

1394.  Walls, Jonathan E.

1395.  Ward, Scott R.

1396.  Warren, Molly Cuellar

1397.  Warren, James Albert

1398.  Warren, Da'Rell Langdon

1399.  Warwas, Richard

1400.  Warwick, Matthew Paul

1401.  Watson, Lyle Burke

1402.  Watts, Charles Anthony

1403.  Watts, Thomas D.

1404.  Weaver, Bryan James

1405.  Weidl, Christian

1406.  Weisel, Paul McGarr

1407.  Weisel, Karl Montgomery

1408.  Weissenfluh, David Scott

1409.  Wells, Eric Michael

1410.  Wells II, Edward Darrell

1411.  Welter, John David

1412.  Wenzel, Matthew James

1413.  Westbrook, Christopher Lee

1414.  Westphal, Brenna R.

46

1415. Wetzel, Jason Michael

1416. Wheeler, Jeff Scott

1417. Wheeler III, James Paul

1418. White, Wayne Timothy

1419. White, James Ashton

1420. Whitehurst, Jonathan Lynn

1421. Whitfield, James Steven

1422. Whitworth, Craig Eldon

1423. Wilkinson, Earnest Dwayne

1424. Williams, Jason Randall

1425. Williams, Jeffrey Leroy

1426. Williams, Anthony James

1427. Wilson, Jeffrey Todd

1428. Wise, Billy C.

1429. Wise, Nidia

1430. Witt, Kyle Geoffrey

1431. Woelfel, Barry Robert

1432. Wolfe, Aaron James

1433. Wolfe Jacob, Mitchell

1434. Wong, Tracy

1435. Wood, Jason Allen

1436. Woodland, Keith George

1437. Woods, Richard Patrick

1438. Woods, Nathan William

1439. Worrell, Kevin Scott

1440. Wright, Chance Steven

1441. Wright III, James Thomas

1442. Wright Jr., Michael T.

1443. Wroldson, Christina

1444. Wroldson, Karl Thomas

1445. Wummel, Matthew Charles

| | |
|---|---|
| 1446. | Wunderle, Michael Robert |
| 1447. | Wynn, Russell William |
| 1448. | Ybarra, Marlon |
| 1449. | Yip, Ting Choy |
| 1450. | Yockey, Eugene Alan |
| 1451. | Young, Kimberly Daemonne |
| 1452. | Young, Chris  Warren |
| 1453. | Young, Dale J. |
| 1454. | Youngblood, Carey N. |
| 1455. | Yrigoyen, Lorenzo L. |
| 1456. | Zamarripa, Raul |
| 1457. | Zamora, Rene G. |
| 1458. | Zapata, Mariano |
| 1459. | Zapata, Antonio |
| 1460. | Zavala, Maxwell J. |
| 1461. | Zelnick, Paul Richard |
| 1462. | Zepeda, Charles Michael |
| 1463. | Zetts, Jr., Matthew Anthony |
| 1464. | Ziegler, Jr., Eric James |
| 1465. | Zimdars, David Ernest |
| 1466. | Zubia, Heber E. |
| 1467. | Zuniga, Javier Alejandro |
| 1468. | Zuniga, Jr., Homer |

Plaintiffs,

vs.

THE UNITED STATES,

Defendants.